Kaplan, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------- X

CITY OF WESTLAND POLICE AND FIRE
RETIREMENT SYSTEM, Individually and on
Behalf of All Others Similarly Situated,

                              Plaintiff,

-against-

METLIFE, INC., C. ROBERT HENRIKSON,
WILLIAM J. WHEELER, PETER M.
CARLSON, STEVEN A. KANDARIAN, and
WILLIAM J. MULLANEY,

                              Defendants.

----------------------------------------------------------- X

12 Civ. 0256 (LAK)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/22/12

RECEIVED
FEB 17 2012
JUDGE KAPLAN'S CHAMBERS

## STIPULATION AND [PROPOSED] ORDER
## EXTENDING TIME TO RESPOND TO COMPLAINT

TO THE HONORABLE COURT:

       IT IS HEREBY STIPULATED AND AGREED, by counsel for the parties listed below, that:

       1.     No defendant in the above-captioned action shall be required to respond to the complaint that was filed in this case on January 12, 2012.

       2.     On or before 45 days following entry of an order appointing lead plaintiff(s) and lead counsel pursuant to the provisions of the Private Securities Litigation Reform Act of 1995, lead plaintiff(s) shall file a consolidated amended complaint, subject to any further Orders of this Court.

23597021v3

3. Defendants shall answer or otherwise respond to the consolidated amended complaint on or before 45 days after the lead plaintiff(s) files a consolidated amended complaint, subject to any further Orders of this Court.

4. If defendants file dispositive motions with respect to the consolidated amended complaint, then: (i) lead plaintiff shall serve and file its opposition papers on or before 45 days after defendants file their motions; and (ii) defendants shall serve and file their reply papers on or before 30 days after lead plaintiff files its opposition papers.

5. By entering into this stipulation, defendants do not waive any defenses that otherwise could be asserted through a motion pursuant to Fed. R. Civ. P. 12 or otherwise.

Dated: New York, New York
February 15, 2012

*/s/ Mario Alba*

ROBBINS, GELLER, RUDMAN & DOWD LLP
Samuel H. Rudman (*srudman@rgrdlaw.com*)
Mario Alba (*malba@rgrdlaw.com*)
58 South Service Road, Suite 200
Melville, NY 11747
(631) 367-7100
Fax: (631) 367-1173

Attorneys for Plaintiff City of Westland Police and Fire Retirement System

2

23597021v3

Dated: New York, New York
February 15, 2012

_____
DEBEVOISE & PLIMPTON LLP
Maeve O'Connor (*mloconno@debevoise.com*)
Elliot Greenfield (*egreenfield@debevoise.com*)
Kaitlin T. Farrell (*ktfarrel@debevoise.com*)
919 Third Avenue
New York, New York 10022
(212) 909-6000
Fax: (212) 909-6836

Attorneys for Defendants Metlife, Inc., C. Robert Henrikson, William J. Wheeler, Peter M. Carlson, Steven A. Kandarian, and William J. Mullaney

SO ORDERED this 22 day of Feb, 2012.

_____
THE HONORABLE LEWIS A. KAPLAN
United States District Judge

3