# EXHIBIT B

Movant's Purchases and Losses

MetLife

| Name | Date | Shares Purchased | Share Price | Total Cost | Date | Shares Sold | Share Price | Total Proceeds | Total Gain (Loss)* |
|---|---|---|---|---|---|---|---|---|---|
| Central States, Southeast and Southwest Areas Pension Fund | 02/02/2010 | 6,775 | $36.48 | $247,179.78 | 03/30/2010 | 448 | $42.90 | $19,220.63 | |
| Central States, Southeast and Southwest Areas Pension Fund | 02/03/2010 | 9,200 | $34.96 | $321,586.92 | 03/31/2010 | 3,877 | $42.94 | $166,491.17 | |
| Central States, Southeast and Southwest Areas Pension Fund | 02/03/2010 | 10,700 | $34.58 | $369,955.71 | 04/08/2010 | 12,000 | $45.48 | $545,793.60 | |
| Central States, Southeast and Southwest Areas Pension Fund | 02/03/2010 | 10,700 | $34.85 | $372,855.41 | 04/15/2010 | 8,900 | $46.14 | $410,663.80 | |
| Central States, Southeast and Southwest Areas Pension Fund | 02/03/2010 | 46,050 | $34.81 | $1,603,198.52 | 09/16/2010 | 60,418 | $40.21 | $2,429,444.03 | |
| Central States, Southeast and Southwest Areas Pension Fund | 07/27/2010 | 14,600 | $39.68 | $579,376.18 | 09/24/2010 | 23,382 | $39.15 | $915,405.30 | |
| Central States, Southeast and Southwest Areas Pension Fund | 08/03/2010 | 8,394 | $42.00 | $352,548.00 | 09/24/2010 | 23,382 | $39.15 | $915,405.30 | |
| Central States, Southeast and Southwest Areas Pension Fund | 08/05/2010 | 2,606 | $41.84 | $109,045.20 | 09/24/2010 | 39,266 | $39.15 | $1,537,263.90 | |
| Central States, Southeast and Southwest Areas Pension Fund | 09/10/2010 | 39,266 | $40.49 | $1,589,880.34 | 09/24/2010 | 39,266 | $39.15 | $1,537,263.90 | |
| Central States, Southeast and Southwest Areas Pension Fund | 09/24/2010 | 23,382 | $39.15 | $915,405.30 | 01/10/2011 | 14,600 | $45.34 | $661,962.54 | |
| Central States, Southeast and Southwest Areas Pension Fund | 09/24/2010 | 39,266 | $39.15 | $1,537,263.90 | 04/11/2011 | 22,950 | $44.95 | $1,031,710.37 | |
| Central States, Southeast and Southwest Areas Pension Fund | 12/06/2010 | 35,050 | $40.78 | $1,429,472.19 | 07/15/2011 | 7,550 | $41.48 | $313,152.86 | |
| Central States, Southeast and Southwest Areas Pension Fund | 12/07/2010 | 182,250 | $41.21 | $7,509,684.15 | 08/23/2011 | 6,710 | $30.46 | $204,386.60 | |
| Central States, Southeast and Southwest Areas Pension Fund | 12/08/2010 | 81,200 | $42.19 | $3,426,047.24 | 08/23/2011 | 20,570 | $30.88 | $635,178.97 | |
| Central States, Southeast and Southwest Areas Pension Fund | 12/09/2010 | 50,850 | $43.57 | $2,215,707.39 | 08/23/2011 | 87,690 | $30.92 | $2,711,146.81 | |
| Central States, Southeast and Southwest Areas Pension Fund | 12/28/2010 | 18,250 | $44.77 | $817,032.43 | held | 729,450 | $31.75 | $23,156,569.62 | |
| Central States, Southeast and Southwest Areas Pension Fund | 12/29/2010 | 17,200 | $44.87 | $771,839.68 | | | | | |
| Central States, Southeast and Southwest Areas Pension Fund | 01/14/2011 | 32,750 | $46.25 | $1,514,622.00 | | | | | |
| Central States, Southeast and Southwest Areas Pension Fund | 02/16/2011 | 23,400 | $47.34 | $1,107,802.80 | | | | | |
| Central States, Southeast and Southwest Areas Pension Fund | 02/17/2011 | 4,650 | $47.62 | $221,409.75 | | | | | |
| Central States, Southeast and Southwest Areas Pension Fund | 02/17/2011 | 11,950 | $47.75 | $570,570.68 | | | | | |
| Central States, Southeast and Southwest Areas Pension Fund | 03/01/2011 | 16,900 | $46.43 | $784,695.73 | | | | | |
| Central States, Southeast and Southwest Areas Pension Fund | 03/03/2011 | 25,320 | $43.25 | $1,095,090.00 | | | | | |
| Central States, Southeast and Southwest Areas Pension Fund | 03/03/2011 | 46,800 | $43.25 | $2,024,100.00 | | | | | |

Movant's Purchases and Losses

MetLife

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Central States, Southeast and Southwest Areas Pension Fund | 03/04/2011 | 2,250 | $45.58 | $102,554.78 | | | |
| Central States, Southeast and Southwest Areas Pension Fund | 03/04/2011 | 4,250 | $44.88 | $190,718.75 | | | |
| Central States, Southeast and Southwest Areas Pension Fund | 03/04/2011 | 10,600 | $44.82 | $475,039.00 | | | |
| Central States, Southeast and Southwest Areas Pension Fund | 03/04/2011 | 34,700 | $44.92 | $1,558,769.11 | | | |
| Central States, Southeast and Southwest Areas Pension Fund | 03/07/2011 | 23,350 | $45.51 | $1,062,597.79 | | | |
| Central States, Southeast and Southwest Areas Pension Fund | 03/15/2011 | 33,350 | $42.77 | $1,426,449.54 | | | |
| Central States, Southeast and Southwest Areas Pension Fund | 03/31/2011 | 17,450 | $44.87 | $783,009.42 | | | |
| Central States, Southeast and Southwest Areas Pension Fund | 04/04/2011 | 32,400 | $45.62 | $1,478,107.44 | | | |
| Central States, Southeast and Southwest Areas Pension Fund | 06/17/2011 | 8,370 | $40.25 | $336,913.43 | | | |
| Central States, Southeast and Southwest Areas Pension Fund | 06/17/2011 | 8,430 | $40.31 | $339,845.33 | | | |
| Central States, Southeast and Southwest Areas Pension Fund | 08/31/2011 | 31,600 | $33.56 | $1,060,372.76 | | | |
| Central States, Southeast and Southwest Areas Pension Fund | 09/01/2011 | 6,100 | $33.37 | $203,572.25 | | | |
| Central States, Southeast and Southwest Areas Pension Fund | 09/01/2011 | 12,975 | $33.15 | $430,142.01 | | | |
| Central States, Southeast and Southwest Areas Pension Fund | 09/02/2011 | 16,875 | $31.11 | $524,910.38 | | | |
| Central States, Southeast and Southwest Areas Pension Fund | 09/06/2011 | 36,725 | $29.36 | $1,078,084.41 | | | |
| Central States, Southeast and Southwest Areas Pension Fund | 09/07/2011 | 63,525 | $31.00 | $1,969,554.51 | | | |
| Movant's Total | | 1,100,459 | | $44,507,010.18 | 1,100,459 | $37,191,059.41 | ($7,315,950.77) |
| Opening position of 301,300 shares. | | | | | | | |

*For shares held at the end of the class period, damages are calculated by multiplying the shares held by the average share price during the 90 calendar days after the end of the class period.

#REF!