UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| CITY OF WESTLAND POLICE AND FIRE RETIREMENT SYSTEM, *Individually and On Behalf of All Others Similarly Situated*, | : : : : | Civil Action No.: 12 CIV 0256 CLASS ACTION |
| Plaintiff, | : : | |
| vs. | : : | |
| METLIFE INC., C. ROBERT HENRIKSON, WILLIAM J. WHEELER, PETER M. CARLSON, STEVEN A. KANDARIAN and WILLIAM J. MULLANEY, | : : : : | |
| Defendants. | | |

DECLARATION OF REED R. KATHREIN IN SUPPORT OF MOTION TO APPOINT IRONWORKERS' DISTRICT COUNCIL (PHILADELPHIA & VICINITY) PENSION & BENEFIT PLANS AS LEAD PLAINTIFF AND TO APPROVE THE SELECTION OF LEAD COUNSEL

I, REED R. KATHREIN , declare as follows:

1. I am a Partner at the law firm Hagens Berman Sobol Shapiro LLP, counsel for Ironworkers' District Council (Philadelphia & Vicinity) Penion & Benefit Plans ("IWDC"). I am an attorney licensed to practice law in the States of California, Illinois and Florida. I make this Declaration in support of IWDC's motion for: (1) appointment as Lead Plaintiff; and (2) approval of their selection of Co-Lead Counsel for the Class.

2. Attached as Exhibits A through D hereto are true and correct copies of the following documents:

> Exhibit A: Notice of Pendency of *City of Westland Police and Fire Retirement System v. Metlife, Inc., et al,* Case No. 1:12-cv-0256-LAK, published on January 12, 2012;
>
> Exhibit B: Certification of IWDC;
>
> Exhibit C: Charts of Transactions and losses of IWDC;
>
> Exhibit D: The firm résumé of Hagens Berman Sobol Shapiro LLP; and
>
> Exhibit E: The firm résumé of Saltz Mongeluzzi Narrett & Bendesky P.C. ("SMBB").

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 12th day of March, 2012 at Berkeley, California.



                                              /s/ Reed R. Kathrein
                                              REED R. KATHREIN

## CERTIFICATE OF SERVICE

      I hereby certify that I am the ECF User whose ID and password are being used to electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the e-mail addresses registered, as denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

                              
                                /s/ Jason A. Zweig
                                JASON A. ZWEIG