# CERTIFICATION OF NAMED PLAINTIFF
## PURSUANT TO FEDERAL SECURITIES LAWS

Iron Workers' District Council (Philadelphia & Vicinity) Pension & Benefits Plan ("Plaintiff") declares as to the claims asserted under the federal securities laws, that:

1. Plaintiff has reviewed a complaint alleging securities fraud against MetLife, Inc. and various of its officers and directors and authorized moving to be appointed as lead plaintiff.

2. Plaintiff did not acquire the security that is the subject of this action at the direction of Plaintiff's counsel in order to participate in this private action or any other litigation under the federal securities laws.

3. Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4. Plaintiff has made no transaction(s) during the Class Period in the debt or equity securities that are the subject of this action except those set forth below:

| Acquisitions | Date Acquired | No. Shares Acquired | Acquisition Price Per Share |
|---|---|---|---|
| MET | SEE ATTACHED | | |
| | | | |
| | | | |
| | | | |
| Sales | Date Sold | No. Shares Sold | Selling Price Per Share |
| MET | SEE ATTACHED | | |
| | | | |

5. During the three years prior to the date of this Certificate, Plaintiff has not sought to serve or served as a representative party for a class in the following actions filed under the federal securities laws except as detailed below:

*In re Genzyme Corp. Sec. Litig.*, Case No. 09-cv-11267, (D. Mass 2009).

6. Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 12 day of MARCH, 2012.

_____
Stephen E. Conley

Name (print): Iron Workers' District Council (Philadelphia & Vicinity) Pension & Benefits Plan

Address:      2 International Plaza, Suite 120
              Philadelphia, PA 19149

County of Residence: Philadelphia, PA

Daytime Phone No.: 215-537-0900