**Transaction Detail Report**

**All Transactions**

IWDC Philadelphia
METLIFE INC~COM  MET

|  | Litigation Class Period 02/02/2010 - 10/06/2011 |
|---|---|
| **Estimated FIFO Gain(Loss)** | ($345,304.49) |
| **Estimated LIFO Gain(Loss)** | ($204,160.78) |
| **Share Price Used For Estimate** | $31.74 |

| Date | Transaction Type | Shares | Share Price | Proceeds/Cost |
|---|---|---|---|---|
| 08/17/2006 | p | 23,700.0000 | 54.054 | ($1,281,079.80) |
| 08/30/2006 | p | 5,300.0000 | 54.9497 | ($291,233.41) |
| 02/28/2007 | p | 1,700.0000 | 63.21 | ($107,457.00) |
| 04/27/2007 | p | 1,700.0000 | 65.93 | ($112,081.00) |
| 09/25/2007 | s | -100.0000 | 68.14 | $6,814.00 |
| 09/27/2007 | s | -1,600.0000 | 69.8 | $111,680.00 |
| 11/01/2007 | p | 400.0000 | 66.1 | ($26,440.00) |
| 11/02/2007 | p | 2,489.0000 | 63.5701 | ($158,225.98) |
| 01/14/2008 | s | -2,100.0000 | 59.87 | $125,727.00 |
| 01/31/2008 | p | 4,200.0000 | 58.41 | ($245,322.00) |
| 02/01/2008 | p | 1,552.0000 | 59.8942 | ($92,955.80) |
| 03/26/2008 | p | 4,000.0000 | 60.52 | ($242,080.00) |
| 04/03/2008 | s | -2,041.0000 | 62.3812 | $127,319.93 |
| 04/28/2008 | p | 4,500.0000 | 60.9 | ($274,050.00) |
| 04/29/2008 | p | 2,110.0000 | 61.5047 | ($129,774.92) |
| 06/17/2008 | s | -4,110.0000 | 58.7678 | $241,535.54 |
| 06/19/2008 | p | 3,100.0000 | 58.31 | ($180,761.00) |
| 10/31/2008 | p | 6,300.0000 | 33.17 | ($208,971.00) |
| 11/26/2008 | p | 6,600.0000 | 25.05 | ($165,330.00) |
| 12/12/2008 | p | 2,725.0000 | 29.12 | ($79,352.00) |
| 12/16/2008 | p | 2,500.0000 | 32 | ($80,000.00) |
| 01/09/2009 | p | 1,340.0000 | 31.86 | ($42,692.40) |
| 01/15/2009 | p | 2,130.0000 | 27.02 | ($57,552.60) |
| 01/28/2009 | p | 4,500.0000 | 32.71 | ($147,195.00) |
| 02/26/2009 | p | 2,500.0000 | 24.09 | ($60,225.00) |
| 03/03/2009 | s | -4,100.0000 | 14.07 | $57,687.00 |
| 03/04/2009 | p | 7,200.0000 | 14.36 | ($103,392.00) |
| 03/09/2009 | p | 24,200.0000 | 12.77 | ($309,034.00) |
| 03/09/2009 | s | -4,800.0000 | 12.47 | $59,856.00 |
| 03/19/2009 | s | -13,100.0000 | 24.17 | $316,627.00 |
| 05/04/2009 | s | -5,000.0000 | 27.78 | $138,900.00 |

| Date | Type | Quantity | Price | Amount |
|---|---|---|---|---|
| 05/26/2009 | s | -3,400.0000 | 30.27 | $102,918.00 |
| 08/04/2009 | s | -7,800.0000 | 35.241 | $274,879.80 |
| 10/27/2009 | s | -6,000.0000 | 35.111 | $210,666.00 |
| 01/15/2010 | s | -6,100.0000 | 37.694 | $229,933.40 |
| 03/08/2010 | s | -9,900.0000 | 40.552 | $401,464.80 |
| 04/07/2010 | s | -10,100.0000 | 44.499 | $449,439.90 |
| 08/03/2010 | p | 4,500.0000 | 42.6047 | ($191,721.15) |
| 08/03/2010 | p | 2,000.0000 | 42 | ($84,000.00) |
| 08/05/2010 | p | 1,400.0000 | 41.8831 | ($58,636.34) |
| 08/31/2010 | p | 1,450.0000 | 37.8684 | ($54,909.18) |
| 09/01/2010 | p | 4,650.0000 | 39.3347 | ($182,906.36) |
| 09/23/2010 | p | 4,900.0000 | 38.1674 | ($187,020.26) |
| 09/24/2010 | p | 4,920.0000 | 39.0032 | ($191,895.74) |
| 09/30/2010 | s | -20.0000 | 38.52 | $770.40 |
| 11/01/2010 | s | -90.0000 | 40.292 | $3,626.28 |
| 11/04/2010 | s | -30.0000 | 42.36 | $1,270.80 |
| 12/02/2010 | s | -25.0000 | 40.34 | $1,008.50 |
| 12/06/2010 | p | 8,600.0000 | 40.349 | ($347,001.40) |
| 12/09/2010 | p | 1,200.0000 | 43.4685 | ($52,162.20) |
| 01/25/2011 | p | 1,050.0000 | 45.937 | ($48,233.85) |
| 03/03/2011 | p | 450.0000 | 44.5092 | ($20,029.14) |
| 03/03/2011 | p | 700.0000 | 43.25 | ($30,275.00) |
| 03/08/2011 | s | -72.0000 | 46.24 | $3,329.28 |
| 03/28/2011 | s | -4,773.0000 | 45.068 | $215,109.56 |
| 05/25/2011 | s | -7,700.0000 | 43.6154 | $335,838.58 |
| 06/29/2011 | p | 2,700.0000 | 43.2765 | ($116,846.55) |
| 08/09/2011 | p | 1,240.0000 | 33.7567 | ($41,858.31) |
| 09/06/2011 | s | -2,950.0000 | 29.2017 | $86,145.02 |
| 09/19/2011 | s | -2,700.0000 | 30.8009 | $83,162.43 |
| 10/03/2011 | s | -1,500.0000 | 27.5623 | $41,343.45 |
| 11/18/2011 | p | 900.0000 | 30.788 | ($27,709.20) |
| 12/06/2011 | p | 1,400.0000 | 32.739 | ($45,834.60) |
| 01/06/2012 | p | 1,300.0000 | 33.1084 | ($43,040.92) |
| 01/09/2012 | p | 1,400.0000 | 33.2085 | ($46,491.90) |
| 01/27/2012 | s | -550.0000 | 34.3 | $18,865.00 |