UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CITY OF WESTLAND POLICE AND FIRE RETIREMENT SYSTEM, *Individually and On Behalf of All Others Similarly Situated*,<br><br>                      Plaintiff,<br><br>         vs.<br><br>METLIFE INC., C. ROBERT HENRIKSON, WILLIAM J. WHEELER, PETER M. CARLSON, STEVEN A. KANDARIAN and WILLIAM J. MULLANEY,<br><br>                      Defendants | Civil Action No.: 12 CIV 0256-LAK<br>ECF CASE |

NOTICE OF WITHDRAWAL OF MOTION TO APPOINT IRONWORKERS' DISTRICT COUNCIL (PHILADELPHIA & VICINITY) PENSION & BENEFIT PLANS AS LEAD PLAINTIFF AND TO APPROVE THE SELECTION OF LEAD COUNSEL

PLEASE TAKE NOTICE that upon review of the pending motions to appoint lead plaintiff, the Ironworkers' District Council (Philadelphia & Vicinity) Pension & Benefit Plans hereby withdraws its motion to serve as lead plaintiff.  If the Court finds that the competing movant is unsuitable to serve as lead plaintiff, the Ironworlers' District Council (Philadelphia & Vicinity) Pension & Benefit Plans stands ready, willing and able to serve.  In making this filing, Ironworkers' District Council (Philadelphia & Vicinity) Pension & Benefit Plans reserves any and all rights as a class member.

DATED:  March 26, 2012              Respectfully submitted,

HAGENS BERMAN SOBOL SHAPIRO LLP


By          /s/ Jason A. Zweig          
      Jason A. Zweig , JZ-8107

One Penn Plaza, 36th Floor
New York, NY 10119
Telephone: (212) 752-54550
Facsimile: (917) 210-3980
jasonz@hbsslaw.com

Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA  98101
Telephone:  (206) 623-7292
Facsimile:  (206) 623-0594
steve@hbsslaw.com

Reed R. Kathrein
Peter E. Borkon
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone:  (510) 725-3000
Facsimile:  (510) 725-3001
reed@hbsslaw.com
peterb@hbsslaw.com

Patrick Howard
SALZ, MONGELUZZI BARRETT & BENDESKY, P.C.
1650 Market Street, 52nd Floor
Philadelphia, PA 19103
Telephone: (215) 575-3985
Facsimile: (215) 575-3894
phoward@smbb.com

[Proposed] Lead Counsel for IWDC

**CERTIFICATE OF SERVICE**

I hereby certify that on March 26, 2012, I electronically filed the foregoing document using the CM/ECF system which will send notification of such filing to the e-mail addresses registered in the CM/ECF system, as denoted on the Electronic Mail Notice List, and I hereby certify that I have caused to be mailed a paper copy of the foregoing document via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List generated by the CM/ECF system.



/s/ Jason A. Zweig
JASON A. ZWEIG