UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MEMO ENDORSED

---------------------------------------------------------x

CITY OF WESTLAND POLICE AND FIRE
RETIREMENT SYSTEM, Individually and on
Behalf of All Others Similarly Situated,

        Plaintiff,

vs.

METLIFE INC., et al.,

        Defendants.

---------------------------------------------------------x

Civil Action No. 1:12-cv-00256-LAK

CLASS ACTION

CENTRAL STATES, SOUTHEAST AND
SOUTHWEST AREAS PENSION FUND'S
NOTICE OF MOTION AND MOTION FOR
APPOINTMENT AS LEAD PLAINTIFF
AND APPROVAL OF SELECTION OF
LEAD COUNSEL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/12/12

The Court finds that the statutory requirements have been satisfied. Motion granted.

SO ORDERED

/s/ Lewis A. Kaplan
LEWIS A. KAPLAN, USDJ

3/29/12

693117_1