UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

CITY OF WESTLAND POLICE AND FIRE RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,

          Plaintiff,

vs.

METLIFE INC., C. ROBERT HENRIKSON, WILLIAM J. WHEELER, PETER M. CARLSON, STEVEN A. KANDARIAN, and WILLIAM J. MULLANEY,

          Defendants.

------------------------------------- x

No. 12 Civ. 0256 (LAK)

NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATION

      PLEASE TAKE NOTICE that Defendants MetLife, Inc., C. Robert Henrikson, William J. Wheeler, Peter M. Carlson, Steven A. Kandarian, and William J. Mullaney appear in the case captioned above by their counsel, Kaitlin Farrell of Debevoise & Plimpton LLP. The undersigned respectfully requests that notice of electronic filing of all papers in the within action, as well as copies of all other documents that are required to be served or delivered to counsel, be transmitted to her at the address given below.

Dated: March 29, 2012
       New York, New York

/s/ Kaitlin T. Farrell

Kaitlin T. Farrell (*ktfarrel@debevoise.com*)
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, NY 10022
Phone: (212) 909-6000
Fax: (212) 909-6836

*Attorney for Defendants MetLife, Inc., C. Robert Henrikson, William J. Wheeler, Peter M. Carlson, Steven A. Kandarian, and William J. Mullaney*