UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

| | |
|---|---|
| CITY OF WESTLAND POLICE AND FIRE RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>                              Plaintiff,<br><br>vs.<br><br>METLIFE INC., C. ROBERT HENRIKSON, WILLIAM J. WHEELER, PETER M. CARLSON, STEVEN A. KANDARIAN, and WILLIAM J. MULLANEY,<br><br>                              Defendants. | No. 12 Civ. 0256 (LAK)<br><br>NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATION |

------------------------------------- x

PLEASE TAKE NOTICE that Defendants MetLife, Inc., C. Robert Henrikson, William J. Wheeler, Peter M. Carlson, Steven A. Kandarian, and William J. Mullaney appear in the case captioned above by their counsel, Elliot Greenfield of Debevoise & Plimpton LLP.  The undersigned respectfully requests that notice of electronic filing of all papers in the within action, as well as copies of all other documents that are required to be served or delivered to counsel, be transmitted to him at the address given below.

Dated:  March 29, 2012
        New York, New York

/s/ Elliot Greenfield

Elliot Greenfield (*egreenfi@debevoise.com*)
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, NY 10022
Phone: (212) 909-6000
Fax: (212) 909-6836

*Attorney for Defendants MetLife, Inc., C. Robert Henrikson, William J. Wheeler, Peter M. Carlson, Steven A. Kandarian, and William J. Mullaney*