UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**MEMO ENDORSED**

---

CITY OF WESTLAND POLICE AND FIRE RETIREMENT SYSTEM, *Individually and On Behalf of All Others Similarly Situated*,

     Plaintiff,

vs.

METLIFE INC., C. ROBERT HENRIKSON, WILLIAM J. WHEELER, PETER M. CARLSON, STEVEN A. KANDARIAN and WILLIAM J. MULLANEY,

     Defendants

Civil Action No.: 12 CIV 0256-LAK



RECEIVED MAR 29 2012 JUDGE KAPLAN'S CHAMBERS

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/5/12

### NOTICE OF WITHDRAWAL OF MOTION TO APPOINT IRONWORKERS' DISTRICT COUNCIL (PHILADELPHIA & VICINITY) PENSION & BENEFIT PLANS AS LEAD PLAINTIFF AND TO APPROVE THE SELECTION OF LEAD COUNSEL

Motion withdrawn

SO ORDERED

_____
LEWIS A. KAPLAN, USDJ