| Attorney or Party without Attorney:<br>Samuel H. Rudman, Esq.<br>Robbins Geller Rudman & Dowd LLP<br>58 South Service Road, Suite 200<br>Melville, NY 11747 | | | | For Court Use Only |
|---|---|---|---|---|
| Telephone No: 631-367-7100     FAX No: 631-367-1173 | | | | |
| Attorney for: Plaintiff | | Ref. No. or File No.: | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court - Southern District Of New York | | | | |
| Plaintiff: City of Westland Police & Fire Retirement System, et al. | | | | |
| Defendant: Metlife, Inc., et al. | | | | |
| **AFFIDAVIT OF SERVICE**<br>**Summons / Complaint** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>12CV00256LAK |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Amended Class Action Complaint; ECF Rules & Instructions; Individual Practices of Judge Lewis A. Kaplan

3. a. Party served:          Wells Fargo Securities, LLC
   b. Person served:         Dionne Miles, Person Authorized to Accept Service

4. Address where the party was served:    Corporation Service Company
                                          2711 Centerville Road, Suite 400
                                          Wilmington, DE 19808

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Wed., May. 23, 2012 (2) at: 11:33AM

7. **Person Who Served Papers:**
   a. Michael Danko
   b. **Class Action Research & Litigation**
      P O Box 740
      Penryn, CA 95663
   c. (916) 663-2562, FAX (916) 663-4955

   *Fee for Service:*
   I Declare under penalty of perjury under the laws of the State of DELAWARE that the foregoing is true and correct.

   5-31-12                    (Signature) Michael J. Danko
   (Date)

8. STATE OF DELAWARE, COUNTY OF New Castle
   Subscribed and sworn to (or affirmed) before me on this 31 day of May 2012 by Michael Danko
   proved to me on the basis of satisfactory evidence to be the person who appeared before me.

   DENNIS SCHOFIELD
   NOTARY PUBLIC
   STATE OF DELAWARE
   My commission expires Nov. 3, 2015

   AFFIDAVIT OF SERVICE
   Summons / Complaint          (Notary Signature)          sarud.128065