UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
CITY OF WESTLAND POLICE AND FIRE RETIREMENT
SYSTEM, Individually and on Behalf of All Others Similarly
Situated,

Attorney: Robbins Geller Rudman & Dowd
Civil Action No. 1:12-cv-00256-LAK
Date Purchased: 5/14/12

Plaintiff

AFFIDAVIT OF SERVICE

-against-

METLIFE INC., et al.

Defendant
-----------------------------------------------------------------------X

STATE OF NEW YORK)
COUNTY OF SUFFOLK) ss.:

The undersigned deponent being duly sworn deposes and says deponent is not a party to this action and is over the age of eighteen years and resides in the State of New York.

That on **May 18, 2012**, at **1:49pm** deponent served the within **Summons in a Civil Action and Amended Class Action Complaint** on **B of A Merril Lynch, Pierce, Fenner and Smith Incorporated** defendant therein named at **4 World Financial Center, North Tower, New York, NY 10080.**

**XX-CORPORATION** – By delivering to and leaving with **Jenny Lee** and that he knew the person so served to be **An Agent** of the corporation and authorized to accept service.

A DESCRIPTION OF THE PERSON SERVED IS AS FOLLOWS:

SEX: **Female**          SKIN COLOR: **Yellow ( Asian )**          HAIR COLOR: **Black**

APPROX HEIGHT: **5"4**   APPROX WEIGHT: **130 lbs.**              APPROX AGE **33 years**

SWORN TO BEFORE ME

THIS 25th DAY OF May       2012

_Kelly A. Stadelmann_
Notary

KELLY A STADELMANN
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01ST6047260
Qualified in Nassau County
Commission Expires August 28, 2014

Marc Honigman