UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
CITY OF WESTLAND POLICE AND FIRE RETIREMENT
SYSTEM, Individually and on Behalf of All Others Similarly
Situated,

Attorney: Robbins Geller Rudman & Dowd
Civil Action No. 1:12-cv-00256-LAK
Date Purchased: 5/14/12

               Plaintiff

AFFIDAVIT OF SERVICE

-against-

METLIFE INC., et al.
              Defendant
----------------------------------------------------------------------X
STATE OF NEW YORK)
COUNTY OF SUFFOLK) ss.:

The undersigned deponent being duly sworn deposes and says deponent is not a party to this action and is over the age of eighteen years and resides in the State of New York.

That on **May 22, 2012**, at **12:24pm** deponent served the within **Summons in a Civil Action and Amended Class Action Complaint** on **Credit Suisse Securities (USA) LLC defendant** therein named at **11 Madison Avenue, New York, NY 10010.**

**XX-CORPORATION** – By delivering to and leaving with **Pamela Fleming** and that he knew the person so served to be **An Agent** of the corporation and authorized to accept service.

A DESCRIPTION OF THE PERSON SERVED IS AS FOLLOWS:

SEX: **Female**         SKIN COLOR: **Black**         HAIR COLOR: **Black**

APPROX HEIGHT: **5"10**   APPROX WEIGHT: **140 lbs.**   APPROX AGE **45 years**

OTHER FEATURES: **Glasses**

SWORN TO BEFORE ME

THIS 25th DAY OF May 2012

*Kelly A. Stadelman*
Notary

Marc Honigman

**KELLY A STADELMANN**
**NOTARY PUBLIC, STATE OF NEW YORK**
Registration No. 01ST6067260
Qualified in Nassau County
Commission Expires August 25, 2014