UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
CITY OF WESTLAND POLICE AND FIRE RETIREMENT
SYSTEM, Individually and on Behalf of All Others Similarly
Situated,

Attorney: Robbins Geller Rudman & Dowd
Civil Action No. 1:12-cv-00256-LAK
Date Purchased: 5/14/12

Plaintiff

AFFIDAVIT OF SERVICE

-against-

METLIFE INC., et al.

Defendant
------------------------------------------------------------------------X
STATE OF NEW YORK)
COUNTY OF SUFFOLK) ss.:

The undersigned deponent being duly sworn deposes and says deponent is not a party to this action and is
over the age of eighteen years and resides in the State of New York.

That on **May 22, 2012,** at **1:15pm** deponent served the within **Summons in a Civil Action and Amended
Class Action Complaint** on **Citigroup Global Markets, Inc. defendant** therein named at **388 Greenwich
Street, New York, NY 10013.**

**XX-CORPORATION** – By delivering to and leaving with **Rodd Corner** and that he knew the
person so served to be **An Agent** of the corporation and authorized to
accept service.

A DESCRIPTION OF THE PERSON SERVED IS AS FOLLOWS:

SEX: **Male**                SKIN COLOR: **White**            HAIR COLOR:  **Grey**

APPROX HEIGHT: **5"9**       APPROX WEIGHT: **180 lbs.**      APPROX AGE **40years**

SWORN TO BEFORE ME

THIS 25th DAY OF May                2012

*Kelly Stadelmann*

Notary

*[signature]*

Marc Honigman

KELLY A STADELMANN
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01ST6047260
Qualified in Nassau County
Commission Expires August 28, 2014