| Attorney or Party without Attorney: <br> Samuel H. Rudman, Esq. <br> Robbins Geller Rudman & Dowd LLP <br> 58 South Service Road, Suite 200 <br> Melville, NY  11747 <br> Telephone No: 631-367-7100     FAX No: 631-367-1173 <br><br> Ref. No. or File No.: <br><br> Attorney for: Plaintiff | For Court Use Only |
|---|---|
| Insert name of Court, and Judicial District and Branch Court: <br> United States District Court - Southern District Of New York | |
| Plaintiff: City of Westland Police & Fire Retirement System, et al. <br> Defendant: Metlife, Inc., et al. | |

| **PROOF OF SERVICE** <br> **Summons / Complaint** | Hearing Date: | Time: | Dept/Div: | Case Number: <br> 12CV00256LAK |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Amended Class Action Complaint; ECF Rules & Instructions; Individual Practices of Judge Lewis A. Kaplan

3. a. Party served:        HSBC Securities (USA) Inc.
   b. Person served:       Margaret Wilson, Person Authorized to Accept Service.

4. Address where the party was served:    CT Corporation System
                                          818 West Seventh Street
                                          Los Angeles, CA  90017

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Wed., May. 23, 2012 (2) at: 2:45PM

7. *Person Who Served Papers:*                                    Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Richard Gari                              d. *The Fee for Service was:*
   b. **Class Action Research & Litigation**    e. I am: (3) registered California process server
      P O Box 740                                   (i)   Independent Contractor
      Penryn, CA  95663                             (ii)  Registration No.:    4047
   c. (916) 663-2562, FAX (916) 663-4955            (iii) County:              Los Angeles

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   Date: Fri, May. 25, 2012

                                                              *(Richard Gari)*

| Judicial Council Form <br> Rule 2.150.(a)&(b) Rev January 1, 2007 | PROOF OF SERVICE <br> Summons / Complaint | | sarud.128066 |
|---|---|---|---|

# ALL-PURPOSE ACKNOWLEDGMENT

State of California

County of Los Angeles } ss.

On 12th June 2012 before me, Jose Leonardo Verde, Notary Public,
personally appeared Richard Robert Gari
Name(s) of Signer(s)

☐ personally known to me
☒ proved to me on the basis of satisfactory evidence

to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s) or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

_____
Signature of Notary Public

**JOSE LEONARDO VERDE**
Commission # 1908576
Notary Public - California
Los Angeles County
My Comm. Expires Mar 2, 2016

---

## OPTIONAL

*Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

### Description of Attached Document

Title or Type of Document: _____

Document Date: _____ Number of Pages: _____

Signer(s) Other Than Named Above: _____

### Capacity(ies) Claimed by Signer

Signer's Name: _____

☐ Individual
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Attorney-in-Fact
☐ Trustee
☐ Guardian or Conservator
☐ Other: _____

Signer Is Representing: _____

**RIGHT THUMBPRINT OF SIGNER**
Top of thumb here

© 1999 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402 • www.nationalnotary.org    Prod. No. 5907    Reorder: Call Toll-Free 1-800-876-6827