UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
CITY OF WESTLAND POLICE AND FIRE : Civil Action No. 1:12-cv-00256-LAK
RETIREMENT SYSTEM, Individually and on :
Behalf of All Others Similarly Situated, : CLASS ACTION
:
                   Plaintiff, : MOTION FOR ADMISSION *PRO HAC*
: *VICE*
   vs. :
:
METLIFE INC., et al., :
:
                Defendants. :
:
---------------------------------------------------------------x

719182_1

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Armen Zohrabian, hereby move this Court for an order for admission to practice *pro hac vice* to appear as counsel for Lead Plaintiff Central States, Southeast and Southwest Areas Pension Fund in *City of Westland Police and Fire Ret. Sys. v. MetLife Inc.*, No. 1:12-cv-00256-LAK (S.D.N.Y.).

I am in good standing of the bar of the state of California and there are no pending disciplinary proceedings against me in any state or federal court.

DATED: June 18, 2012

ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS
ARMEN ZOHRABIAN

/s/ Armen Zohrabian
ARMEN ZOHRABIAN

Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone: 415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
azohrabian@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN
58 South Service Road, Suite 200
Melville, NY  11747
Telephone: 631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com

Lead Counsel for Plaintiff

## DECLARATION OF SERVICE BY MAIL

I, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, a citizen of the United States and employed in the City and County of San Francisco, over the age of 18 years, and not a party to or interested party in the within action; that declarant's business address is Post Montgomery Center, One Montgomery Street, Suite 1800, San Francisco, California 94104.

2. That on June 18, 2012, declarant served the **MOTION FOR ADMISSION PRO HAC VICE** by depositing a true copy thereof in a United States mailbox at San Francisco, California in a sealed envelope with postage thereon fully prepaid and addressed to the parties listed on the attached Service List.

3. That there is a regular communication by mail between the place of mailing and the places so addressed.

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 18, 2012, at San Francisco, California.

_____
NATALIE NEWTON

719182_1

METLIFE 12
Service List - 6/18/2012   (12-0004)
Page 1 of 1

### Counsel For Defendant(s)

Maeve O'Connor
Elliot Greenfield
Kaitlin T. Farrell
Debevoise & Plimpton LLP
919 Third Avenue
New York, NY  10022
   212/909-6000
   212/909-6836(Fax)

### Counsel For Plaintiff(s)

Samuel H. Rudman
Robbins Geller Rudman & Dowd LLP
58 South Service Road, Suite 200
Melville, NY  11747
   631/367-7100
   631/367-1173(Fax)

Shawn A. Williams
Armen Zohrabian
Robbins Geller Rudman & Dowd LLP
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
   415/288-4545
   415/288-4534(Fax)

**THE STATE BAR
OF CALIFORNIA**

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1617          TELEPHONE: 888-800-3400

# CERTIFICATE OF STANDING

June 11, 2012

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, ARMEN ZOHRABIAN, #230492 was admitted to the practice of law in this state by the Supreme Court of California on May 24, 2004; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Louise Turner
Custodian of Membership Records

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
CITY OF WESTLAND POLICE AND FIRE : Civil Action No. 1:12-cv-00256-LAK
RETIREMENT SYSTEM, Individually and on :
Behalf of All Others Similarly Situated, : CLASS ACTION
 :
               Plaintiff, : [PROPOSED] ORDER GRANTING
 : MOTION FOR ADMISSION *PRO HAC*
vs. : *VICE*
 :
METLIFE INC., et al., :
 :
              Defendants. :
 :
---------------------------------------------------------------- x

719180_1

The motion of Armen Zohrabian, for admission to practice *pro hac vice* in *City of Westland Police and Fire Ret. Sys. v. MetLife Inc.*, No. 1:12-cv-00256-LAK (S.D.N.Y.) is GRANTED.

Applicant Armen Zohrabian has declared the he is a member in good standing of the bar of the state of California and that his contact information is as follows:

| | |
|---|---|
| Applicant's Name: | Armen Zohrabian |
| Firm Name: | Robbins Geller Rudman & Dowd LLP |
| Address: | Post Montgomery Center, One Montgomery Street, Suite 1800 |
| City/State/Zip: | San Francisco, CA 94104 |
| Telephone/Fax: | (415) 288-4545/(415) 288-4534 |

Applicant Armen Zohrabian having requested admission *pro hac vice* to appear for all purposes as counsel for Lead Plaintiff Central States, Southeast and Southwest Areas Pension Fund in the *MetLife* action;

IT IS HEREBY ORDERED that Applicant Armen Zohrabian is admitted to practice *pro hac vice* in the *MetLife* action in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password.

DATED: _____   _____
THE HONORABLE LEWIS A. KAPLAN
UNITED STATES DISTRICT JUDGE