**MEMO ENDORSED**

**DOC # 28**



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

|  |  |
|---|---|
| CITY OF WESTLAND POLICE AND FIRE RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated, | Civil Action No. 1:12-cv-00256-LAK |
| | CLASS ACTION |
| Plaintiff, | MOTION FOR ADMISSION *PRO HAC VICE* |
| vs. | |
| METLIFE INC., et al., | |
| Defendants. | |

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/21/12
```

SO ORDERED

LEWIS A. KAPLAN, USDJ

719182_1