Kaplan, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x
                                                        :
CITY OF WESTLAND POLICE AND FIRE                        :
RETIREMENT SYSTEM, Individually and on                  :
Behalf of All Others Similarly Situated,                :
                                                        :
                        Plaintiff,                      :   12 Civ. 0256 (LAK)
                                                        :
        -against-                                       :
                                                        :
METLIFE, INC., et al.,                                  :
                                                        :
                        Defendants.                     :
                                                        :
------------------------------------------------------- x

RECEIVED JUN 22 2012 JUDGE KAPLAN'S CHAMBERS

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/25/12

STIPULATION AND [PROPOSED] ORDER
EXTENDING TIME TO RESPOND TO COMPLAINT

TO THE HONORABLE COURT:

IT IS HEREBY STIPULATED AND AGREED, by counsel for the parties listed below, that:

1. Defendants shall answer or otherwise respond to the consolidated amended complaint on or before August 3, 2012, subject to any further Orders of this Court.

2. If defendants file dispositive motions with respect to the consolidated amended complaint, then: (i) lead plaintiff shall file its opposition papers on or before September 17, 2012; and (ii) defendants shall file their reply papers on or before October 17, 2012.

3. By entering into this stipulation, defendants do not waive any defenses that otherwise could be asserted through a motion pursuant to Fed. R. Civ. P. 12 or otherwise.

23686768v1

Dated: New York, New York
June 1⟨__⟩, 2012

_____
ROBBINS, GELLER, RUDMAN & DOWD LLP
Shawn A. Williams (*shawnw@rgrdlaw.com*)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, California 94104
Tel: (415) 288-4545
Fax: (415) 288-4534

Samuel H. Rudman (*srudman@rgrdlaw.com*)
58 South Service Road, Suite 200
Melville, New York 11747
Tel: (631) 367-7100
Fax: (631) 367-1173

Attorneys for Lead Plaintiff Central States, Southeast and Southwest Areas Pension Fund

Dated: New York, New York
June __19__, 2012

_____
DEBEVOISE & PLIMPTON LLP
Maeve L. O'Connor (*mloconnor@debevoise.com*)
Elliot Greenfield (*egreenfield@debevoise.com*)
919 Third Avenue
New York, New York 10022
Tel: (212) 909-6000
Fax: (212) 909-6836

Attorneys for Defendants MetLife, Inc., C. Robert Henrikson, William J. Wheeler, Peter M. Carlson, Steven A. Kandarian, William J. Mullaney, Sylvia Matthews Burwell, Eduardo Castro-Wright, Cheryl W. Grisé, R. Glenn Hubbard, John M. Keane, Alfred F. Kelly, Jr., James M. Kilts, Catherine R. Kinnery, Hugh B. Price, David Satcher, Kenton J. Sicchitano, and Lulu C. Wang

2

Dated: New York, New York
June 19, 2012

*[signature]*

DLA PIPER LLP (US)
Timothy E. Hoeffner (*timothy.hoeffner@dlapiper.com*)
John J. Clarke, Jr. (*john.clarke@dlapiper.com*)
1251 Avenue of the Americas
New York, NY 10020-1104
Tel: (212) 335-4500
Fax: (212) 335-4501

Attorneys for Defendants Goldman, Sachs & Co., Citigroup Global Markets Inc., Credit Suisse Securities (USA) LLC, Wells Fargo Securities, LLC, Merrill Lynch, Pierce, Fenner & Smith Incorporated and HSBC Securities (USA) Inc.

SO ORDERED this _____ day of _____, 2012.

*[signature]*

THE HONORABLE LEWIS A. KAPLAN
United States District Judge

6/25/12

3

23686766v1