UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x
                                :

CITY OF WESTLAND POLICE AND FIRE     :
RETIREMENT SYSTEM,                         :

              Plaintiff,              :

    v.                              :     Case No. 1:12-cv-00256-LAK

                                :

METLIFE, INC., et al.,                  :

            Defendants.           :
---------------------------------------------------------x

## NOTICE OF APPEARANCE

      PLEASE TAKE NOTICE that John J. Clarke, Jr. appears in this action as one of the attorneys for the underwriter defendants, Citigroup Global Markets Inc., Credit Suisse Securities (USA) LLC, Goldman, Sachs & Co., HSBC Securities (USA) Inc., Merrill Lynch, Pierce, Fenner & Smith Incorporated and Wells Fargo Securities, LLC.  Please serve all notices and other papers in this action upon the undersigned at DLA Piper LLP (US), 1251 Avenue of the Americas, New York, New York 10020-1104.

      By noting their appearance, defendants do not waive any defenses that could be asserted through a motion pursuant to Federal Rule of Civil Procedure 12 or otherwise.

Dated: New York, New York
      July 11, 2012

Respectfully submitted,

By:   /s/ John J. Clarke, Jr.
    John J. Clarke, Jr.
    john.clarke@dlapiper.com

DLA Piper LLP (US)
1251 Avenue of the Americas
New York, New York 10020-1104
Tel.: (212) 335-4500
Fax: (212) 335-4501

One of the Attorneys for Defendants
    Citigroup Global Markets, Inc, Credit
    Suisse Securities (USA) LLC, Goldman,
    Sachs & Co., HSBC Securities (USA), Inc.,
    Merrill Lynch, Pierce, Fenner & Smith
    Incorporated, and Wells Fargo Securities,
    LLC

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I am one of the attorneys for the underwriter defendants in this action and that on July 11, 2012, I caused a copy of the foregoing to be filed with the Court's ECF system, which will cause notice of its filing to be served electronically upon all counsel who have appeared in this action

_____/s/ John J. Clarke, Jr._____
John J. Clarke, Jr.