UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
                :
CITY OF WESTLAND POLICE AND FIRE  :
RETIREMENT SYSTEM,                 :
                :
        Plaintiff,               :
                :
    v.                :    Case No. 1:12-cv-00256-LAK
                :
METLIFE, INC., et al.,                :
                :
        Defendants.            :
------------------------------------------------------------x

**[REFILED] RULE 7.1 DISCLOSURE STATEMENT OF DEFENDANTS CITIGROUP GLOBAL MARKETS INC., CREDIT SUISSE SECURITIES (USA) LLC, GOLDMAN, SACHS & CO., HSBC SECURITIES (USA) INC., MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED AND WELLS FARGO SECURITIES, LLC**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for defendants Citigroup Global Markets Inc., Credit Suisse Securities (USA) LLC, Goldman, Sachs & Co., HSBC Securities (USA) Inc., Merrill Lynch, Pierce, Fenner & Smith Incorporated and Wells Fargo Securities, LLC, states as follows:

Citigroup Global Markets Inc. is a wholly owned subsidiary of Citigroup Financial Products Inc., which, in turn, is a wholly owned subsidiary of Citigroup Global Markets Holdings, Inc., which, in turn, is a wholly owned subsidiary of Citigroup, Inc., a publicly held company. No other publicly held corporation owns 10% or more of Citigroup Global Markets Inc.'s stock.

Credit Suisse Securities (USA) LLC is a wholly owned subsidiary of Credit Suisse (USA), Inc., which, in turn, is a wholly owned subsidiary of Credit Suisse Holdings (USA), Inc., which is jointly owned by Credit Suisse AG and Credit Suisse Group AG. Credit Suisse AG is a wholly owned subsidiary of Credit Suisse Group AG. The shares of Credit Suisse Group AG are

publicly traded on the Swiss Stock Exchange, and are also listed on the New York Stock Exchange in the form of American Depositary Shares.

Goldman, Sachs & Co. is a limited partnership; its limited partner, The Goldman Sachs Group, Inc., is a publicly held corporation with no corporate parent. No other publicly held company owns more than a 10% interest in Goldman, Sachs & Co.

HSBC Securities (USA) Inc. is a wholly owned subsidiary of HSBC Markets (USA) Inc., which is an indirect subsidiary of HSBC Holdings plc. The shares of HSBC Holdings plc are traded on certain foreign stock exchanges and are traded over the counter in the United States as sponsored American depository receipts.

Merrill Lynch, Pierce, Fenner & Smith Incorporated is a wholly owned subsidiary of Merrill Lynch & Co., Inc. Merrill Lynch & Co., Inc. is a direct subsidiary of Bank of America Corporation, a publicly-held company. No publicly-held corporation owns 10% or more of Bank of America Corporation.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

Wells Fargo Securities, LLC is a wholly owned subsidiary of Everen Capital Corporation, which, in turn, is a wholly owned subsidiary of Wells Fargo & Co., a publicly traded company. No publicly held company owns 10% or more of Wells Fargo & Co.

Dated: New York, New York
      July 23, 2012

Respectfully submitted,

By: /s/ John J. Clarke, Jr.
    John J. Clarke, Jr.
    john.clarke@dlapiper.com
    Timothy E. Hoeffner
    timothy.hoeffner@dlapiper.com
    Constance Tse
    constance.tse@dlapiper.com

DLA Piper LLP (US)
1251 Avenue of the Americas
New York, New York 10020-1104
Tel.: (212) 335-4500
Fax: (212) 335-4501

Attorneys for Defendants
  Citigroup Global Markets Inc., Credit Suisse Securities (USA) LLC, Goldman, Sachs & Co., HSBC Securities (USA) Inc., Merrill Lynch, Pierce, Fenner & Smith Incorporated and Wells Fargo Securities, LLC

**CERTIFICATE OF SERVICE**

I hereby certify that I am one of the attorneys for the underwriter defendants in this action and that on July 23, 2012, I caused a copy of the foregoing to be filed with the Court's ECF system, which will cause notice of its filing to be served electronically upon all counsel who have appeared in this action

      /s/ John J. Clarke, Jr.
        John J. Clarke, Jr.