UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
CITY OF WESTLAND POLICE AND FIRE :
RETIREMENT SYSTEM, Individually and on Behalf of :
All Others Similarly Situated, :
 :
                        Plaintiff, :
 :
         -against- : 12 Civ. 0256 (LAK)
 :
METLIFE, INC., et al., :
 :
                        Defendants. :
------------------------------------------------------------------x

[~~PROPOSED~~] ORDER

LEWIS A. KAPLAN, District Judge:

This Court having considered a joint motion by MetLife, Inc. and the individual defendants (the "MetLife Defendants") and Plaintiff to exceed the page limits specified by the Court's Individual Practices, the motion is GRANTED, and the page limits applicable to the applicants' memoranda of law in support of and in opposition to the MetLife Defendants' forthcoming motion to dismiss shall be as follows:

1. The MetLife Defendants' memorandum of law in support of their motion to dismiss shall not exceed forty-five (45) pages;

2. Plaintiff's memorandum of law in opposition to the MetLife Defendants' motion to dismiss shall not exceed forty-five (45) pages; and

3. The MetLife Defendants' reply memorandum of law in support of their motion to dismiss shall not exceed fifteen (15) pages.

Dated: July 31, 2012

SO ORDERED:

/s/ Lewis A. Kaplan
_____
LEWIS A. KAPLAN, U.S.D.J.

23712273v1