UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------x
:
CITY OF WESTLAND POLICE AND :
FIRE RETIREMENT SYSTEM, :
:
              Plaintiff, :
:
   v. : Case No. 1:12-cv-00256-LAK
:
:
METLIFE, INC., et al., :
:
             Defendants. :
:
----------------------------------------------------------x

### NOTICE OF MOTION OF THE UNDERWRITER DEFENDANTS TO DISMISS THE AMENDED COMPLAINT

      PLEASE TAKE NOTICE that, pursuant to Rules 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure, defendants Citigroup Global Markets Inc., Credit Suisse Securities (USA) LLC, Goldman, Sachs & Co., HSBC Securities (USA) Inc., Merrill Lynch, Pierce, Fenner & Smith Incorporated and Wells Fargo Securities, LLC (the "Underwriter Defendants"), will and hereby do move this Court, at the Courthouse for the United States District Court for the Southern District of New York, 500 Pearl Street, Courtroom 21B, New York, New York 10007, at such date and time as the Court may direct, for an order dismissing all of the claims asserted against them in the amended class action complaint in this action and granting the Underwriter Defendants such other and further relief as the Court may deem just and proper.

      In support of this motion, the Underwriter Defendants rely upon the accompanying memorandum of law, the Declaration of Timothy E. Hoeffner dated August 3, 2012, and its exhibits, the memorandum of law and supporting materials submitted by MetLife, Inc. and the

individual defendants in support of their motion to dismiss the amended complaint, and all further filings and proceedings had in this action.

Dated:  New York, New York
   August 3, 2012

DLA PIPER LLP (US)

By: /s/ Timothy E. Hoeffner
 Timothy E. Hoeffner
 timothy.hoeffner@dlapiper.com
 John J. Clarke, Jr.
 john.clarke@dlapiper.com
 Constance Tse
 constance.tse@dlapiper.com

1251 Avenue of the Americas
New York, New York 10020-1104
Tel.: (212) 335-4500
Fax: (212) 335-4501

Attorneys for Defendants
 Citigroup Global Markets Inc., Credit Suisse Securities (USA) LLC, Goldman, Sachs & Co., HSBC Securities (USA) Inc., Merrill Lynch, Pierce, Fenner & Smith Incorporated and Wells Fargo Securities, LLC

## **CERTIFICATE OF SERVICE**

I hereby certify that I am one of the attorneys for the underwriter defendants in this action and that on August 3, 2012, I caused a copy of the foregoing to be filed with the Court's ECF system, which will cause notice of its filing to be served electronically upon all counsel who have appeared in this action

/s/ Timothy E. Hoeffner
Timothy E. Hoeffner
