UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
:
CITY OF WESTLAND POLICE AND FIRE :
RETIREMENT SYSTEM, Individually and on Behalf of :
All Others Similarly Situated, :
:
             Plaintiff, :
:
      -against- :   12 Civ. 0256 (LAK)
:
METLIFE, INC., et al., :
:
            Defendants. :
:
------------------------------------------------------------------------x

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel states that MetLife, Inc. is publicly traded, is listed on the New York Stock Exchange, has no parent corporation, and no publicly held company owns 10% or more of its stock.

Dated: New York, New York        By: /s/ Maeve L. O'Connor_____
       August 3, 2012                    Maeve L. O'Connor (*mloconnor@debevoise.com*)
                                             DEBEVOISE & PLIMPTON LLP
                                             919 Third Avenue
                                             New York, New York 10022
                                             Tel: (212) 909-6000

                                             *Attorney for Defendants MetLife, Inc., C. Robert Henrikson, William J. Wheeler, Peter M. Carlson, Steven A. Kandarian, William J. Mullaney, Sylvia Matthews Burwell, Eduardo Castro-Wright, Cheryl W. Grisé, R. Glenn Hubbard, John M. Keane, Alfred F. Kelly, Jr., James M. Kilts, Catherine R. Kinney, Hugh B. Price, David Satcher, Kenton J. Sicchitano and Lulu C. Wang*