UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
:
CITY OF WESTLAND POLICE AND FIRE :
RETIREMENT SYSTEM, Individually and on Behalf of :
All Others Similarly Situated, :
:
               Plaintiff, :
:
      -against- :   12 Civ. 0256 (LAK)
:
METLIFE, INC., et al., :
:
               Defendants. :
:
------------------------------------------------------------------------x

NOTICE OF METLIFE DEFENDANTS' MOTION
TO DISMISS THE AMENDED COMPLAINT

     PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, the Declaration of Elliot Greenfield, and the exhibits attached thereto, and all prior pleadings in this action, defendants Defendants MetLife, Inc., C. Robert Henrikson, William J. Wheeler, Peter M. Carlson, Steven A. Kandarian, William J. Mullaney, Sylvia Matthews Burwell, Eduardo Castro-Wright, Cheryl W. Grisé, R. Glenn Hubbard, John M. Keane, Alfred F. Kelly, Jr., James M. Kilts, Catherine R. Kinney, Hugh B. Price, David Satcher, Kenton J. Sicchitano and Lulu C. Wang hereby move, pursuant to Federal Rules of Civil Procedure 9(b) and 12(b)(6) and the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4, to dismiss the Amended Consolidated Complaint.

| | |
|---|---|
| Dated: New York, New York<br>August 3, 2012 | By: /s/ Maeve L. O'Connor<br>Maeve L. O'Connor (*mloconnor@debevoise.com*)<br>Elliot Greenfield (*egreenfield@debevoise.com*)<br>DEBEVOISE & PLIMPTON LLP<br>919 Third Avenue<br>New York, New York 10022<br><br>Tel: (212) 909-6000<br><br>*Attorney for Defendants MetLife, Inc., C. Robert Henrikson, William J. Wheeler, Peter M. Carlson, Steven A. Kandarian, William J. Mullaney, Sylvia Matthews Burwell, Eduardo Castro-Wright, Cheryl W. Grisé, R. Glenn Hubbard, John M. Keane, Alfred F. Kelly, Jr., James M. Kilts, Catherine R. Kinney, Hugh B. Price, David Satcher, Kenton J. Sicchitano and Lulu C. Wang* |