UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------

City of Westland Police and Fire
Retirement System          Plaintiff,

Case No. 1:12-cv-00256-LAK

-against-

MetLife, Inc., et al.          Defendant.
--------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending          [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

Timothy E. Hoeffner
FILL IN ATTORNEY NAME

My SDNY Bar Number is: TH4195          My State Bar Number is 2116671

I am,
[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:   FIRM NAME:  DLA PIPER LLP (US)
            FIRM ADDRESS: 1650 Market Street, Suite 4900, Phila., PA 19103
            FIRM TELEPHONE NUMBER: 215-656-3341
            FIRM FAX NUMBER: 215-606-3341

NEW FIRM:   FIRM NAME:  DLA PIPER LLP (US)
            FIRM ADDRESS: 1251 Avenue of the Americas, 27th Fl., NY, NY 10020
            FIRM TELEPHONE NUMBER: 215-656-3341
            FIRM FAX NUMBER: 215-606-3341

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: February 5, 2013

/s/ Timothy E. Hoeffner
ATTORNEY'S SIGNATURE