UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CITY OF WESTLAND POLICE AND FIRE RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>     Plaintiff,<br><br>vs.<br><br>METLIFE INC., et al.,<br><br>     Defendants. | Civil Action No. 1:12-cv-00256-LAK<br><br>CLASS ACTION<br><br>NOTICE OF PLAINTIFF'S MOTION FOR PARTIAL RECONSIDERATION OF THE COURT'S MEMORANDUM OPINION DATED FEBRUARY 28, 2013 |

821178_1

PLEASE TAKE NOTICE that Lead Plaintiff Central States, Southeast and Southwest Areas Pension Fund will hereby move this Court, on a date and at such time as may be designated by the Court, for an Order granting partial reconsideration of the Court's Memorandum Opinion dated February 28, 2013 granting in part and denying in part Defendants' Motions to Dismiss the Amended Class Action Complaint for Violation of the Federal Securities Laws (Dkt. Nos. 38, 42). In support of this Motion for Partial Reconsideration, Plaintiff submits herewith a Memorandum of Law, dated March 14, 2013.

DATED:  March 14, 2013

ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS
ARMEN ZOHRABIAN


                    s/ Shawn A. Williams
            SHAWN A. WILLIAMS

Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
azohrabian@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com

Lead Counsel for Plaintiff

CERTIFICATE OF SERVICE

I hereby certify that on March 14, 2013, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on March 14, 2013.

<div style="margin-left:50%">

s/ Shawn A. Williams
SHAWN A. WILLIAMS

ROBBINS GELLER RUDMAN
  & DOWD LLP
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
E-mail: shawnw@rgrdlaw.com

</div>

# Mailing Information for a Case 1:12-cv-00256-LAK

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **John J. Clarke , Jr**
  john.clarke@dlapiper.com,DocketingNewYork@dlapiper.com

- **Kaitlin Teresa Farrell**
  ktfarrel@debevoise.com

- **Elliot Greenfield**
  egreenfield@debevoise.com

- **Timothy E. Hoeffner**
  timothy.hoeffner@dlapiper.com,dorinda.castro@dlapiper.com,DocketingNewYork@dlapiper.com,bonita.ortiz@dlapiper.com

- **Maeve L. O'Connor**
  moconnor@debevoise.com,mao-ecf@debevoise.com

- **Darren J. Robbins**
  e_file_sd@rgrdlaw.com

- **David Avi Rosenfeld**
  drosenfeld@rgrdlaw.com,e_file_ny@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Samuel Howard Rudman**
  srudman@rgrdlaw.com,e_file_ny@rgrdlaw.com,mblasy@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Shawn Anthony Williams**
  swilliams@rgrdlaw.com,aelishb@rgrdlaw.com,khuang@rgrdlaw.com,ptiffith@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Armen Zohrabian**
  azohrabian@rgrdlaw.com

- **Jason Allen Zweig**
  jasonz@hbsslaw.com,peterb@hbsslaw.com,reed@hbsslaw.com

### Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Thomas C. Michaud
```
,