UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
:
CITY OF WESTLAND POLICE AND FIRE                            :
RETIREMENT SYSTEM, Individually and on Behalf of            :
All Others Similarly Situated,                              :
                                                            :
                Plaintiff,                             :
                                                            :
                -against-                              :   12 Civ. 0256 (LAK)
                                                            :
METLIFE, INC., et al.,                                      :
                                                            :
                Defendants.                            :
                                                            :
------------------------------------------------------------------------x

## NOTICE OF DEFENDANTS' JOINT MOTION FOR RECONSIDERATION

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law and all prior pleadings in this action, Defendants MetLife, Inc., C. Robert Henrikson, William J. Wheeler, Peter M. Carlson, Steven A. Kandarian, William J. Mullaney, Sylvia Matthews Burwell, Eduardo Castro-Wright, Cheryl W. Grisé, R. Glenn Hubbard, John M. Keane, Alfred F. Kelly, Jr., James M. Kilts, Catherine R. Kinney, Hugh B. Price, David Satcher, Kenton J. Sicchitano and Lulu C. Wang (collectively, the "MetLife Defendants") and Defendants Citigroup Global Markets Inc., Credit Suisse Securities (USA) LLC, Goldman, Sachs & Co., HSBC Securities (USA) Inc., Merrill Lynch, Pierce, Fenner & Smith Incorporated and Wells Fargo Securities, LLC (collectively, the "Underwriter Defendants") hereby jointly move, pursuant to Federal Rule of Civil Procedure 54(b) and Local Civil Rule 6.3, for reconsideration of the Court's Memorandum Opinion dated February 28, 2013, Docket No. 52.

23855602v1

Dated: New York, New York
March 14, 2013

DEBEVOISE & PLIMPTON LLP

By : /s/ Maeve L. O'Connor
Maeve L. O'Connor (*mloconnor@debevoise.com*)
Elliot Greenfield (*egreenfield@debevoise.com*)
Anna A. Moody (*amoody@debevoise.com*)

919 Third Avenue
New York, New York 10022
Tel: (212) 909-6000
Fax: (212) 909-6836

*Attorneys for Defendants MetLife, Inc., C. Robert Henrikson, William J. Wheeler, Peter M. Carlson, Steven A. Kandarian, William J. Mullaney, Sylvia Matthews Burwell, Eduardo Castro-Wright, Cheryl W. Grisé, R. Glenn Hubbard, John M. Keane, Alfred F. Kelly, Jr., James M. Kilts, Catherine R. Kinney, Hugh B. Price, David Satcher, Kenton J. Sicchitano and Lulu C. Wang.*

Dated: New York, New York
March 14, 2013

DLA PIPER LLP (US)

By:   /s/ Timothy E. Hoeffner

Timothy E. Hoeffner (*timothy.hoeffner@dlapiper.com*)
John J. Clarke, Jr. (*john.clarke@dlapiper.com*)
Constance Tse (*constance.tse@dlapiper.com*)

1251 Avenue of the Americas
New York, New York 10020-1104
Tel: (212) 335-4500
Fax: (212) 335-4501

*Attorneys for Defendants Citigroup Global Markets Inc., Credit Suisse Securities (USA) LLC, Goldman, Sachs & Co., HSBC Securities (USA) Inc., Merrill Lynch, Pierce, Fenner & Smith Incorporated and Wells Fargo Securities, LLC*