Kaplan,



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- X
CITY OF WESTLAND POLICE AND FIRE
RETIREMENT SYSTEM, Individually and on
Behalf of All Others Similarly Situated,

                     Plaintiff,

     -against-

METLIFE, INC., et al.,

                     Defendants.
------------------------------------------------------- X

12 Civ. 0256 (LAK)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/9/13

### STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT

TO THE HONORABLE COURT:

     IT IS HEREBY STIPULATED AND AGREED, by counsel for the parties listed below, that:

     1.     Defendants shall answer the Amended Complaint on or before the latest of forty-five (45) days after the date on which the Court:

          (a)     enters an order denying any motions by Plaintiff and/or Defendants for reconsideration of the Court's Memorandum Opinion dated February 28, 2013 (Docket No. 52),

          (b)     enters an amended order deciding Defendants' motions to dismiss the Amended Complaint, or

          (c)     enters an order denying a motion by Plaintiff for leave to file a Second Amended Complaint,

23855620v2

subject to any further Orders of the Court.

2. If the Court grants a motion by Plaintiff for leave to file a Second Amended Complaint, Defendants shall answer or otherwise respond to the Second Amended Complaint on or before forty-five (45) days after the date on which Plaintiff files a Second Amended Complaint, subject to any further Orders of the Court.

3. By entering into this stipulation, defendants do not waive any defenses that otherwise could be asserted through a motion pursuant to Fed. R. Civ. P. 12 or otherwise.

Dated: New York, New York
March 13, 2013

ROBBINS, GELLER, RUDMAN & DOWD LLP
Shawn A. Williams (*shawnw@rgrdlaw.com*)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, California 94104
Tel: (415) 288-4545
Fax: (415) 288-4534

Samuel H. Rudman (*srudman@rgrdlaw.com*)
58 South Service Road, Suite 200
Melville, New York 11747
Tel: (631) 367-7100
Fax: (631) 367-1173

*Attorneys for Lead Plaintiff Central States, Southeast and Southwest Areas Pension Fund*

Dated: New York, New York
March 13, 2013

/s/ _____
DEBEVOISE & PLIMPTON LLP
Maeve L. O'Connor (moconnor@debevoise.com)
Elliot Greenfield (egreenfield@debevoise.com)
919 Third Avenue
New York, New York 10022
Tel: (212) 909-6000
Fax: (212) 909-6836

*Attorneys for Defendants MetLife, Inc., C. Robert Henrikson, William J. Wheeler, Peter M. Carlson, Steven A. Kandarian, William J. Mullaney, Sylvia Matthews Burwell, Eduardo Castro-Wright, Cheryl W. Grisé, R. Glenn Hubbard, John M. Keane, Alfred F. Kelly, Jr., James M. Kilts, Catherine R. Kinney, Hugh B. Price, David Satcher, Kenton J. Sicchitano, and Lulu C. Wang*

Dated: New York, New York
March 13, 2013

/s/ _____
DLA PIPER LLP (US)
Timothy E. Hoeffner (timothy.hoeffner@dlapiper.com)
John J. Clarke, Jr. (john.clarke@dlapiper.com)
Constance Tse (constance.tse@dlapiper.com)
1251 Avenue of the Americas
New York, New York 10020-1104
Tel: (212) 335-4500
Fax: (212) 335-4501

*Attorneys for Defendants Citigroup Global Markets Inc., Credit Suisse Securities (USA) LLC, Goldman, Sachs & Co., HSBC Securities (USA) Inc., Merrill Lynch, Pierce, Fenner & Smith Incorporated and Wells Fargo Securities, LLC*

SO ORDERED this 9 day of Apr , 2013

_____
THE HONORABLE LEWIS A. KAPLAN
United States District Judge

3