UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
CITY OF WESTLAND POLICE AND FIRE
RETIREMENT SYSTEM, Individually and on Behalf of
All Others Similarly Situated,

                    Plaintiff,

    -against-                           12 Civ. 0256 (LAK)

METLIFE, INC., et al.,

                    Defendants.
------------------------------------- x

[Stamp: USDC SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: ___ / DATE FILED: 7/10/13]

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        Plaintiff's motion for leave to file a second amended complaint [DI 57] is granted and the proposed second amended complaint deemed served and filed today without prejudice to a motion to dismiss by defendants.

        Defendants' motion for reconsideration [DI 55] is denied as moot in light of the filing of the second amended complaint. The point raised by that motion may be advanced in a motion to dismiss the second amended complaint.

        SO ORDERED.

Dated:    July 9, 2013

                                                      _____
                                                             Lewis A. Kaplan
                                                     United States District Judge