UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x

CITY OF WESTLAND POLICE AND FIRE
RETIREMENT SYSTEM, Individually and on Behalf of
All Others Similarly Situated,

                Plaintiff,

-against-                      12 Civ. 0256 (LAK)

METLIFE, INC., et al.,

                Defendants.
------------------------------------- x

## ORDER

LEWIS A. KAPLAN, *District Judge*.

        Plaintiff's motion for leave to file a second amended complaint [DI 57] is granted and the proposed second amended complaint deemed served and filed today without prejudice to a motion to dismiss by defendants.

        Defendants' motion for reconsideration [DI 55] is denied as moot in light of the filing of the second amended complaint. The point raised by that motion may be advanced in a motion to dismiss the second amended complaint.

        SO ORDERED.

Dated:     July 9, 2013

                                                        Lewis A. Kaplan
                                               United States District Judge