```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG - 9 2013
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
CITY OF WESTLAND POLICE AND FIRE :
RETIREMENT SYSTEM, Individually and on Behalf of :
All Others Similarly Situated, :
:
                                                  Plaintiff, :
:
                   -against- :      12 Civ. 0256 (LAK)
:
METLIFE, INC., et al., :
:
                                               Defendants. :
------------------------------------------------------------x

## [PROPOSED] ORDER

LEWIS A. KAPLAN, District Judge:

       This Court having considered a motion by MetLife, Inc. and the individual defendants (the "MetLife Defendants") to exceed the page limits specified by the Court's Individual Practices, the motion is GRANTED, and the page limits applicable to the memoranda of law in support of and in opposition to the MetLife Defendants' forthcoming motion to dismiss the Second Amended Complaint shall be as follows:

1. The MetLife Defendants' memorandum of law in support of their motion to dismiss shall not exceed forty-five (45) pages;

2. Plaintiff's memorandum of law in opposition to the MetLife Defendants' motion to dismiss shall not exceed forty-five (45) pages; and

3. The MetLife Defendants' reply memorandum of law in support of their motion to dismiss shall not exceed fifteen (15) pages.

Dated: August 9, 2013

                                                           SO ORDERED:

                                                           _____
                                                           LEWIS A. KAPLAN, U.S.D.J.
                                                           HOn. Paul J. Oetken
                                                           Part I

23946134v01