UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
:
CITY OF WESTLAND POLICE AND FIRE :
RETIREMENT SYSTEM, Individually and on :
Behalf of All Others Similarly Situated, :
:
                Plaintiff, :    12 Civ. 0256 (LAK)
:
      -against- :
:
METLIFE, INC., et al., :
:
                Defendants. :
:
------------------------------------------------------------ X

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG - 9 2013

## STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE FOR MOTION TO DISMISS

TO THE HONORABLE COURT:

    WHEREAS, by Order dated April 9, 2013 (Docket No. 66), the Court ordered that if Lead Plaintiff were granted leave to file a second amended complaint, Defendants would be required to answer or otherwise respond to that complaint on or before forty-five (45) days after the date on which it is filed; and

    WHEREAS, by Order dated July 9, 2013 (Docket No. 67), the Court granted Lead Plaintiff's motion for leave to file a second amended complaint and ordered that the proposed second amended complaint be deemed filed and served as of that day (the "Second Amended Complaint");

IT IS HEREBY STIPULATED AND AGREED, by counsel for the parties listed below, that:

1. Defendants shall file their motions to dismiss the Second Amended Complaint on or before August 23, 2013.

2. Lead Plaintiff shall file its opposition papers on or before October 7, 2013.

3. Defendants shall file their reply papers on or before November 6, 2013.

4. By entering into this stipulation, defendants do not waive any defenses that otherwise could be asserted through a motion pursuant to Fed. R. Civ. P. 12 or otherwise.

Dated: New York, New York
August 5, 2013

ROBBINS, GELLER, RUDMAN & DOWD LLP
Shawn A. Williams (shawnw@rgrdlaw.com)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, California 94104
Tel: (415) 288-4545
Fax: (415) 288-4534

Samuel H. Rudman (srudman@rgrdlaw.com)
58 South Service Road, Suite 200
Melville, New York 11747
Tel: (631) 367-7100
Fax: (631) 367-1173

*Attorneys for Lead Plaintiff Central States, Southeast and Southwest Areas Pension Fund*

Dated: New York, New York
       August ____, 2013

                                DEBEVOISE & PLIMPTON LLP
                                Maeve L. O'Connor (*mloconnor@debevoise.com*)
                                Elliot Greenfield (*egreenfield@debevoise.com*)
                                919 Third Avenue
                                New York, New York 10022
                                Tel: (212) 909-6000
                                Fax: (212) 909-6836

                                *Attorneys for Defendants MetLife, Inc., C. Robert Henrikson, William J. Wheeler, Peter M. Carlson, Steven A. Kandarian, William J. Mullaney, Sylvia Matthews Burwell, Eduardo Castro-Wright, Cheryl W. Grisé, R. Glenn Hubbard, John M. Keane, Alfred F. Kelly, Jr., James M. Kilts, Catherine R. Kinnery, Hugh B. Price, David Satcher, Kenton J. Sicchitano, and Lulu C. Wang*

Dated: New York, New York
       August _5_, 2013

                                */s/ Timothy E. Hoeffner*
                                DLA PIPER LLP (US)
                                Timothy E. Hoeffner (*timothy.hoeffner@dlapiper.com*)
                                John J. Clarke, Jr. (*john.clarke@dlapiper.com*)
                                1251 Avenue of the Americas
                                New York, New York 10020-1104
                                Tel: (212) 335-4500
                                Fax: (212) 335-4501

                                *Attorneys for Defendants Goldman Sachs & Co., Citigroup Global Markets Inc., Credit Suisse Securities (USA) LLC, Wells Fargo Securities, LLC, BofA Merrill Lynch, Pierce, Fenner & Smith Incorporated and HSBC Securities (USA) Inc.*

SO ORDERED this _____ day of _____, 2013.

_____
THE HONORABLE LEWIS A. KAPLAN
United States District Judge

Dated: New York, New York
       August 5, 2013

_____
DEBEVOISE & PLIMPTON LLP
Maeve L. O'Connor (*mloconnor@debevoise.com*)
Elliot Greenfield (*egreenfield@debevoise.com*)
919 Third Avenue
New York, New York  10022
Tel: (212) 909-6000
Fax: (212) 909-6836

*Attorneys for Defendants MetLife, Inc., C. Robert Henrikson, William J. Wheeler, Peter M. Carlson, Steven A. Kandarian, William J. Mullaney, Sylvia Matthews Burwell, Eduardo Castro-Wright, Cheryl W. Grisé, R. Glenn Hubbard, John M. Keane, Alfred F. Kelly, Jr., James M. Kilts, Catherine R. Kinnery, Hugh B. Price, David Satcher, Kenton J. Sicchitano, and Lulu C. Wang*

Dated: New York, New York
       August ____, 2013

_____
DLA PIPER LLP (US)
Timothy E. Hoeffner (*timothy.hoeffner@dlapiper.com*)
One Liberty Place 1650 Market Street, Suite 4900
Philadelphia, Pennsylvania 19103
Tel: (215) 656-3341
Fax: (215) 606-3341

*Attorneys for Defendants Goldman Sachs & Co., Citigroup Global Markets Inc., Credit Suisse Securities (USA) LLC, Wells Fargo Securities, LLC, BofA Merrill Lynch, Pierce, Fenner & Smith Incorporated and HSBC Securities (USA) Inc.*

SO ORDERED this 9 day of Aug, 2013.

_____
THE HONORABLE LEWIS A. KAPLAN
United States District Judge
Hon. Paul J. Oetken

Part I                                3