```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
                                                                        :
CITY OF WESTLAND POLICE AND FIRE                                        :
RETIREMENT SYSTEM, Individually and on Behalf of                        :
All Others Similarly Situated,                                          :
                                                                        :
                            Plaintiff,                                  :
                                                                        :
            -against-                                                   :   12 Civ. 0256 (LAK)
                                                                        :
METLIFE, INC., et al.,                                                  :
                                                                        :
                            Defendants.                                 :
                                                                        :
------------------------------------------------------------------------x
```

**NOTICE OF THE METLIFE DEFENDANTS'
<u>MOTION TO DISMISS THE SECOND AMENDED COMPLAINT</u>**

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, the Declaration of Elliot Greenfield, and the exhibits attached thereto, and all prior pleadings in this action, defendants MetLife, Inc., C. Robert Henrikson, William J. Wheeler, Peter M. Carlson, Steven A. Kandarian, William J. Mullaney, Sylvia Mathews Burwell, Eduardo Castro-Wright, Cheryl W. Grisé, R. Glenn Hubbard, John M. Keane, Alfred F. Kelly, Jr., James M. Kilts, Catherine R. Kinney, Hugh B. Price, David Satcher, Kenton J. Sicchitano and Lulu C. Wang hereby move, pursuant to Federal Rules of Civil Procedure 9(b) and 12(b)(6) and the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4, to dismiss the Second Amended Complaint.

23956185v01

Dated: New York, New York
August 23, 2013

DEBEVOISE & PLIMPTON LLP

By : /s/ Maeve L. O'Connor
Maeve L. O'Connor (*mloconnor@debevoise.com*)
Elliot Greenfield (*egreenfield@debevoise.com*)
Anna A. Moody (*amoody@debevoise.com*)

919 Third Avenue
New York, New York 10022
Tel: (212) 909-6000
Fax: (212) 909-6836

*Attorneys for defendants MetLife, Inc., C. Robert Henrikson, William J. Wheeler, Peter M. Carlson, Steven A. Kandarian, William J. Mullaney, Sylvia Mathews Burwell, Eduardo Castro-Wright, Cheryl W. Grisé, R. Glenn Hubbard, John M. Keane, Alfred F. Kelly, Jr., James M. Kilts, Catherine R. Kinney, Hugh B. Price, David Satcher, Kenton J. Sicchitano and Lulu C. Wang.*