UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
                                                      :

CITY OF WESTLAND POLICE AND FIRE       :
RETIREMENT SYSTEM, Individually and on Behalf of  :
All Others Similarly Situated,                      :

                  Plaintiff,                          :

            -against-                          :     12 Civ. 0256 (LAK)

METLIFE, INC., et al.,                            :

                  Defendants.                     :
------------------------------------------------------------------------x

## NOTICE OF THE METLIFE DEFENDANTS' RENEWED MOTION TO DISMISS THE SECOND AMENDED COMPLAINT

PLEASE TAKE NOTICE that upon the previously filed Motion to Dismiss the Second Amended Complaint (Dkt. No. 73), the Memorandum of Law (Dkt. No. 74), the Declaration of Elliot Greenfield (Dkt. No. 75) and exhibits attached thereto, the Reply Memorandum of Law (Dkt. No. 80), the memoranda of law and materials submitted by the Underwriter Defendants in support of their motion to dismiss the Second Amended Complaint to the extent relevant (Dkt. Nos. 70-72, 79), the accompanying Supplemental Memorandum of Law in light of *Omnicare*, and all prior pleadings in this action, defendants MetLife, Inc., C. Robert Henrikson, William J. Wheeler, Peter M. Carlson, Steven A. Kandarian, William J. Mullaney, Sylvia Mathews Burwell, Eduardo Castro-Wright, Cheryl W. Grisé, R. Glenn Hubbard, John M. Keane, Alfred F. Kelly, Jr., James M. Kilts, Catherine R. Kinney, Hugh B. Price, David Satcher, Kenton J. Sicchitano and Lulu C. Wang hereby move, pursuant to Federal Rules of Civil Procedure 9(b) and 12(b)(6)

1000746582v2

and the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4, to dismiss the Second Amended Complaint.

Dated: New York, New York
May 21, 2015

DEBEVOISE & PLIMPTON LLP

By : /s/ Maeve L. O'Connor
Maeve L. O'Connor (*mloconnor@debevoise.com*)
Elliot Greenfield (*egreenfield@debevoise.com*)
Anna A. Moody (*amoody@debevoise.com*)

919 Third Avenue
New York, New York 10022
Tel: (212) 909-6000
Fax: (212) 909-6836

*Attorneys for defendants MetLife, Inc., C. Robert Henrikson, William J. Wheeler, Peter M. Carlson, Steven A. Kandarian, William J. Mullaney, Sylvia Mathews Burwell, Eduardo Castro-Wright, Cheryl W. Grisé, R. Glenn Hubbard, John M. Keane, Alfred F. Kelly, Jr., James M. Kilts, Catherine R. Kinney, Hugh B. Price, David Satcher, Kenton J. Sicchitano and Lulu C. Wang.*