UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CITY OF WESTLAND POLICE AND FIRE RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>               Plaintiff,<br><br>  vs.<br><br>METLIFE INC., et al.,<br><br>               Defendants. | Civil Action No. 1:12-cv-00256-LAK<br><br>CLASS ACTION<br><br>LEAD PLAINTIFF'S MOTION TO CERTIFY CLASS, APPOINT CLASS REPRESENTATIVE AND APPOINT CLASS COUNSEL |

1244652_1

PLEASE TAKE NOTICE that, pursuant to the Court's Pretrial and Scheduling Order dated February 1, 2017 (Dkt. No. 121), Lead Plaintiff Central States, Southeast and Southwest Areas Pension Fund ("Central States" or "Lead Plaintiff") respectfully moves this Court to certify a class of all persons who purchased or acquired MetLife, Inc. common stock in the Company's August 3, 2010 Offering or the Company's March 4, 2011 Offering.  Excluded from the Class are defendants and their families, the officers and directors of the Company, at all relevant times, members of their immediate families and their legal representatives, heirs, successors or assigns and any entity in which defendants have or had a controlling interest.  Lead Plaintiff also moves this Court to appoint Central States as Class Representative and, pursuant to Rule 23(g) of the Federal Rules of Civil Procedure, to appoint Robbins Geller Rudman & Dowd LLP as Class Counsel.  This Motion is based on the accompanying memorandum of law, the Declaration of Shawn A. Williams and the Declaration of James P. Condon in Support of Lead Plaintiff's Motion to Certify Class, Appoint Class Representative and Appoint Class Counsel, filed herewith, the record in this case, and any other pertinent matters the Court may consider.

DATED:  March 15, 2017     ROBBINS GELLER RUDMAN
           & DOWD LLP
          SHAWN A. WILLIAMS
          AELISH M. BAIG
          ARMEN ZOHRABIAN
          DAVID W. HALL

          s/ Shawn A. Williams
          SHAWN A. WILLIAMS

Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
aelishb@rgrdlaw.com
azohrabian@rgrdlaw.com
dhall@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com

Lead Counsel for Plaintiff

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 15, 2017, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on March 15, 2017.

                                              s/ Shawn A. Williams
                                          SHAWN A. WILLIAMS

ROBBINS GELLER RUDMAN
   & DOWD LLP
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
E-mail: shawnw@rgrdlaw.com

1244652_1

## Mailing Information for a Case 1:12-cv-00256-LAK City of Westland Police and Fire Retirement System v. Metlife, Inc. et al

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **John J. Clarke , Jr**
  john.clarke@dlapiper.com,DocketingNewYork@dlapiper.com

- **Elliot Greenfield**
  egreenfield@debevoise.com

- **David W. Hall**
  dhall@rgrdlaw.com

- **Timothy E. Hoeffner**
  timothy.hoeffner@dlapiper.com,danica.joseph-boxill@dlapiper.com,DocketingNewYork@dlapiper.com,timothy-hoeffner-1794@ecf.pacerpro.com,new-york-docketing-7871@ecf.pacerpro.com

- **Maeve L. O'Connor**
  moconnor@debevoise.com,mao-ecf@debevoise.com

- **Darren J. Robbins**
  e_file_sd@rgrdlaw.com

- **David Avi Rosenfeld**
  drosenfeld@rgrdlaw.com,e_file_ny@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Samuel Howard Rudman**
  srudman@rgrdlaw.com,e_file_ny@rgrdlaw.com,mblasy@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Shawn Anthony Williams**
  swilliams@rgrdlaw.com,aelishb@rgrdlaw.com,smorris@rgrdlaw.com,ptiffith@rgrdlaw.com,e_file_sd@rgrdlaw.com,tcraig@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Armen Zohrabian**
  azohrabian@rgrdlaw.com

- **Jason Allen Zweig**
  jasonz@hbsslaw.com,peterb@hbsslaw.com,chavayh@hbsslaw.com,reed@hbsslaw.com,nicolleg@hbsslaw.com

### Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Thomas        C. Michaud
,
```