Case 1:12-cv-00256-LAK-AJP Document 122 Filed 03/15/17 Page 1 of 5

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MEMO ENDORSED



USDC SDNY
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-22-17

---------------------------------------- x
CITY OF WESTLAND POLICE AND FIRE : Civil Action No. 1:12-cv-00256-LAK
RETIREMENT SYSTEM, Individually and on :
Behalf of All Others Similarly Situated, : CLASS ACTION
:
Plaintiff, : LEAD PLAINTIFF'S MOTION TO
: CERTIFY CLASS, APPOINT CLASS
vs. : REPRESENTATIVE AND APPOINT CLASS
: COUNSEL
METLIFE INC., et al., :
:
Defendants. :
:
---------------------------------------- x

Motion granted substantially for the reasons set forth
in the report and recommendation [DI 176] to which no
objections have been filed.

       SO ORDERED.

Dated:     September 22, 2017

                                              Lewis A. Kaplan
                                     United States District Judge

1244652_1