# EXHIBIT 6

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CITY OF WESTLAND POLICE AND FIRE RETIREMENT SYSTEM, Individually and On Behalf of All Others Similarly Situated, | )<br>)<br>)<br>)    No. 12 Civ. 0256 (LAK)(AJP) |
| Plaintiff, | )<br>)<br>) |
| vs. | )<br>) |
| METLIFE INC., et al., | )<br>) |
| Defendants. | )<br>) |

## REPORT OF PROFESSOR ALLEN FERRELL

## October 19, 2017

**I.     Qualifications**

1.     I am an economist and the Greenfield Professor of Securities Law at Harvard Law School, where I have taught since 1998.  I received a Ph.D. in economics from the Massachusetts Institute of Technology with fields in econometrics and finance and a J.D. from Harvard Law School.  My Ph.D. concerned the relationship between stock prices and financial disclosures.  After law school, I clerked for Judge Silberman of the United States Court of Appeals for the D.C. Circuit and Justice Kennedy of the Supreme Court of the United States.

2.     I am also a faculty associate at the Kennedy School of Government at Harvard, a research associate at the National Bureau of Economic Research, a fellow at Columbia University's Program on the Law and Economics of Capital Markets, a research associate at the European Corporate Governance Institute, and a member of the editorial board of the *Journal of Financial Perspectives*.  I formerly was a member of the Board of Economic Advisors to the Financial Industry Regulatory Authority ("FINRA"), an academic fellow at FINRA, Chairperson of Harvard's Advisory Committee on Shareholder Responsibility (which is responsible for advising the Harvard Corporation on how to vote shares held by its endowment), a member of the ABA Task Force on Corporate Governance, a member of the American Law Institute Project on the Application of U.S. Financial Regulations to Foreign Firms and Cross-Border Transactions,

and an executive member of the American Law School section on securities regulation.

3.     I have testified before the U.S. Senate Subcommittee on Securities, Insurance and Investment and presented to, among others, the Securities and Exchange Commission ("SEC"), the World Bank, the Structured Products Association, and the National Bureau of Economic Research.  I have published approximately thirty articles in leading journals on law and finance topics, including on the topics of valuation and event study analysis.  I have also been an expert witness in a variety of securities and corporate matters involving valuation and event study analysis.  In my academic and expert work, I have focused on evaluating security prices in light of disclosed firm information.  My testimony in the last four years and academic work are summarized on my curriculum vitae, which is attached hereto as Appendix A.

4.     I am being compensated at my customary hourly rate of $1,150 per hour for my work on this matter.  I have been assisted in this matter by staff of Compass Lexecon, who worked under my direction.  I receive compensation from Compass Lexecon based on its collected staff billings for its support of me in this matter.  Neither my compensation in this matter nor my compensation from Compass Lexecon is in any way contingent or based on the content of my opinion or the outcome of this or any other matter.

## II.    Introduction and Summary of Conclusion

5.    MetLife, Inc. ("MetLife" or the "Company") is a leading provider of insurance, employee benefits, and financial services with operations throughout the United States and the regions of Latin America, Asia Pacific and Europe, the Middle East, and India.[1]   The MetLife companies offer life insurance, annuities, auto and home insurance, retail banking and other financial services to individuals, as well as group insurance and retirement & savings products and services to corporations and other institutions.[2]

6.    On March 8, 2010, MetLife announced an agreement with American International Group, Inc. ("AIG") to purchase one of AIG's international subsidiaries, American Life Insurance Company ("ALICO"), for approximately $15.5 billion, consisting of $6.8 billion in cash and approximately $8.7 billion in MetLife equity securities, including 78.2 million shares of MetLife common stock.[3]   Pursuant to this acquisition, MetLife filed a Prospectus Supplement with the SEC on August 3, 2010 setting forth the terms of a common stock, debt, and equity offering; the common stock was priced at $42 per share ("August 2010

---

1.     MetLife Prospectus Supplement dated August 3, 2010 ("August 2010 Prospectus") at S-8.
2.     *Id.*
3.     MetLife press release, "MetLife to Acquire American Life Insurance Company from American International Group for Approximately $15.5 Billion," March 8, 2010.

Offering").[4]   On August 6, 2010, the Company announced that it had closed the offering of 86,250,000 shares of its common stock.[5]

7.   On March 2, 2011, MetLife announced that it and AIG were selling MetLife common stock to the public at $43.25 per share; MetLife was offering 68,570,000 shares and AIG was offering 78,239,712 shares ("March 2011 Offering").[6]   The Company filed a Prospectus Supplement with the SEC on March 4, 2011.[7] MetLife announced on March 8, 2011 that it had closed the offering.[8]   I refer to the August 2010 Offering and the March 2011 Offering as the "Offerings" and the respective Prospectus Supplements as the "Offering Materials."

8.   On April 22, 2011 and April 25, 2011, state regulators issued press releases announcing that they had issued subpoenas to MetLife requesting that executives appear at hearings concerning the Company's practices regarding a database prepared by the Social Security Administration known as the "Death Master" file

---

4.   *See*
https://www.sec.gov/Archives/edgar/data/1099219/000095012310072017/0000950123-10-072017-index.htm; August 2010 Prospectus.
5.   MetLife press release, "MetLife Completes Public Offerings," August 6, 2010.
6.   MetLife press release, "MetLife Announces Pricing of Common Stock and Common Equity Unit Offerings," March 2, 2011.
7.   *See*
https://www.sec.gov/Archives/edgar/data/1099219/000095012311021901/0000950123-11-021901-index.htm ("March 2011 Prospectus").
8.   MetLife press release, "MetLife Announces Completion of Common Stock and Common Equity Unit Offerings," March 8, 2011.

("SSA-DMF").[9]  On April 25, 2011, *The Wall Street Journal* published an article titled "MetLife Probed on Death Benefits" that reported on the California regulators' announcement and stated:  "The new assertions come as authorities in 35 states are looking at whether nearly two dozen of the nations' most-prominent life insurers are failing to determine if policyholders have died, and aren't turning unclaimed funds over to states in a timely fashion."[10]

9.     MetLife executives testified publicly before Florida and California authorities on May 19, 2011 and May 23, 2011, respectively, regarding the Company's use of the SSA-DMF ("May 2011 Public Hearings").[11]  An article published by *Dow Jones News Service* on May 19, 2011 reports that the executives testified that the Company attempted a "special project" to match its policyholder base against names in the SSA-DMF in 2007 and found that about $84 million was due to beneficiaries for deaths as far back as 1978 ("2007 SSA-DMF Cross-Check").[12, 13] The article states that "MetLife's description of its special campaign

---

9.     *The Wall Street Journal*, "Hancock in Settlement Over Death Benefits," April 23, 2011; California Department of Insurance press release, "Insurance Commissioner Jones, Controller, Chiang Launch Investigation Into Death Payment Practices," April 25, 2011.

10.     *The Wall Street Journal*, "MetLife Probed on Death Benefits," April 25, 2011.

11.     *See*, e.g., *Dow Jones News Service*, "WSJ:  Florida, Other Regulators Question MetLife on Use of Death Database," May 19, 2011 *and National Underwriter Life & Health*, "California Regulators:  When Did You Computerize Your Records, and When Did You Sweep Them?" May 23, 2011.

12.     *Dow Jones News Service*, "WSJ:  Florida, Other Regulators Question MetLife on Use of Death Database," May 19, 2011.

13.     In the fourth quarter of 2007, MetLife had increased its reserves in its individual life insurance business by $25 million to account for unreported claims.  *Voxant FD (Fair Disclosure) Wire*, "Q4 2007 MetLife Inc. Earnings Conference Call – Final," February 7, 2008.

provided some of the first solid numbers on what regulators say is a problem that has existed for decades."[14]

10.    Before the market opened on August 5, 2011, MetLife filed SEC Form 10-Q for the quarterly period ended June 30, 2011 ("2Q11 10-Q"), which disclosed that:

> More than 30 U.S. jurisdictions are auditing MetLife, Inc. and certain of its affiliates for compliance with unclaimed property laws. Additionally, MLIC and certain of its affiliates have received subpoenas and other regulatory inquiries from certain regulators and other officials relating to claims-payment practices and compliance with unclaimed property laws.   On July 5, 2011, the New York Insurance Department issued a letter requiring life insurers doing business in New York to use data available on the U.S. Social Security Administration's Death Master File or a similar database to identify instances where death benefits under life insurance policies, annuities, and retained asset accounts are payable, to locate and pay beneficiaries under such contracts, and to report the results of the use of the data.  It is possible that other jurisdictions may pursue similar investigations or inquiries, or issue directives similar to the New York Insurance Department's letter.  It is possible that the audits and related activity may result in additional payments to beneficiaries, additional escheatment of funds deemed abandoned under state laws, administrative penalties, and changes to the Company's procedures for the identification and escheatment of abandoned property.  The Company is not currently able to estimate the reasonably possible amount of any such additional payments or the reasonably possible cost of any such changes in procedures, but it is possible that such costs may be substantial.[15]

("August 5, 2011 Disclosure").

---

14.    *Dow Jones News Service*, "WSJ:  Florida, Other Regulators Question MetLife on Use of Death Database," May 19, 2011.

15.    *See* https://www.sec.gov/Archives/edgar/data/1099219/000095012311073255/0000950123-11-073255-index.htm; 2Q11 10-Q at 109.

11.   After the market closed on October 6, 2011, MetLife filed an SEC Form 8-K which disclosed that the Company expected to incur three non-recurring after-tax charges: 1) $115-$135 million adjustment in reserves in connection with the Company's use of the SSA-DMF to identify claims that had not been filed with the Company; 2) $80-$100 million in catastrophe losses in its Auto & Home business (which was $42-$62 million higher than the Company's plan provision for the quarter); and 3) $40 million net charge in connection with the liquidation plan for Executive Life Insurance Company of New York ("October 6, 2011 Disclosure").[16]

12.   Central States, Southeast and Southwest Areas Pension Fund ("Plaintiff") brings a securities class action on behalf of all persons who purchased or acquired MetLife common stock in the Offerings.[17, 18]   I understand that Plaintiff's claims which remain in this case are those under §§11 and 15 of the Securities Act based

---

16.   *See* https://www.sec.gov/Archives/edgar/data/1099219/000095012311088935/0000950123-11-088935-index.htm; MetLife Form 8-K dated October 6, 2011 at 2.

17.   Lead Plaintiff's Motion to Certify Class, Appoint Class Representative and Appoint Class Counsel dated March 15, 2017 at 1.

18.   The Defendants are:  1) MetLife; 2) Officers C. Robert Henrikson (MetLife's President and CEO until May 1, 2011 and Chairman of the Board of Directors until January 1, 2012), William J. Wheeler (MetLife's Executive Vice President and CFO until November 2011 and President of the Company's Americas Division since November 2011), Peter M. Carlson (MetLife's Executive Vice Present, Finance Operations and Chef Accounting Officer), Steven A. Kandarian (MetLife's Chief Investment Officer until May 1, 2011 and President and CEO thereafter), and William J. Mullaney (MetLife's President of U.S. Business until November 2011); 3) Directors Sylvia Mathews Burwell, Eduardo Castro-Wright, Cheryl W. Grisé, R. Glenn Hubbard, John M. Keane, Alfred F. Kelly, Jr., James M. Kilts, Catherine R. Kinney, Hugh B. Price, David Satcher, Kenton J. Sicchitano, and Lulu C. Wang; and 4) Offering Underwriters Goldman Sachs & Co., Citigroup Global Markets Inc., Credit Suisse Securities (USA) LLC, Wells Fargo Securities, LLC, BofA Merrill Lynch, Pierce, Fenner & Smith Incorporated, and HSBC Securities (USA) Inc.  Third Amended Class Action Complaint for Violations of the Federal Securities Laws filed on October 17, 2015 ("Complaint") ¶¶ 30-56.

upon MetLife's alleged omission of material facts about:  1) "its inquiry into or knowledge concerning its implicit representations with respect to the adequacy of the Company's [Incurred But Not Reported or "IBNR"] reserves"; and 2) "the pending state investigations prior to August 2011."[19]  I refer to these alleged disclosure deficiencies as the "Alleged Misstatements."

13.   Plaintiff alleges that it and the Class "sustained damages when the price of MetLife common stock declined substantially due to material misstatements and/or omissions in the Offering Materials."[20]  The only specific stock price declines cited in the Complaint are when Plaintiff claims that: 1) "[t]he August 5, 2011 disclosure in MetLife's Form 10-Q contributed to the Company's stock price decline between market close on Thursday, August 4, 2011, and market close on Monday, August 8, 2011," a two-day drop from $36.90 to $32.74; and 2) "[o]n the news reported on October 6, 2011, the Company's stock price declined after hours on October 6, 2011 and declined from a close of $30.69 on October 6, 2011 to $28.80 on October 7, 2011."[21]  I refer to these two disclosures as the "Alleged Corrective Disclosures."

14.   I understand that §11(e) of the Securities Act states that any losses incurred after the lawsuit was brought are not recoverable.  I further understand that the first

---

19.   Memorandum Opinion dated November 10, 2016 ("11/10/16 Opinion") at 31.
20.   Complaint ¶ 262.
21.   *Id.* ¶¶ 22 & 24; *see also id.* ¶¶ 135-139 & 151.

complaint in this case was filed on January 12, 2012 and that the first complaint filed in this case that alleges claims under §11 was filed on May 14, 2012. Accordingly, I define the period of my analysis from August 3, 2010 (the date the August 2010 Prospectus was filed) through May 14, 2012 (the "Relevant Period").[22]

15.   I have been asked by counsel for MetLife to analyze the economic evidence as it relates to Plaintiff's remaining claims in the Complaint.   Appendix B identifies the materials that I relied upon in connection with the preparation of this report.

16.   Based on these materials and my analysis, I have concluded that the economic evidence does not support Plaintiff's claim that the Alleged Misstatements caused MetLife's stock price to decline during the Relevant Period; rather, the Company's stock price decline is attributable to other factors, including adverse changes in market and industry conditions that occurred after the Offerings.   I elaborate upon and provide the bases for my conclusion in the remainder of this report.

---

22.   Even though Plaintiff claims that the market was fully aware of the Alleged Misstatements by October 7, 2011 (otherwise Plaintiff presumably would not have ended the dismissed §10(b) class period by this date) and so any further declines are not alleged to have been caused by the Alleged Misstatements under Plaintiff's theory of the case, I analyze disclosures related to MetLife's use of the SSA-DMF through May 14, 2012 for completeness.   I find substantially similar results to those described in the text if I end my analysis on October 7, 2011 or on January 12, 2012.

### III. The Economic Evidence Does Not Support Plaintiff's Claim that the Alleged Misstatements Caused MetLife's Stock Price to Decline During the Relevant Period; Rather, the Company's Stock Price Decline Is Attributable to Other Factors, Including Adverse Changes in Market and Industry Conditions that Occurred After the Offerings

17.   To analyze Plaintiff's claims, I performed a statistical analysis known as an "event study" to determine whether there is reliable evidence that the Alleged Corrective Disclosures caused MetLife's stock price to decline as Plaintiff asserts, i.e., whether these disclosures can be associated with price drops that can be considered "statistically significant" and thus different from zero. I also reviewed the content of the Alleged Corrective Disclosures to understand what they revealed about the Alleged Misstatements and whether they included information that could have been disclosed at the time the Offering Materials were issued.

18.   In addition, I reviewed publicly available information during the Relevant Period to determine when the market first learned information related to the Alleged Misstatements. I used my event study analysis to test whether these disclosures are associated with statistically significant price declines. Finally, I analyzed the causes of MetLife's stock price decline during the Relevant Period.

A.    Event Study Analysis

19.    An event study is a statistical method used frequently in financial economics to measure the impact of events on stock returns.[23]   In securities litigation, event studies are commonly employed to assess the price impact of an alleged corrective disclosure.   Plaintiff states that "[e]vent studies are characterized as '[t]he gold standard, which is accepted by both courts and economists' when assessing materiality and causation."[24]

20.    It is standard practice in event studies to take into account the effect of contemporaneous market and industry factors on stock returns.   This is typically done by 1) estimating the historical relationship between changes in a company's stock price and changes in the performance of relevant market and industry indices, 2) using the historical relationship and the actual performance of these indices on the day in question to calculate an expected return, and 3) subtracting the expected return from the actual return to derive a "residual return" (sometimes referred to as an "abnormal return").   The specific parameters of my event study analysis are described in Appendix C.II.

21.    When performing event studies, the conventional practice in finance is to test the "null hypothesis" that the residual return is zero against the alternative

---

23.    *See, e.g.*, A.C. MacKinlay, "Event Studies in Economics and Finance," XXXV *J. Econ. Lit* (March 1997) 13-39.
24.    Complaint ¶ 148.

hypothesis that the residual return is different from zero.[25]   If the null hypothesis cannot be rejected at conventional levels of significance, then the residual returns are not considered to be statistically significant, i.e., they are not considered to be significantly different from zero.   Under these circumstances, one concludes that the observed stock return on a particular date can be explained by the independent variables considered in the estimation model and the normal volatility of the stock price, and therefore cannot reliably be attributed to firm-specific events.

22.   In event studies, the statistical significance of the residual returns is typically assessed by calculating a standardized measure of the size of the residual return known as a "$t$-statistic."[26]   A $t$-statistic with an absolute value of 1.96 or greater denotes statistical significance at the 5 percent level of significance (a conventional level at which such assessments are made).[27]   Equivalently, the "p-value" of the residual return must be .05 or lower, i.e., the probability that the residual return would have occurred in the absence of firm-specific information relevant to investors is 5 percent or less.

---

25.   *See, e.g.*, J.Y. Campbell, A.W. Lo, & A.C. MacKinlay, *The Econometrics of Financial Markets*, (Princeton University Press, 1997), at 160-66; A.C. MacKinlay, "Event Studies in Economics and Finance," 35 *J. Economic Literature* (March 1997), 13-39; G.W. Schwert, "Using Financial Data to Measure Effects of Regulation," 24 *J. Law and Economics* (1981) 121-57; D.R. Fischel, "Use of Modern Finance Theory in Securities Fraud Cases Involving Actively Traded Securities," 38 *The Business Lawyer* (1982), 1-20, at 19.
26.   *See id.*
27.   *See*, e.g., W. Mendenhall, J.E. Reinmuth & R.J. Beaver, *Statistics for Management and Economics* (Duxbury Press, 1993), at 346-47.

B.   Analysis of the Purported Price Impact of the Alleged Corrective
      Disclosures

23.   Plaintiff claims that event study analyses it had prepared found that the
October 6, 2011 Disclosure is associated with a statistically significant residual
return on October 7, 2011, which Plaintiff attributes to "the company specific
information … contained in MetLife's Form 8-K" filed on October 6, 2011.[28]
Notably, Plaintiff does not claim that event study analysis found that the August 5,
2011 Disclosure is associated with a statistically significant residual return on
either Friday August 5, 2011 or Monday August 8, 2011.  Moreover, nowhere in
the Complaint does Plaintiff point to event study analysis finding *any* statistically
significant residual decline in MetLife's stock price during the Relevant Period
other than that on October 7, 2011.

24.   As explained in Appendix C.I., Plaintiff's event study analyses are mis-
specified and unreliable for two principal reasons.  First, while MetLife compared
its stock price performance to both the S&P 500 Insurance Industry index and the
S&P 500 Financials Sector index in its 2011 Annual Report (the source of the
explanatory variables Plaintiff used in its event study analyses), Plaintiff only used
the S&P 500 Insurance Industry index and disregarded the S&P 500 Financials
Sector index.[29]

---

28.   Complaint ¶¶ 148-149.
29.   *Compare* Complaint ¶ 149 *with* MetLife 2011 Annual Report at 238.  As explained in
Appendix C ¶ 2, MetLife disclosed in the 2011 Annual Report and in the Offering Materials that

25.    Second, Plaintiff's event study analyses fail to control for the effect of "heteroscedasticity," a well-known issue extensively discussed in the academic literature.  For stock returns, heteroscedasticity occurs when the magnitude of the residual returns varies in predictable ways.  This results in an increased likelihood of mistaking the significance of individual residual returns.  For example, during periods when residual return variability increases, a residual return may appear statistically significant when it is not.  As explained in Appendix C.I., the variability of MetLife's residual returns substantially increased after Standard & Poor's ("S&P") downgraded the U.S. credit rating on August 5, 2011, which Plaintiff acknowledges "was the first time in history that U.S. credit/debt rating had been downgraded."[30]  As further explained in Appendix C.I., I tested for and found heteroscedasticity in Plaintiff's event study analyses.

26.    I corrected Plaintiff's event study models with respect to these two errors and show that MetLife's stock price movement on October 7, 2011 is not statistically significant using Plaintiff's remaining assumptions and methods.[31]

---

it competes with non-insurance financial companies, and the S&P 500 Financials Sector index has substantial explanatory power over MetLife's stock price movements during the Relevant Period.

30.    Complaint ¶ 137.

31.    *See* Appendix C ¶¶ 11, 12-17 & Exhibit C-5.  As I explain, I also corrected for the fact that Plaintiff did not remove MetLife from the S&P 500 Insurance Industry index.  I find the same conclusion regarding the lack of statistical significance of the residual return on October 7, 2011 whether or not I remove MetLife from the indices.

27.   I then conducted an event study analysis to analyze stock price movements over the entire Relevant Period while controlling for heteroscedasticity and incorporating the S&P 500 Financials Sector index.   *See* Appendix C.II.   My analysis found that neither of the Alleged Corrective Disclosures is associated with a statistically significant negative residual return.   *See* Exhibit 1.   Specifically, the residual returns (*t*-statistics) on August 5, 2011, August 8, 2011, and October 7, 2011 are 0.63% (0.62), 1.69% (0.70), and -1.39% (-1.16), respectively – all smaller in magnitude than the +/- 1.96 threshold necessary to demonstrate statistical significance.   Consequently, there is no reliable economic basis to associate any of the price declines described by Plaintiff with the Alleged Misstatements.

28.   I further analyzed the Alleged Corrective Disclosures to determine whether they include information that could not have been disclosed at the time the Offering Materials were issued.   If so, then even if there was a reliable economic basis to associate these disclosures with any price impact (which there is not), this impact would not measure the value of the Alleged Misstatements.   Moreover, to the extent that the relevant information was disclosed prior to August 5, 2011 or October 6, 2011, such information would already have been incorporated by the market and would therefore have no subsequent effect on MetLife's stock price. As explained below, both scenarios apply to both of the Alleged Corrective Disclosures.

i.   August 5, 2011 Disclosure

29.   Although MetLife allegedly failed to disclose the pending state investigations until August 5, 2011, the market was aware that 35 states were involved in such investigations prior to this date because *The Wall Street Journal* reported this fact on April 25, 2011.[32]   Since Plaintiff claims that the Company's common stock traded in an efficient market[33] (and I have no reason to believe otherwise[34]), the repetition of previously disclosed information would not be expected to impact the stock price because the price of a security that trades in an efficient market rapidly reflects all new publicly available information.[35] Consequently, Plaintiff's claim that MetLife's stock price declined as a result of its disclosure of the investigations on August 5, 2011 is inconsistent with its own claim of market efficiency and with the economic evidence.

30.   Moreover, I understand that any information regarding the potential effect of investigations or regulatory actions that commenced after the Offering Materials were issued are not part of the remaining claim.   Among other things, the August 5, 2011 Disclosure regards subpoenas and other regulatory inquiries as well as a

---

32.   *See supra* ¶ 8 n.10.
33.   Complaint ¶ 197.
34.   I note that MetLife common stock traded on the New York Stock Exchange, had substantial daily trading volume (averaging more than 4% of shares outstanding per day), and that the Company had extensive analyst coverage (*see* Appendix B), which are all factors supporting a finding that MetLife traded in an efficient market.
35.   For a discussion of efficient markets generally, *see, e.g.,* Z. Bodie, A. Kane, & A.J. Marcus, *Investments* (McGraw-Hill/Irwin, 2005), at 371 & 373.

July 5, 2011 letter requiring certain life insurers (including MetLife) to use the SSA-DMF or a similar database to identify payable death benefits, locate and pay the beneficiaries under such contracts, and report the results of the use of these data.[36] To the extent that these events were not pending or did not occur prior to the dates of the Offering Materials, the August 5, 2011 Disclosure contains information regarding the potential effects of investigations and regulatory actions that could not have been disclosed in the Offering Materials.[37]

31.   In an attempt to include the decline in MetLife's stock price on August 8, 2011 as part of the reaction to the August 5, 2011 Disclosure, Plaintiff discusses an article published by *Bloomberg* after the market closed on August 5, 2011.[38]  As explained by Plaintiff, this article reiterates the previously disclosed information in the 2Q11 10-Q which, in the efficient market in which Plaintiff claims MetLife stock traded, was already reflected in the stock price on August 5, 2011.

32.   Plaintiff then notes that the *Bloomberg* article also discusses that Prudential filed a Form 10-Q with the SEC disclosing that "it too was under investigation by 33 jurisdictions" and that "AIG had taken a charge of $100 [*sic*] for the same issue just one day earlier."[39]   However, Plaintiff does not explain how these announcements informed investors of the investigations into MetLife's practices at

---

36.    *See supra* n.10.
37.    The 2Q11 10-Q also included other unrelated disclosures which I have not analyzed that may have revealed negative new information.
38.    Complaint ¶¶ 138-139.
39.    *Id.*

the time the Offering Materials were issued, particularly since the Company could not have disclosed the information announced by Prudential and AIG any earlier than those firms themselves disclosed it.

ii.   October 6, 2011 Disclosure

33.   I understand that the remaining claim regarding MetLife's IBNR reserves is limited to the alleged omission of material facts regarding the basis of these reserves rather than the amount of the reserves.[40]   However, the portion of the October 6, 2011 Disclosure related to the Company's use of the SSA-DMF discloses only the amount of the expected reserve adjustment.[41]

34.   As Plaintiff makes clear in its detailed discussion of the May 2011 Public Hearings, the allegedly omitted facts regarding the 2007 SSA-DMF Cross-Check *were* disclosed prior to the October 6, 2011 Disclosure.[42, 43]   Specifically, Plaintiff

---

40.    11/10/16 Opinion at 17, which also states:  "Central States nowhere claims that MetLife made any statement–true or false–as to what its IBNR reserves actually were.  In other words, there is no suggestion that the Company said its IBNR reserves were $X and that such statement was false because those reserves actually were $Y."

41.    *See supra* ¶ 11.  The October 6, 2011 Disclosure included two charges that are unrelated to the Alleged Misstatements and combined approximate the size of the IBNR reserve charge. *See id.*

42.    I understand that the Court's 11/10/16 Opinion found that the only new allegation in the Complaint (after previously dismissing Plaintiff's two prior complaints) was that MetLife increased IBNR reserves in 2007 by $25 million to account for unreported claims discovered during the 2007 SSA-DMF Cross-Check.  11/10/16 Opinion at 2 & 6.

43.    The fact that the hearings were going to take place on May 19, 2011 and May 23, 2011 was publicly disclosed beforehand.  *See*, e.g., *Dow Jones News Service*, "WSJ:  Calif. Insur Commissioner Calls Hearing To Investigate Practices Of MetLife," April 25, 2011 *and* California Department of Insurance press release, "Insurance Commissioner Jones, Controller, Chiang Launch Investigation Into Death Payment Practices," April 25, 2011.

cites the hearing testimony and states that Company executives publicly admitted, among other things, that:

- "… the Company did not systematically use the SSA-DMF to help identify beneficiaries of policyholders who had died, nor use it to systematically designate to identify property that was unclaimed for purposes of starting the escheatment of the unclaimed property to relevant state agencies."[44]

- "… in 2007 MetLife cross-checked certain of its individual life insurance policies against the SSA-DMF and identified over $80 million in unclaimed benefits or unreported claims.  …  Approximately $50 million of those unclaimed benefits were paid to beneficiaries and approximately $30 million were sent to its unclaimed funds account to begin the dormancy period for escheatment to relevant states.  …  In the same year, during 4Q07, MetLife had to increase reserves in its individual life insurance business by $25 million to account for unreported claims impacting operating income by $0.04 EPS, after-tax."[45]

- "The Company ran the vast majority of policies in the individual life business against the SSA-DMF in 2007 but not other blocks of business, for example group life."[46]

35.   Press articles at the time discussed the testimony.[47]   As demonstrated in Exhibit 1, the residual returns on the dates of these hearings (as well as on the next trading day) are not statistically significant.   In addition, the transcripts of the Florida and California hearings were made public on June 3, 2011 and on or

---

44.     Complaint ¶ 123.
45.     *Id.* ¶ 87(m).
46.     *Id.* ¶ 124.
47.     *See*, e.g., *Dow Jones News Service*, "WSJ:  Florida, Other Regulators Question MetLife on Use of Death Database," May 19, 2011 *and National Underwriter Life & Health*, "California Regulators:  When Did You Computerize Your Records, and When Did You Sweep Them?" May 23, 2011.

shortly before June 2, 2011, respectively.[48]  As shown in Exhibit 2, my event study analysis did not find that the residual returns around these dates were negative and statistically significant.

36.   Following the May 2011 Public Hearings and prior to the October 6, 2011 Disclosure, market participants understood that MetLife had taken an IBNR reserve charge after it used the SSA-DMF database in 2007 to cross-check only individual business policyholders:  "MET went through a similar internal process a few years ago, under which it compared its individual business policyholder base to the Social Security Death Master File, which resulted in a net charge of $25M in 4Q07.  MetLife recognized about $50 million of additional benefit payments and the escheatment of $30 million to state insurance departments."[49]

C.   Analysis of Other Publicly Available Information Related to the Alleged Misstatements

37.   In the Complaint, Plaintiff documents disclosures related to the Alleged Misstatements other than the Alleged Corrective Disclosures, yet does not claim that any of them caused a decline in MetLife's stock price.  These disclosures

---

48.   *See* Florida Office of Insurance Regulation press release, "Video/Transcript of Life Insurance Settlement Claims Practices Hearings," June 3, 2011 *and* https://web.archive.org/web/20110828040549/http://www.insurance.ca.gov/video/0030VideoHearings/index.cfm (using the Internet Archive WayBack Machine, I searched for insurance.ca.gov and found that the hearing transcript was available on June 2, 2011 but not on May 27, 2011, the previous date that this website was available in the archive; thus, the transcript became available between May 27, 2011 and June 2, 2011).
49.   Citi, "Alert:  For Death Benefits, Substantial May Not Be Material," August 5, 2011.  As explained *supra* ¶ 26, the residual returns on August 5, 2011 and August 8, 2011 are not statistically significant.

include the announcement by the California Insurance Commissioner on April 25, 2011 that it had issued a subpoena to the Company, the testimony by MetLife executives at the May 2011 Public Hearings, and the announcement on July 5, 2011 that the New York Attorney General had issued a subpoena to the Company.[50]   My event study finds that these disclosures are not associated with statistically significant negative residual returns.  *See* Exhibit 1.

38.   Prior to preparing my event study model, I searched publicly available materials for information related to the Alleged Misstatements.[51]   Because Plaintiff claims that MetLife common stock traded in an efficient market,[52] I identified the first time the market learned information related to the Alleged Misstatements,

---

50.   Complaint ¶¶ 117, 122-124 & 126.

51.   For the period from August 3, 2010 through May 14, 2012, I searched the following databases:  1) Dow Jones Factiva "all publications" and Lexis/Nexis databases for articles containing the term "MetLife" or "Metropolitan Life" within 25 words of the terms "social security," "SSA-DMF," "death master," "master death," "death benefit," "attorney general," "subpoena," or "state regulator;" 2) the same databases for articles with "MetLife" or "Metropolitan Life" in the headline or lead paragraph and the terms "social security," "SSA-DMF," "death master," "master death," "death benefit," "attorney general," "subpoena," or "state regulator" anywhere in the article; 3) EBSCO database for articles containing the term "MetLife" or "Metropolitan Life" within 25 words of the terms "social security," "SSA-DMF," "death master," "master death," "death benefit," "attorney general," "subpoena," or "state regulator;" 4) the same database for articles with "MetLife" or "Metropolitan Life" in the headline and the terms "social security," "SSA-DMF," "death master," "master death," "death benefit," "attorney general," "subpoena," or "state regulator" anywhere in the article; 5) Bloomberg for articles mentioning "MetLife" or "Metropolitan Life" and the terms "social security," "SSA-DMF," "death master," "master death," "death benefit," "attorney general," "subpoena," or "state regulator;" and 6) Seeking Alpha and Law360 for all news on "MetLife" or "Metropolitan Life."  I also searched the analyst reports listed in Appendix B that were issued during the Relevant Period for the same terms.  Finally, because the Complaint references disclosures in Forms 10-Q filed by Prudential and AIG regarding issues similar to the Alleged Misstatements, I searched the other Forms 10-Q filed by these firms in 2011 as well as Factiva for similar disclosures.

52.   *See supra* ¶ 29.

prepared my event study model excluding the effects of this information (using "dummy variables" as explained in Appendix C ¶ 14), and then used the results to determine whether there is a reliable economic basis to associate the information with a statistically significant negative residual return.    As shown in Exhibit 1, there is none.[53]

D.    Analysis of the Causes of MetLife's Stock Price Decline During the Relevant Period

39.    During the Relevant Period, MetLife's stock price declined substantially from the August 3, 2010 and March 3, 2011 offering prices of $42.00 and $43.25, respectively, to $34.08 on May 14, 2012.[54]    However, statistical analysis indicates that the Company's stock price performance during this period cannot be reliably distinguished from its predicted performance based on market and industry factors alone as explained in Appendix C ¶¶ 18-19.  Specifically, as shown in Exhibit C-5,

---

53.    On April 23, 2012, MetLife disclosed that it had resolved the multi-state examinations related to unclaimed property and the Company's use of the SSA-DMF.  MetLife press release, "MetLife Resolves Multi-State Examinations," April 23, 2012.  The Company's residual return was positive and significant on this date.  *See* Exhibit 1.  On Friday April 20, 2012, MetLife disclosed preliminary 1Q12 financial results, including that it expected 1Q12 EPS of $1.37.  MetLife SEC Form 8-K dated April 20, 2012, ex. 99.1 at 3.  As of April 20, 2012, Bank of America analysts concluded that $1.21 of the $1.37 EPS for 1Q12 was the "run" rate operating EPS.  Bank of America, "Prelim 1Q looks close to our est on an adjusted basis, Buy," April 20, 2012.  After MetLife's settlement announcement, including a $52 million after-tax charge for 1Q12 related to the settlement, Bank of America analysts increased MetLife's run rate to $1.26 – an increase of 5 cents per share – stating that the charge was "a legitimate unusual expense, in our view, and should be adjusted when determining normalized, run-rate earnings."  Bank of America, "1Q likely beat estimate adjusting for unusual items," April 23, 2012.

54.    I understand that the first complaint that may be relevant for the statutory calculation of alleged damages under §11 was filed on January 12, 2012.  The closing price on this date was $35.93.

the intercept of my model is not statistically significant, which means that on days during the Relevant Period with no market or industry movements, the estimated MetLife stock return was not significantly different than zero.[55]   In addition, I found that the performance of the Company's stock during this period is not statistically different from that of the S&P 500 Financials Sector and the S&P 500 Life & Health Insurance Sub Industry indices (excluding MetLife).[56]

40.   These results are not surprising because most of the largest one-day declines in MetLife's stock price during the Relevant Period are explained by my event study model.   For example, the largest such decline (-9.9 percent) occurred on August 8, 2011 when the market reacted to the announcement of S&P's downgrade of the U.S. credit rating; as explained *supra* ¶ 25, once market and industry forces are factored in, the residual return on this date is not statistically significant, i.e., the decline is explained by market and industry factors.   Exhibit 3 presents the lowest 5% of MetLife actual stock returns during the Relevant Period along with the results of my event study analysis.   As shown, only three of the twenty-two declines are not explained by market and industry factors.   I now turn to these and the other statistically significant negative residual returns during the Relevant Period.

---

55.   *See* Appendix C ¶ 18.
56.   *See* Appendix C ¶ 19 & n.22.   The performance of MetLife's stock during the Relevant Period is also not statistically different from that of the S&P 500 Insurance Industry index (excluding MetLife), the index that Plaintiff used in its event study model.   *See id*.

41.   Based on my event study analysis, I found 12 dates on which MetLife had a statistically significant negative residual return.  *See* Exhibit 2.  For the majority of these dates, I found no new information regarding MetLife.  It is not uncommon in event studies for statistically significant stock price movements to occur without any new information about the company because, by construction, approximately five percent of the dates are expected to be associated with a statistically significant stock price movement due to random chance.

42.   Moreover, on several of the dates, MetLife's stock price moved disproportionately with the market or the industry, resulting in a statistically significant negative residual return without any new information regarding MetLife specifically.  In other words, the stock price of MetLife was affected by market and industry movements above and beyond that predicted by the model.  For instance, while insurance company stock prices declined on September 22, 2011 because of new information about the industry, MetLife's stock price was especially impacted by this news resulting in a significant residual stock price decline.[57]

---

[57]   "Life insurance stocks are in knots again this morning on fears that the Fed's 'Operation Twist' will severely hurt yields in their fixed-income portfolios.  Concern is that investment returns won't be able to keep pace with obligations to annuity customers.  Insurers buy long-term bonds to match these long-term obligations, but Operation Twist is specifically designed to hold down long-term rates.  Lincoln National (LNC) down 5.1%; MetLife (MET) off 4.2%; Hartford (HIG) down 3.3%; and Prudential Financial (PRU) drops 3.1%."  "MARKET TALK:  Life Insurers In Knots Over Operation Twist," *Dow Jones News Service*, September 22, 2011, 10:14 AM.

43.   None of the dates with statistically significant residual declines had any new information regarding the Alleged Misstatements and thus there is no reliable basis to believe that any of these price declines were caused by the Alleged Misstatements.

_____

Allen Ferrell

October 19, 2017

# Exhibit 1

# Exhibit 1
## MetLife, Inc.
## Event Study Results Following New Allegation-Related and Alleged Corrective Disclosures

| Complaint ¶ | Disclosure Date | Reaction Date[1] | Disclosure | Actual Return | Residual Return | *t*-Stat |
|---|---|---|---|---|---|---|
| | 04/23/11 | 04/25/11 | Florida announced on Friday [April 22, a day the market was not open] that it had subpoenad MetLife to look into whether the insurer uses a Social Security database to learn of the death of owners of annuities but avoids the database when they owe money to life-insurance beneficiaries. (The Wall Street Journal Online) | -0.16% | 0.47% | 0.54 |
| 117 | 04/25/11 | 04/25/11 | California Insurance Commissioner subpoenaed MetLife to investigate whether the company failed to reach out to pay life-insurance proceeds to beneficiaries in instances where it knew an insured person had died but a claim hadn't been made. (California Department of Insurance News Release, 3:02 AM) | | | |
| | 04/25/11 | 04/26/11 | The Wall Street Journal reported on the California Insurance Department's announcement that 35 states were looking at whether "life insurers are failing to determine if policyholders have died, and aren't turning unclaimed funds over to states in a timely fashion." (Wall Street Journal, 8:53 PM) | 0.99% | 0.22% | 0.25 |
| | 04/29/11 | 04/29/11 | The Hartford Courant reported that the Connecticut Insurance Department is joining "at least 36 states and Washington, D.C.," in "investigating whether life insurers are doing enough to locate beneficiaries after a policyholder dies." (Hartford Courant) | 0.73% | 1.19% | 1.34 |
| | 05/06/11 | 05/09/11 | Prudential filed 10-Q and disclosed that the investigation for compliance with the unclaimed property laws may impact the results of operations or the cash flow of the Company in a particular quarterly or annual period. (sec.gov, 4:24 PM) | -0.56% | -0.32% | -0.37 |
| | 05/17/11 | 05/17/11 | Working through the National Association of Insurance Commissioners (NAIC), state regulators have formed a special task force to help coordinate regulatory investigations involving the claim settlement practices of life insurance companies. The alleged practices include use of the Social Security Administration's Death Master File (SSA-DMF) by insurers for purposes of terminating payments under annuity contracts, but failing to use this same information to facilitate the payment of claims on life insurance policies. (Bloomberg News, 10:15 AM) | 0.45% | -0.06% | -0.07 |
| 124 | 05/19/11[2] | 05/19/11 | MetLife executives testified before Florida regulators on use of SSA-DMF. (Bloomberg News, 3:39 PM) | 1.05% | 0.60% | 0.69 |
| 124 | 05/23/11[3] | 05/23/11 | MetLife executives testified before California regulators on the company's death benefit payment practices. (Bloomberg News, 8:03 PM) | -1.76% | -0.04% | -0.04 |
| 126 | 07/05/11 | 07/05/11 | NY Attorney General subpoenaed MetLife to examine whether the company adequately ensured payouts on policies of some deceased customers. (Reuters News, | -1.49% | -0.05% | -0.05 |
| 138 | 08/04/11 | 08/05/11 | AIG filed 10-Q disclosing it increased its estimated reserves for incurred but not reported death claims by $100 million in the second quarter of 2011. (sec.gov, 4:14 PM) | -1.49% | 0.63% | 0.62 |

**Exhibit 1**
**MetLife, Inc.**
**Event Study Results Following New Allegation-Related and Alleged Corrective Disclosures**

| Complaint ¶ | Disclosure Date | Reaction Date[1] | Disclosure | Actual Return | Residual Return | t-Stat |
|---|---|---|---|---|---|---|
| 20-21, 133-135 | 08/05/11 | 08/05/11 | MetLife filed 10-Q disclosing that more than 30 jurisdictions are conducting regulatory investigations for compliance with unclaimed property laws. Stated that it is " possible that other jurisdictions may pursue similar investigation" and that the audits "may result in additional payments to beneficiaries..." (sec.gov, 7:33 AM) | | | |
| 138 | 08/05/11 | 08/08/11 | Prudential filed 10-Q disclosing that the company is being "examined by a third party auditor on behalf of 33 U.S. jurisdictions for compliance with the unclaimed property laws of these jurisdictions," and that the "New York Office of Unclaimed Funds recently notified the Company that it intends to conduct an audit of the Company's compliance with New York's unclaimed property laws." (sec.gov, 5:21 PM) | -9.93% | 1.69% | 0.70 |
| 23, 140-141 | 10/06/11 | 10/07/11 | MetLife filed 8-K stating that they will incur a $115-$135 million after-tax charge to increase reserves related to its use of the SSA-DMF. (sec.gov, 4:24 PM) | -6.16% | -1.39% | -1.16 |
| 153 | 10/27/11 | 10/28/11 | MetLife announced 3Q11 financial results and a $117 million ($0.11 per share), after tax charge to increase reserves in connection with the company's use of the SSA-DMF and similar databases. (Business Wire, 4:05 PM) | 3.22% | 3.93% | 4.54 |
| | 11/02/11 | 11/03/11 | Prudential announced 3Q results including $99M pre-tax tied to increased costs as the company sweeps the SSA-DMF for policyholders who may have died without the company's knowledge. (Dow Jones News Service, 4:39 PM) | 1.28% | 0.06% | 0.06 |
| 156 | 12/05/11 | 12/05/11 | NY Department of Financial Services announced that life insurers have already made $52.6 million in payments to almost 8,000 beneficiaries as a result of the investigation into the use of the SSA-MDF. (Bloomberg News, 12:32 PM) | 3.65% | 1.30% | 1.42 |
| | 01/12/12[4] | 01/12/12 | Robbins Geller Rudman & Dowd LLP filed class action suit against MetLife, Inc. (Business Wire 4:26 PM) | 0.39% | -0.26% | -0.31 |
| | 01/13/12 | 01/13/12 | Prudential makes pact with several states "to set up a process for identifying deceased life-insurance policyholders and getting death payouts to their beneficiaries." (Dow Jones News Service, 1:28 PM) | -1.92% | -0.98% | -1.16 |
| | 01/23/12 | 01/24/12 | Whistleblower lawsuit filed seeking over $1 billion in damages and alleging MetLife and Prudential avoided handing over unclaimed life-insurance policies to Illinois's abandoned-property department. (Dow Jones News Service, 6:27 PM) | 0.41% | -0.03% | -0.03 |
| | 02/02/12 | 02/03/12 | Prudential reached a multistate settlement on death benefits today pledging to make more aggressive efforts to identify instances in which dead policyholders' benefits were never claimed and agreeing to pay $17 million for costs of the examination, and monitoring and compliance expenses going forward. (Dow Jones News Service, 4:30 PM) | 3.44% | 0.33% | 0.39 |

# Exhibit 1
## MetLife, Inc.
## Event Study Results Following New Allegation-Related and Alleged Corrective Disclosures

| Complaint ¶ | Disclosure Date | Reaction Date[1] | Disclosure | Actual Return | Residual Return | *t*-Stat |
|---|---|---|---|---|---|---|
| | 03/24/12 | 03/26/12 | Whistleblower suit targeted MetLife and Prudential for allegedly failing to pay death benefits on nearly 600 Minnesotans' policies. (Star Tribune, 3/24/12) | 1.78% | -0.24% | -0.26 |
| 159-162 | 04/23/12 | 04/23/12 | NY Governor Cuomo announced recovery of funds from investigation of insurance companies. (Bloomberg, 11:55 AM); California Controller announced $500 million settlement with MetLife as part of the resolution of the multi-state examination into the company's use of the SSA-DMF. (Bloomberg, 12:23 PM) MetLife issued press release stating the company recorded a $52 million post-tax charge related to it's use of the SS-DMF in 1Q 2012 and that the total insurance in force for these "industrial" policyholders is approximately $438 million, with $188 million expected to be paid in 2012 and the remainder paid over the next 17 years. (Business Wire, 12:47 PM) | 1.23% | 2.14% | 2.52 |

[1] Reaction date is first trade day following the announcement.

[2] I note that the residual return on May 20, 2011 is -0.54% and the t-statistic is -0.63.

[3] I note that the residual return on May 24, 2011 is 0.49% and the t-statistic is 0.58.

[4] Because I do not know what time of day on January 12, 2012 the complaint was filed, I also reviewed the event study results on the following trade day. The residual return on January 13, 2011 is -0.98% and the t-statistic is -1.16.

Note:  I note that the residual return on May 14, 2012, the date that I understand the complaint that first included Section 11 claims was filed, is 0.74% and the t-statistic is 0.88.

Sources: Factiva, Bloomberg, CRSP.

# Exhibit 2

# Exhibit 2
## MetLife, Inc.
## New Information Disclosed on Dates with Negative and Significant Residual Returns

| Date | Reaction Date[1] | Information | Actual Return | Residual Return | t-Stat |
|---|---|---|---|---|---|
| 09/22/10 | 09/22/10 | The National Association of Insurance Commissioners (NAIC) President announces that "U.S. insurers may face increased capital requirements under the financial-overhaul package approved this year." (Bloomberg, 9/21/10, 3:45 PM); MetLife, Hartford Financial and Lincoln National fell as much as 4% after NAIC announcement. (Bloomberg, 11:46 AM) | -4.2% | -1.8% | -2.13 |
| 02/14/11 | 02/14/11 | No news | -2.8% | -2.0% | -2.36 |
| 03/01/11 | 03/02/11 | MetLife announces offerings of common stock and common equity units. (Business Wire, 3/1/11, 4:29 PM) | -5.7% | -3.5% | -4.24 |
| 05/04/11 | 05/05/11 | MetLife announced earnings exceeding analysts' consensus earnings estimates. (Business Wire, 5/4/11, 4:03 PM); Despite the better than expected earnings, Dow Jones News Service reported that "the largest U.S. life insurer's shares fell about 2 percent, one of the top decliners among S&P insurance shares as the whole sector dropped. …. Markets were broadly weaker on labor data that called the economic recovery into question.  Life insurers are sensitive to stock markets because so much of their results depend on their investment income."  (Reuters News, 5/5/11, 11:59 AM | -3.0% | -2.4% | -2.82 |
| 08/09/11 | 08/09/11 | Chinatrust President says regulatory approval on acquiring MetLife Taiwan still pending. (Dow Jones Chinese Financial Wire, 2:43 AM) | 6.5% | -2.5% | -2.26 |
| 08/11/11 | 08/11/11 | No news | 5.2% | -2.7% | -1.98 |
| 09/22/11 | 09/22/11 | Dow Jones News Service reported that "[l]ife insurance stocks are in knots again this morning on fears that the Fed's 'Operation Twist' will severely hurt yields in their fixed-income portfolios." (Dow Jones News Service, 10:14 AM) | -7.2% | -3.8% | -2.51 |
| 10/25/11 | 10/26/11 | MetLife announced that the Federal Reserve did not approve its capital distribution plan, including a dividend increase and share repurchases, pending a stress test. (Business Wire, 10/25/11, 5:02 PM) | 1.1% | -2.2% | -2.28 |
| 01/25/12 | 01/25/12 | The Federal Reserve's Federal Open Market Committee issued a statement saying its benchmark interest rate will stay low until at least late 2014. (Reuters News, 12:27 PM); Insurers declined as investors bet they'll struggle to maintain bond-portfolio income after the Federal Reserve announcement. (Bloomberg, 2:31 PM) | -2.6% | -2.1% | -2.49 |
| 01/26/12 | 01/26/12 | No news | -4.0% | -2.0% | -2.36 |
| 03/13/12 | 03/14/12 | MetLife announced that the Federal Reserve rejected its capital distribution plan and that MetLife failed its stress test. (Business Wire, 3/13/12, 4:51 PM; Associated Press, 3/13/12, 7:41 PM) | -5.8% | -5.6% | -6.36 |
| 03/22/12 | 03/22/12 | No news | -3.9% | -2.1% | -2.36 |

Note: Reaction date is first trade day following the announcement.

Sources: Factiva, Bloomberg, Lexis/Nexis, Ebsco, Seeking Alpha, Law 360, company analyt reports, CRSP.

# Exhibit 3

Preliminary -- Prepared for Use of Counsel in Pending Litigation

# Exhibit 3
## Lowest 5% of MetLife Actual Returns
## And Event Study Results, 8/3/10 - 5/14/12

| Date | Actual Return | Residual Return | t-Statistic | p-Value |
|---|---|---|---|---|
| 08/08/11 | -9.93% | 1.69% | 0.70 | 0.4849 |
| 08/10/11 | -8.74% | 0.47% | 0.28 | 0.7793 |
| 09/22/11 | -7.17% | -3.85% | -2.51 | 0.0123 |
| 09/21/11 | -6.57% | -0.17% | -0.14 | 0.8886 |
| 08/04/11 | -6.46% | -1.01% | -1.04 | 0.2995 |
| 11/09/11 | -6.40% | -0.24% | -0.20 | 0.8410 |
| 11/01/11 | -6.26% | -0.76% | -0.68 | 0.4943 |
| 10/07/11 | -6.16% | -1.39% | -1.16 | 0.2487 |
| 12/08/11 | -6.12% | -1.15% | -1.19 | 0.2356 |
| 03/14/12 | -5.83% | -5.55% | -6.36 | 0.0000 |
| 03/02/11 | -5.71% | -3.52% | -4.24 | 0.0000 |
| 08/18/11 | -5.68% | 0.73% | 0.44 | 0.6616 |
| 10/25/11 | -5.36% | -0.75% | -0.74 | 0.4622 |
| 11/23/11 | -5.27% | -1.39% | -1.29 | 0.1987 |
| 10/03/11 | -5.03% | 0.85% | 0.43 | 0.6709 |
| 09/02/11 | -4.94% | 0.06% | 0.05 | 0.9586 |
| 06/15/11 | -4.94% | -1.22% | -1.46 | 0.1458 |
| 09/19/11 | -4.63% | -1.01% | -0.97 | 0.3313 |
| 10/31/11 | -4.51% | 0.50% | 0.52 | 0.6022 |
| 09/30/11 | -4.40% | -0.81% | -0.48 | 0.6315 |
| 09/08/11 | -4.33% | -1.36% | -1.24 | 0.2164 |
| 08/11/10 | -4.17% | 0.24% | 0.28 | 0.7782 |

Note:  As there were 450 trading days in the Relevant Period (8/3/2010 - 5/14/2012), the 22 lowest MetLife stock returns fall into the lowest 5% of returns.  Residual returns, t-statistics, and p-values are taken from the estimated coefficients of my GLS regression on 8/8/2011 and 10/7/2011 (since they were identified as potential reaction dates and assigned dummy variables), and from the residuals of my regression on all other dates.

# Appendix A

September, 2017

# Allen Ferrell

Harvard Law School
Cambridge, Massachusetts  02138
Telephone: (617) 495-8961
Email: fferrell@law.harvard.edu

## CURRENT POSITIONS

*Greenfield Professor of Securities Law*, Harvard Law School

*National Bureau of Economic Research,* Research Associate

*Member of Editorial Board,* Journal of Financial Perspectives

*Fellow*, Columbia University's Program on the Law and Economics of Capital Markets

*Faculty Associate*, Kennedy School of Government

*Research Associate*, European Corporate Governance Institute

## EDUCATION

*Massachusetts Institute of Technology*, Ph.D. in Economics, 2005
Fields in econometrics and finance

*Harvard Law School,* J.D., 1995, *Magna Cum Laude*

- Recipient of the *Sears Prize* (award given to the two students with the highest grades)
- Editor, *Harvard Law Review*

*Brown University,* B.A. and M.A., 1992, *Magna Cum Laude*

## PREVIOUS POSITIONS

*Harvard University Fellow*
Harvard Law School, 1997

*Law Clerk*, Justice Anthony M. Kennedy
Supreme Court of the United States; 1996 Term

*Law Clerk*, Honorable Laurence H. Silberman
United States Court of Appeals for the District of Columbia; 1995 Term

## COURSES TAUGHT

*Contracts*
*Corporate Finance*
*Law and Finance*
*Securities Litigation*
*Securities Regulation*

## REFEREE FOR FOLLOWING JOURNALS

*American Law and Economics Review*
*Journal of Corporation Finance*
*Journal of Finance*
*Journal of Financial Perspectives*
*Journal of Law and Economics*
*Journal of Law, Economics and Organization*
*Journal of Legal Studies*
*Quarterly Journal of Economics*

## CONSULTING AREAS

Price Impact and Securities Damages, Valuation, Mergers & Acquisitions

## Papers

"New Special Study of the Securities Markets: Intermediaries" with John Morley, paper for launch of Columbia University's New Special Study of the Securities Markets

"Socially Responsible Firms," with Hao Liang and Luc Renneboog, 122 *Journal of Financial Economics* 586-606 (2016) (winner of Moskowitz Prize for outstanding quantitative research)

"Price Impact, Materiality, and *Halliburton II*" with Drew Roper, 93 *Washington University Law Review* 553 (2016)

"Introducing the CFGM Corporate Governance Database: Variable Construction and Comparison to the RiskMetrics and IRRC Governance Databases" with Martijn Cremers, Paul Gompers and Andrew Metrick, Working Paper

"The Benefits and Costs of Indices in Empirical Corporate Governance Research," *in* OXFORD HANDBOOK ON CORPORATE LAW AND GOVERNANCE (2016)

"Thirty Years of Shareholder Rights and Stock Returns," with Martijn Cremers, *revise and resubmit Journal of Financial Economics*

"Thirty Years of Shareholder Rights and Firm Valuation," with Martijn Cremers, 69 *Journal of Finance* 1167 (2014)

"Rethinking *Basic*," with Lucian Bebchuk, 69 *Business Lawyer* 671 (2014)

"Calculating Damages in ERISA Litigation," with Atanu Saha, 1 *Journal of Financial Perspectives* 93 (2013)

"Forward-casting 10b-5 Damages: A Comparison to other Methods", with Atanu Saha, 37 *Journal of Corporation Law* 365 (2011)

"Event Study Analysis: Correctly Measuring the Dollar Impact of an Event" with Atanu Saha, Working Paper (2011)

"Legal and Economic Issues in Litigation arising from the 2007-2008 Credit Crisis," with Jennifer Bethel and Gang Hu, *in* PRUDENT LENDING RESTORED: SECURITIZATION AFTER THE MORTGAGE MELTDOWN (2009)

"Securities Litigation and the Housing Market Downturn," with Atanu Saha, 35 *Journal of Corporation Law* 97 (2009)

"The Supreme Court's 2005-2008 Securities Law Trio: *Dura Pharmaceuticals, Tellabs*, and *Stoneridge*," 9 *Engage* 32 (2009)

"What Matters in Corporate Governance?" with Lucian Bebchuk & Alma Cohen, 22 *Review of Financial Studies* 783 (2009)

"Do Exchanges, CCPs, and CSDs have Market Power?," *in* GOVERNANCE OF FINANCIAL MARKET INFRASTRUCTURE INSTITUTIONS (Ruben Lee) (2009)

"An Asymmetric Payoff-Based Explanation of IPO 'Underpricing'," Working Paper, with Atanu Saha (2008)

"The Law and Finance of Broker-Dealer Mark-Ups," commissioned study for NASD using proprietary database (2008)

"Majority Voting" *in* REPORT OF THE COMMITTEE ON CAPITAL MARKETS REGULATION (2008)

"The Loss Causation Requirement for Rule 10B-5 Causes of Action: The Implications of *Dura Pharmaceuticals v. Broudo*," with Atanu Saha, 63 BUSINESS LAWYER 163 (2007)

"Mandated Disclosure and Stock Returns:  Evidence from the Over-the-Counter Market," 36 *Journal of Legal Studies* 1 (June, 2007)

"Policy Issues Raised by Structured Products," with Jennifer Bethel, *in* BROOKINGS –NOMURA PAPERS IN FINANCIAL SERVICES (2007)

"The Case for Mandatory Disclosure in Securities Regulation around the World," 2 *Brooklyn Journal of Business Law* 81 (2007)

"U.S. Securities Regulation in a World of Global Exchanges," with Reena Aggarwal and Jonathan Katz, *in* EXCHANGES: CHALLENGES AND IMPLICATIONS (2007)

"Shareholder Rights" *in* REPORT OF THE COMMITTEE ON CAPITAL MARKETS REGULATION (2007)

"Creditor Rights: A U.S. Perspective," 22 *Angler- und Glaubigerschutz bei Handelsgesellschaften* 49 (2006)

"Measuring the Effects of Mandated Disclosure," 1 *Berkeley Business Law Journal* 369 (2004)

"If We Understand the Mechanisms, Why Don't We Understand the Output?", 37 *Journal of Corporation Law* 503 (2003)

"Why European Takeover Law Matters," *in* REFORMING COMPANY AND TAKEOVER LAW IN EUROPE (2003)

"Does the Evidence Favor State Competition in Corporate Law?", with Alma Cohen & Lucian Bebchuk, 90 *California L. Rev.* 1775 (2002)

"Corporate Charitable Giving," with Victor Brudney, 69 *Univ. Of Chicago Law Review* 1191 (2002)

"A Comment on Electronic versus Floor-Based Securities Trading," *Journal of Institutional and Theoretical Economics* (Spring 2002)

"Much Ado About Order Flow," *Regulation Magazine* (Spring 2002)

"On Takeover Law and Regulatory Competition," with Lucian Bebchuk, 57 *Business Lawyer* 1047 (2002)

 "Federal Intervention to Enhance Shareholder Choice," with Lucian Bebchuk, 87 *Virginia Law Review* 993 (2001)

"A New Approach to Regulatory Competition in Takeover Law," with Lucian Bebchuk, 87 *Virginia Law Review* 111 (2001)

"A Proposal for Solving the 'Payment for Order Flow' Problem," 74 *Southern California Law Review* 1027 (2001)

"Federalism and Takeover Law: The Race to Protect Managers from Takeovers," with Lucian Bebchuk, 99 *Columbia L. Rev.* 1168 (1999)

**Testimony Last Four Years**

*United States v. Brian Block*, 16 Criminal Case No. 595, trial testimony before jury retained by US Attorney for the Southern District of New York on June 13, 2017

*In re Alere-Abbott Merger Litigation*, Case No. 12963-VCG, Expert report and deposition on April 7, 2017

*Beaver County Employees' Retirement Fund, et al.*, Case No. 0:14-cv-007856-ADM-TNL, Expert report and deposition on September 16, 2016

*In re Aeropostale, Inc., et al*, Case No. 16-11275, Expert report and trial testimony in U.S. Bankruptcy Court, Southern District of New York, August 17, 2016 and deposition on August 14, 2016

*Jaffe v. Household International, Inc.*, Civil Action 02-C-5893, Expert report and depositions on May 27, 2016 and February 27, 2016

*Better & YRC Investors v. YRC Worldwide*, Civil Action No. 11-CV-2072, Expert report and deposition on March 8, 2016

*David Kaplan et al v. S.A.C. Capital Advisors, L.P.*, Civil Action No. 12-CV-9350, Expert report and deposition on March 3, 2016

*In re Genworth Financial Inc. Securities Litigation*, Civil Action No. 3:14-CV-682, Expert report and deposition on February 2, 2016

*Fosbre v. Las Vegas Sands Corp.*, Case No. 2:10-cv-00765-APG-GWF, Expert report and deposition on December 11, 2015 and March 25, 2015

*Ambac Assurance v. JPMorgan Investment Management Inc. & Assured Guaranty v. JP Morgan Investment Management, Inc.*, Civil Index No. 603755/2008, Expert report and deposition on December 2, 2015

*In re Barrick Gold Securities*, Case No. 1:13-CV-03851, Expert report and deposition on November 23, 2015

*In re Puda Coal Securities Inc. Litigation et al.*, Case No. 1:11-CV-2598, Expert report and deposition on July 29, 2015

*City of Lakeland Employees Pension Plan v. Baxter International, Inc., et al.*, Case No. 1:10-cv-06016, Expert report and deposition on June 3, 2015 and October 17, 2014

*Bruce Sherman v. Bear Stearns Companies Inc., et al*, Case No. 08 MDL No. 1963, Expert report and deposition on May 28, 2015

*Louisiana Municipal Police Employees Retirement System v. Simon Property Group, Inc.*, Case No. 7764-CS, Expert report and deposition on July 7, 2014

*In re Lehman Brothers Securities and ERISA Litigation*, Case No. 09 MD 2017, Expert report and deposition on April 24, 2014

*SEC v. Moshayedi*, Case No. 12-CV-01179-JVS-JPR, Expert report and deposition on July 30, 2013

# Appendix B

# Appendix B

# Materials Relied Upon

## Court Documents

Third Amended Class Action Complaint for Violation of the Federal Securities Laws *in Re: City of Westland Police and Fire Retirement System vs. MetLife Inc., et al*, October 17, 2015

Memorandum Opinion *in Re: City of Westland Police and Fire Retirement System vs. MetLife Inc., et al*, November 10, 2016

Lead Plaintiff's Motion to Certify Class, Appoint Class Representative and Appoint Class Counsel dated March 15, 2017

## Academic Articles and Books

Bodie, Z., Kane, A. & Marcus, A.J., *Investments* (McGraw-Hill/Irwin, 2005)

Campbell, J.Y., Lo, A.W., & MacKinlay, A.C., *The Econometrics of Financial Markets*, (Princeton University Press, 1997).

Fischel, D.R., "Use of Modern Finance Theory in Securities Fraud Cases Involving Actively Traded Securities," 38 *The Business Lawyer* (1982), 1-20.

Henderson, G.V., Jr., "Problems and Solution in Conducting Event Studies," 57 *The Journal of Risk and Insurance* (June 1990), 282-306.

Karafiath, Imre, "Using Dummy Variables in the Event Methodology," 23 *The Financial Review* (August 1998), 351-57.

Kennedy, P., *A Guide to Econometrics*, 6th edition (Blackwell Publishing, 2008).

MacKinlay, A.C., "Event Studies in Economics and Finance," XXXV *J. Econ. Lit* (March 1997) 13 – 39.

- 1 -

Mendenhall, W., Reinmuth, J.E. & Beaver, R.J., *Statistics for Management and Economics* (Duxbury Press, 1993).

Schwert, G.W., "Using Financial Data to Measure Effects of Regulation," 24 *J. Law and Economics* (1981) 121-57.

Stock, J.H. & Watson, *Introduction to Econometrics* (Pearson Education, 2003).

Wooldridge, J.M., *Introductory Econometrics: A Modern Approach*, 5th edition (South-Western Cengage Learning, 2009).

**SEC Documents**

MetLife Prospectus Supplement, dated August 3, 2010

MetLife 2011 Annual Report

MetLife Prospectus Supplement, dated March 3, 2011

MetLife Form 10-Q for the period ended June 30, 2011

MetLife Form 8-K, dated October 6, 2011

MetLife Form 8-K, dated April 20, 2012

AIG Form 10-Q for the period ended March 31, 2011

AIG Form 10-Q for the period ended June 30, 2011

AIG Form 10-Q for the period ended September 30, 2011

Prudential Form 10-Q for the period ended March 31, 2011

Prudential Form 10-Q for the period ended June 30, 2011

Prudential Form 10-Q for the period ended September 30, 2011

## Analyst Reports

"MetLife: Met prices equity raise at a very modest discount," Atlantic Equities, LLP, August 3, 2010.

"MET Funds Cash Portion of ALICO Consideration," Keefe, Bruyette & Woods, Inc., August 3, 2010.

"MetLife Inc.: Upgrading to Buy on valuation raising PO," Bank of America Merrill Lynch, August 4, 2010.

"MET: Snoopy Sells Some Stock -- Funds Alico Transaction," Wells Fargo Securities, August 9, 2010.

"MetLife: Robust ROE Prospects, Secure Risk Profile," UBS Securities, August 20, 2010.

"MetLife Inc. (MET): Revising Estimated and Target Price Modestly Downwards," Citigroup Global Markets Inc., October 10, 2010.

"MetLife: Q310 preview - could be disappointing due to ALICO funding," Atlantic Equites, LLP, October 13, 2010.

"MetLife: Initial Thoughts on MetLife Bank Foreclosure "Irregularities"; Outperform," Bernstein Research, October 18, 2010.

"MET: Quantifying the Index Impact of 78.2M Share Issuance to Acquire ALICO," Keefe, Bruyette & Woods, Inc., November 1, 2010.

"MET in S&P 500: Updating Sharecount Change Analysis for ALICO Acquisition," Keefe, Bruyette & Woods, Inc., November 1, 2010.

"MetLife Inc.: Operating EPS of $5.10 in 2011," Bank of America Merrill Lynch, November 2, 2010.

"MetLife & Prudential Financial: Assessing Potential 2011 EPS Guidance: MET ~$4.85 & PRU ~$6.20; Outperform on Both," Bernstein Research, November 3, 2010.

"MetLife: Trimming MET Estimates Event-- We're updating our MET estimates, primarily to reflect guidance for a higher tax rate," Keefe, Bruyette & Woods, Inc., November 5, 2010.

"MetLife, Inc.: Solid ALICO Prospects, Attractive Valuation, Reinstate at Outperform," Credit Suisse, November 8, 2010.

"MetLife: Reinstating rating at Hold," Deutsche Bank Securities Inc., November 7, 2010.

"MetLife Inc. (MET): 3Q10 Solid Operating Performance - Top New Money Idea," Citigroup Global Markets Inc., November 11, 2010.

"MetLife Inc.: Reinstating 1 -Overweight Rating," Barclays Capital PLC, November 12, 2010.

"MetLife, Inc.: Reinstating Rating at Market Weight," Barclays Capital PLC, November 16, 2010.

"MetLife Inc.: Buy ahead of Investor Day," Bank of America Merrill Lynch, November 30, 2010.

"MetLife, Inc.: ALICO 8-K Indicates PGAAP Tailwinds from Deal," Credit Suisse, November 30, 2010.

"MetLife, Inc.: Quick Take on MET/ALICO Pro-Formas," Sterne, Agee & Leach Inc., November 30, 2010.

"MetLife Inc. (MET): Resuming coverage of MetLife at Neutral," Goldman Sachs, December 1, 2010.

"MET: Lowering EPS Estimates In Advance of Investor Day," Wells Fargo Securities, December 2, 2010.

"MetLife (MET) - Thoughts Post Investor Day," Janney Montgomery Scott, December 8, 2010.

"MetLife Inc. (MET): Spending a week with MET; more constructive but still Neutral," Goldman Sachs, December 12, 2010.

"MetLife: Realizing the Benefits of Past Strategic Initiatives; Best of Bernstein Pick for 1Q11; Outperform," Bernstein Research, January 5, 2011.

"MetLife: Solid Q4 expected, book value could be under pressure," Atlantic Equities, LLP, January 19, 2011.

"MetLife Inc. (MET): Increasing Target and Estimates, Remains Best New Money Idea," Citigroup Global Markets Inc., January 24, 2011.

"MetLife: 4Q:10 -Mixed Quarter, but We Expect Stronger Results Ahead; Outperform," Bernstein Research,  February 10, 2011.

"MetLife: 4Q'10 quick takes," Deutsche Bank Securities Inc., February 9, 2011.

"MetLife: MET In-Line," Keefe, Bruyette & Woods, Inc., February 9, 2011.

"MetLife: (MET: Buy) - Initial Thoughts on 4Q10 Results," Janney Montgomery Scott, February 9, 2011.

"MetLife: 4Q10 core earnings support a strong '11," Macquarie Capital (USA) Inc., February 9, 2011.

"MetLife Inc.: Quick Comment: 4Q10 Earnings First Glance," Morgan Stanley & Co., February 9, 2011.

"MetLife, Inc.: Noisy 4Q, But Core Results Good Enough to See Upside; Raise 2011/12 EPS and PT," Sterne, Agee & Leach Inc., February 9, 2011.

"MetLife: Initial Take on Overall Solid 4Q10," UBS Securities LLC, February 9, 2011.

"MetLife, Inc.: MET: Snoopy Closes Out 2010 - First Look At Q4 Results," Wells Fargo Securities, February 9, 2011.

"MetLife: Earnings in line, book value declines more than peers," Atlantic Equities, LLP, February 10, 2011.

"MetLife Inc.: Messy, but EPS run rate encouraging," Bank of America Merrill Lynch, February 10, 2011.

"MetLife Inc (MET): 4Q10 Results Reveal Good Consistent Core Operating Trends," Citigroup Global Markets Inc., February 10, 2011.

"MetLife, Inc.: Noisy Quarter (Including Weak Net Income), But Still Solid EPS Visibility," Credit Suisse, February 10, 2011.

"Better on the print, softer on the underlying; recapping Wednesday's earnings," Goldman Sachs, February 10, 2011.

"MetLife, Inc.: Results Weaker than Expected; L-Term View Bullish," J.P. Morgan Securities LLC, February 10, 2011.

"MetLife: Modestly Shy, but No Change in Solid Outlook," Morgan Stanley & Co., February 10, 2011.

"MET: Conference Call Round-Up," Wells Fargo Securities, February 10, 2011.

"MetLife, Inc.: Variable Annuity Miami Takeaways," Credit Suisse, February 11, 2011.

"MetLife Inc.: Quick Comment: Surprising AIG Early Disposal Likely to Weigh on Stock," Morgan Stanley & Co., March 2, 2011.

"MetLife: Overhang Passed, Upgrading to Overweight," Morgan Stanley & Co., March 3, 2011.

"MetLife Inc.: No change in outlook, upside to price objective," Bank of America Merrill Lynch, March 4, 2011.

"MetLife Inc. (MET): Expect Consistently Good Operating Results in 2011," Citigroup Global Markets Inc., March 9, 2011.

"Life Insurance: Product Exposure to Japan - AFL, MET and PRU in Focus," Bernstein Research,  March 11, 2011.

"Japan earthquake - little impact to U.S. life insurers," Bank of America Merrill Lynch, March 11, 2011.

"Alert: Impact of Japanese Earthquake Likely to be Modest," Citigroup Global Markets Inc., March 11, 2011.

"Earthquake Impact Likely Minimal," UBS Securities LLC, March 11, 2011.

"Implications of Japan Earthquake for US Life Insurers," Credit Suisse, March 13, 2011.

"Life Company Losses in Japan Estimating Order of Magnitude," Keefe, Bruyette & Woods, Inc., March 13, 2011.

"Japan Earthquake Update for US Life Insurers," Credit Suisse, March 15, 2011.

"Thoughts on Japan Earthquake Raising AON and WSH to BUY; Reducing AJG to Neutral," Janney Montgomery Scott, March 15, 2011.

"Global Effects of Japanese Earthquake," UBS Securities LLC, March 15, 2011.

"Life Insurance: Additional Thoughts on Japanese Exposure; Claims Hard to Handicap but Strong Capital a Silver Lining," Bernstein Research,  March 16, 2011.

"Expecting claims to be inconsequential," Bank of America Merrill Lynch, March 16, 2011.

"Views on Japan and Conference Update," Morgan Stanley & Co., March 16, 2011.

"MET Wins "Final 4" for Our Top Financial Sector Pick," Citigroup Global Markets Inc., March 21, 2011.

"MetLife, Inc.: Thoughts in New MET CEO - Steve Kandarian," Credit Suisse, March 21, 2011.

"MetLife: MET Trades One Overhang for Another," Keefe, Bruyette & Woods, Inc., March 21, 2011.

"Japan Insurance: Assessing the Scenarios for Aflac and MetLife," Morgan Stanley & Co., March 21, 2011.

"MetLife, Inc.: MET: New Lead Dog-Steven Kandarian Named President and CEO," Wells Fargo Securities, March 21, 2011.

"Quick Take - MetLife Initial Thoughts on CEO Transition; Outperform," Bernstein Research,  March 22, 2011.

"Quick Take - MetLife: Why We Feel MET's Silence on Stress Test Results is Not a Concern; Outperform," Bernstein Research, March 22, 2011.

"MetLife Inc.: Next CEO not who market expected," Bank of America Merrill Lynch, March 22, 2011.

"MetLife Inc. (MET): Alert: CEO Succession Consistent with Our Expectations, Citigroup Global Markets Inc., March 22, 2011.

"Lowering Estimates for Japan Earthquake," Janney Montgomery Scott, March 22, 2011.

"MET announced that Steven A. Kandarian, EVP and CIO, would take over as President and CEO from C. Robert Henrickson effective May 1, 2011," Macquarie Capital (USA) Inc., March 22, 2011.

"MetLife, Inc.: Successor to CEO Henrikson to be Kandarian," Scotia Capital USA Inc., March 22, 2011.

"Munich RE (Buy, TP=€130.0) - Corporate news - Japanese earthquake may cost 2.6% of shareholder's equity - B. Roper-Gruner (4p)," Societe Generale, March 23, 2011.

"MetLife: 1Q'11 quick takes," Deutsche Bank Securities Inc., May 4, 2011.

"MetLife: Nice Beat Driven by U.S. Insurance & Retirement," Keefe, Bruyette & Woods, Inc., May 4, 2011.

"MetLife (MET: Buy) - Initial Thoughts on 1Q11 Results," Janney Montgomery Scott, May 4, 2011.

"MetLife Inc.: Quick Comment: 1Q11 Earnings First Glance," Morgan Stanley & Co., May 4, 2011.

"MetLife, Inc.: Solid Underwriting Improvements in U.S.; International Off to Good Start; The Bank Not So Much; Raising 2011 EPS," Sterne, Agee & Leach Inc., May 4, 2011.

"MetLife: Q1 snap - ALICO drives ROE above 11%," Atlantic Equities, LLP, May 5, 2011.

"MetLife Inc.: 1Q EPS in line on adjusted basis, positive top line trends," Bank of America Merrill Lynch, May 5, 2011.

"MetLife: 1Q:11 - Decent Result; ROE Approaching 12% Without Capital Redeployment; Outperform," Bernstein Research, May 5, 2011.

"MetLife Inc. (MET): 1Q11 Reveals Stable Underwriting & Success of Alico Acquisition," Citigroup Global Markets Inc., May 5, 2011.

"Why is MET Underperforming PRU on Otherwise Good Results from Both?" Credit Suisse, May 5, 2011.

"MetLife, Inc.: Strong Domestic and International Life Insurance Results Offset P&C Weather and Soft Retail Banking," Credit Suisse, May 5, 2011.

"MetLife, Inc.: 1Q11 in Line; Focus Now on Alico and Capital Management," FBR Capital Markets & Co., May 5, 2011.

"Bellwethers deliver: Reported EPS strong, ex unusuals more inline - but trends positive," Goldman Sachs, May 5, 2011.

"MetLife: Sold Results, Impressive Sales, Little Japan Impact," Morgan Stanley & Co., May 5, 2011.

"MetLife: Initial Take on a Strong 1Q11," UBS Securities LLC, May 5, 2011.

"MetLife, Inc.: MET: Snoopy Starts The Year Off Right - First Look At Q1 Results," Wells Fargo Securities, May 5, 2011.

"MetLife, Inc.: MET: Conference Call Round-Up," Wells Fargo Securities, May 5, 2011.

"MetLife & Prudential Financial: Post-Mortem Following 1Q:11 Earnings; Both Rated Outperform," Bernstein Research, May 6, 2011.

"Takeaways from a Day in Beantown with MET's New CEO," Sterne, Agee & Leach Inc., June 17, 2011.

"Foreclosure Settlement Update: NY Post Article Number Is Likely High," Keefe, Bruyette & Woods, Inc., July 6, 2011.

"MetLife, Inc.: Lowering 2Q11 and FY11 Estimates for Catastrophes," Credit Suisse, July 15, 2011.

"MetLife Inc.: Exploration of bank sale consistent with expectation," Bank of America Merrill Lynch, July 21, 2011.

"MetLife Inc.: MET Plans to Exit Bank Holding Company; Could Reduce SIFI Risk," Barclays Capital PLC, July 21, 2011.

"MetLife, Inc.: Initial Thoughts on MET "Un-Banking," Credit Suisse, July 21, 2011.

"MetLife, Inc.: MET Bank Sale Could Minimize SIFI Buffer," FBR Capital Markets & Co., July 21, 2011.

"MetLife, Inc.: Snoopy Wants Out of Depository Business - No Surprise," Sterne, Agee & Leach Inc., July 21, 2011.

"MetLife, Inc.: MET: To Sell Depository Bank and Change Bank HoldCo Status," Wells Fargo Securities, July 21, 2011.

"MetLife Inc. (MET): Alert: Shedding the Bank Holdco status a Positive," Citigroup Group Global Markets Inc., July 22, 2011.

"MetLife Inc.: Revising Target and Estimates Ahead of 2Q11 Reporting," Citigroup Group Global Markets Inc., July 25, 2011.

"MetLife, Inc.: No Deal For Snoopy in Latin America," Sterne, Agee & Leach Inc., July 25, 2011.

"MetLife Inc.: Impressive 2Q: Focus on Capital Management," Barclays Capital PLC, July 28, 2011.

"MetLife, Inc.: MET: 2Q 11: EPS Beat Driven by Good Underwriting Results, Favorable Private Equity Returns," Credit Suisse, July 28, 2011.

"MetLife: 2Q11 Earnings Review: MET Beats Handily on U.S. Underwriting & Inv. Income; Sales Results Positive," Dowling & Partners Securities, LLC, July 28, 2011.

"MetLife Inc.: Solid operating results, await capital commentary on 2Q call," Goldman Sachs, July 28, 2011.

"MetLife: Broad Based Strength," Keefe, Bruyette & Woods, Inc., July 28, 2011.

"MetLife: Initial Thoughts on 2Q11 Results," Janney Montgomery Scott, July 28, 2011.

"MetLife Inc.: Quick Comment: 2Q11 Earnings First Glance," Morgan Stanley & Co., July 28, 2011.

"MetLife, Inc.: Big Headline; Bigger Run Rate; Standout U/W Results; Raising Estimates & PT," Sterne, Agee & Leach Inc., July 25, 2011.

"MetLife: Strong underlying EPS, capital deployment key," Atlantic Equities, LLP, July 29, 2011.

"MetLife Inc.: Positive 2Q EPS surprise," Bank of America Merrill Lynch, July 29, 2011.

"MetLife Inc.: Don't understand waiting on share repurchase," Bank of America Merrill Lynch, July 29, 2011.

"MetLife: 2Q:11 - Strong EPS Power; Capital Commentary Could Be a Catalyst; Outperform," Bernstein Research, July 29, 2011.

"MetLife Inc. (MET): Alert: 2Q11 Reaffirms Top Pick "Get MET - It Pays" Citigroup Global Markets Inc., July 29, 2011.

"MetLife: 2Q'11 quick takes - Strong underwriting results," Deutsche Bank Securities Inc., July 29, 2011.

"MetLife, Inc.: 2Q11 Big EPS Beat, VA and Int'l Growth Emerging," FBR Capital Markets & Co., July 29, 2011.

"MetLife, Inc.: Strong Overall Results, Several Catalysts for Upside," J.P. Morgan Securities LLC, July 29, 2011.

"MetLife: Strong Results, but Sustainability a Question," Morgan Stanley & Co., July 29, 2011.

"MetLife: Initial Take on a Strong 2Q11," UBS Securities LLC, July 29, 2011.

"MetLife, Inc.: MET: First Look At Q2 Results," Wells Fargo Securities, July 29, 2011.

"MetLife, Inc.: MET: Conference Call Round-Up," Wells Fargo Securities, July 29, 2011.

"MetLife Inc.: Raising estimates, likely above consensus," Bank of America Merrill Lynch, August 1, 2011.

"MetLife Inc. (MET): 2Q11 Reaffirms Strong Conviction for MET as Best Idea," Citigroup Global Markets Inc., August 1, 2011.

"Alert: For Death Benefits, Substantial May Not Be Material," Citigroup Global Markets Inc., August 5, 2011

"MetLife, Inc.: Management Meeting Takeaways," FBR Capital Markets & Co., August 9, 2011.

"MetLife Inc (MET): Model Update," Citigroup Global Markets Inc., August 14, 2011.

"Disconnect between MET/PRU valuations & CDS a bullish sign," Bank of America Merrill, September 8, 2011.

"MetLife Inc.: Downgrading Met to U: recommend Met/Pru switch to pick 29 bp," Goldman Sachs, September 15, 2011.

"MetLife: Capital Management and International Growth Keeping a Lid on Valuation," RBC Capital Markets, September 27, 2011.

"MetLife Inc.: Initiating Coverage at Overweight," Evercore Partners, October 3, 2011.

"MetLife Inc.: One-Time Items Lead to Reduced 3Q EPS Expectations; Reiterate 1-OW," Barclays Capital PLC, October 6, 2011.

"MetLife, Inc.: Quick Comment on MET's 3Q11," Credit Suisse, October 6, 2011.

"MetLife, Inc.: 3Q11 Non-Recurring Charges - Quick Take," FBR Capital Markets & Co., October 6, 2011.

"MetLife Inc.: Lowering 2011 estimate for unusual items," Bank of America Merrill Lynch, October 7, 2011.

"MetLife Inc.: Return of Capital Plans Delayed," Barclays Capital PLC, October 25, 2011.

"General Electric: General Electric: Implications of the Federal Reserve not approving MetLife's cap. Allocation plan," Credit Suisse, October 25, 2011.

"MetLife, Inc.: MET: Capital Management Plan Delayed…By One Quarter We Think," Credit Suisse, October 25, 2011.

"MetLife, Inc.: It's Not You, It's Me," Evercore Partners, October 25, 2011.

"MetLife Inc.: All dressed up and nowhere to go," Goldman Sachs, October 25, 2011.

"MetLife, Inc.: Fed Tells Snoopy To Wait 'Til Spring," Sterne, Agee & Leach Inc., October 25, 2011.

"MetLife, Inc.: MET: Fed Says "Not So Fast" To Snoopy On Buyback," Wells Fargo Securities, October 25, 2011.

"MetLife: Fed denies Met's capital plan, downgrading to Neutral," Atlantic Equities, LLP, October 26, 2011.

"MetLife, Inc.: Fed decision a short-term setback," Bank of America Merrill Lynch, October 26, 2011.

"MetLife Inc: Alert: Request Denied - No Dividend Increase, No Buybacks," Citigroup Global Markets Inc., October 26, 2011.

"MetLife, Inc.: Fed Decision on Capital Return Should Be a Delay, Not a Denial, Longer-Term," FBR Capital Markets & Co., October 26, 2011.

- 13 -

"MetLife: The Writing Was on the Wall -- Buybacks Will Be Challenging, As Expected," RBC Capital Markets, October 26, 2011.

"MetLife, Inc.: No Capital Management Plan - No Surprise," Scotia Capital USA Inc., October 26, 2011.

"MetLife Inc.: Run rate EPS above forecast, but not the highest quality," Bank of America Merrill Lynch, October 27, 2011.

"MetLife Inc.: 3Q11 a Good Quarter Despite Market Volatility," Citigroup Global Markets Inc., October 27, 2011.

"MetLife, Inc.: Solid EPS Results Driven by Japan and Group Non Medical Health," Credit Suisse, October 27, 2011.

"MetLife: 3Q11 Earnings Review: Noisy Quarter; Normalized Results Better on Tax Rate & Bank Earnings = Low Quality Beat," Dowling & Partners Securities, LLC, October 27, 2011.

"MetLife Inc.: Surprisingly Good Quarter," Evercore Partners, October 27, 2011.

"MET, PFG 3Q recap: Results mixed - interest rates, capital management to dominate calls," Goldman Sachs, October 27, 2011.

"MetLife: Another Broad-Based Earnings Beat," Keefe, Bruyette & Woods, Inc., October 27, 2011.

"MetLife (MET:Buy) - Initial Thoughts on 3Q11 Results," Janney Montgomery Scott, October 27, 2011.

"MetLife Inc.: Quick Comment: 3Q11 Earnings First Glance," Morgan Stanley & Co., October 27, 2011.

"MetLife: Headline & Core Beat; International Provides Modest Upside; Adjusting Estimates," Sterne, Agee & Leach Inc., October 27, 2011.

"MetLife, Inc.: MET: First Look At Q3 Results - Snoopy Hangs In There," Wells Fargo Securities, October 27, 2011.

"MetLife: Underlying EPS relatively stable," Atlantic Equities, LLP, October 28, 2011.

"MET interest rate guidance is a material positive for group," Bank of America Merrill Lynch, October 28, 2011.

"MET Results Strong Despite Volatile Macro Conditions; PFG & AHL In Line," Barclays Capital PLC, October 28, 2011.

"MetLife, Inc., Interest Rate Risk: What's Positive for MET may not be so Positive for Other Life Insurers," Credit Suisse, October 28, 2011.

"MetLife, Inc.: Solid 3Q11 Operations Takes the Bite Off Fed Delay," FBR Capital Markets & Co., October 28, 2011.

"MetLife: Core Results Hold in Better than Expected," Morgan Stanley & Co., October 28, 2011.

"MetLife: MET: A Quarter Still Overshadowed by Capital Discussion," RBC Capital Markets, October 28, 2011.

"MetLife, Inc.: MET Q3/11: Core Beat; Modest Market Impact," Scotia Capital USA Inc., October 28, 2011.

"MetLife, Inc.: Interest Rate Presentation Implies Protracted Low Rates Is Earnings Headwind But Not Balance Sheet Concern," Sterne, Agee & Leach Inc., October 28, 2011.

"MetLife: 3Q11 Reflects Continued Strength," UBS Securities LLC, October 28, 2011.

"MetLife, Inc.: MET: Conference Call Round-Up," Wells Fargo Securities, October 28, 2011.

"MetLife Inc.: Still room to run after qtr/ rate comments," Evercore Partners, October 30, 2011.

"MetLife: Throwing Down the Gauntlet on Interest Rate Risk; Outperform," Bernstein Research, October 31, 2011.

"MetLife, Inc.: MET's Manageable Interest Rate Risk," Scotia Capital USA Inc., October 31, 2011.

"MetLife, Inc.: Updating Estimates Post Deeper Review of 3Q11 Results," Sterne, Agee & Leach Inc., November 1, 2011.

"MetLife (MET) - Lowering Rating to Neutral from Buy," Janney Montgomery Scott, November 10, 2011.

"MetLife: Reorganization Understandable, But the Timing Strikes Us as Curious," RBC Capital Markets, November 22, 2011.

"MetLife: Thoughts on 2012 EPS Guidance; Outperform," Bernstein Research, December 5, 2011.

"MetLife, Inc.: In Line EPS Guidance, Upside from Capital Management Ahead," Credit Suisse, December 5, 2011.

"MetLife Inc.: Solid 2012 Outlook with Potential Upside," Morgan Stanley & Co., December 5, 2011.

"MetLife: Upbeat Investor Call, Despite Headwinds," UBS Securities LLC, December 5, 2011.

"MetLife Inc.: Bank sales marginal positive; expect buyback in 2012," Bank of America Merrill Lynch, December 27, 2011.

"MetLife Inc.: Announced Sale of Bank Operations a Positive Catalyst," Barclays Capital PLC, December 27, 2011.

"Quick Take - MetLife Announces Sale of Retail Deposits and Remains on Track to Shed BHC Status; Outperform, Bernstein Research, December 27, 2011.

"MetLife, Inc.: MET's Bank Sale - A Path to Enhanced Capital Management," Credit Suisse, December 27, 2011.

"MetLife, Inc.: Depository Sale Positive Step Towards Full Capital Deployment," FBR Capital Markets & Co., December 27, 2011.

"MetLife, Inc.: MET Sells Depository Business to GE," Scotia Capital (USA) Inc., December 28, 2011.

"MetLife, Inc.: MET: Snoopy Takes A Step Toward Exiting Banking," Wells Fargo Securities, December 28, 2011.

"The Premium Line - Happy New Year!" Raymond James & Associates, December 30, 2011.

"MetLife: Fed Stress Test Result Likely a Positive," UBS Securities LLC, January 4, 2012.

"2012 Outlook: Macro headwinds, depressed valuations create a call to act; MET, HIG to Buy," Goldman Sachs, January 9, 2012.

"Stocks fall on Fed, but CDS imply big upside for LNC/MET," Bank of America Merrill Lynch, January 30, 2012.

"MetLife: Estimating Tier 1 Common Under 2012 CCAR & Revisiting 2012 EPS Guidance Assumptions; Outperform," Bernstein Research, January 30, 2012.

"MetLife, Inc.: Favorable Domestic Mortality More than Offsets Sluggish International," Credit Suisse, February 14, 2012.

"MetLife: Variable Inv. Income & Market Lift Drives 4Q EPS Beat = $1.30 Core vs. $1.24 Consensus," Dowling & Partners Securities, LLC, February 14, 2012.

"MetLife Inc.: A welcome steady & uneventful quarter," Evercore Partners, February 14, 2012.

"MetLife Inc.: Solid EPS beat should be positive ahead of several 2012 catalysts," Goldman Sachs, February 14, 2012.

"MetLife: Solid All-around Quarter," Keefe, Bruyette & Woods, Inc., February 14, 2012.

"MetLife (MET: Neutral) - Initial Thoughts on 4Q11 Results," Janney Montgomery Scott, February 14, 2012.

"MetLife Inc.: Quick Comment: 4Q11 Earnings First Glance," Morgan Stanley & Co., February 14, 2012.

"MetLife, Inc.: 4Q11 Earnings First Look - Strength in U.S. Businesses," Sandler O'Neill + Partners, L.P., February 14, 2012.

"MetLife, Inc.: Strong Spreads, Good Top Line and Mixed Underwriting Results Characterize MET's 4Q11 Results; No Change to Estimates or PT," Sterne, Agee & Leach Inc., February 14, 2012.

"MetLife, Inc.: MET: First Look At Q4 Results," Wells Fargo Securities, February 14, 2012.

"MET Shows 4Q Strength; ACGL Delivers Solid ROE, WSH Challenges Persist," Barclays Capital PLC, February 15, 2012.

"MetLife: 4Q:11 - Bucking the 4Q Trend on EPS; Setting Up for Pending Catalysts; Outperform," Bernstein Research, February 15, 2012.

"MetLife Inc.: Clean upside surprise," Bank of America Merrill Lynch, February 15, 2012.

"MetLife, Inc.: 4Q11 Solid, Strategic Direction and Capital Deployment in Focus," FBR Capital Markets & Co., February 15, 2012.

"MetLife Solid Results Support Arguments for Further Upside," Morgan Stanley & Co, February 15, 2012.

"MetLife: Mixed 4Q Results, Raising Price Target," RBC Capital Markets, February 15, 2012.

"MetLife, Inc.: MET Q4/11 EPS Beat Spreads Aided by Hedges," Scotia Capital USA Inc., February 15, 2012.

"MetLife: 4Q11 Reflects Continued Strength," UBS Securities LLC, February 15, 2012.

"MetLife, Inc.: MET: Conference Call Round-Up," Wells Fargo Securities, February 15, 2012.

"MetLife, Inc.: 4Q11 Earnings Review - Share Buyback is a Near-Term Catalyst," Sandler O'Neill + Partners, L.P., February 16, 2012.

"MetLife: Maintain OW-70% CDS/UW-30% cash after CCAR fail," Bank of America Merrill Lynch, March 13, 2012.

"MetLife Inc.: Fed Stress Test Outcome Disappointing," Barclays Capital PLC, March 13, 2012.

"MetLife Inc.: You can't fit a square peg in a round hole," Goldman Sachs, March 13, 2012.

"MetLife, Inc.: Stress Test Results a Negative, but Limited Implications for Other Insurers – ALERT," J.P. Morgan Securities LLC, March 13, 2012.

"MetLife: Unexpectedly Misses CCAR; Capital Return Story Not Over," Macquarie Capital (USA) Inc., March 13, 2012.

"MetLife: Capital Deployment Expectations Ahead of Thursday's CCAR Results," Dowling & Partners Securities, LLC, March 13, 2012.

"MetLife Inc.: Failing" the stress test, what does it mean?" Evercore Partners, March 13, 2012.

"MetLife Inc.: You can't fit a square peg in a round hole," Goldman Sachs, March 13, 2012.

"MetLife, Inc.: MET Simply Can't Be a Non-Bank Fast Enough; Reducing Estimates & PT As We Begrudgingly Remove Capital Management," Sterne, Agee & Leach Inc., March 13, 2012.

"MetLife Inc.: Short term set-back, but still expect buyback in 2H12," Bank of America Merrill Lynch, March 14, 2012.

"MetLife, Inc.: Fed Objects to MET's Capital Plan for 2012 - What Happened And Where Do We Go From Here?" Credit Suisse, March 14, 2012.

"Stress Test Near-Term Setback, Longer-Term Capital Deployment Should Be OK," FBR Capital Markets & Co., March 14, 2012.

"MetLife: Back to the Drawing Board," RBC Capital Markets, March 14, 2012.

"MetLife, Inc.: CCAR Failure Means No Buybacks - Through 2Q12 at Least," Sandler O'Neill + Partners, L.P., March 14, 2012.

"MetLife: Test Causes Stress, Applicability Unclear," UBS Securities LLC, March 14, 2012.

"MetLife: Fed Up With The Fed; MET Fails CCAR," Dowling & Partners Securities, LLC, March 14, 2012.

"MetLife, Inc.: MET: Joe Cool Gets Hit With Negative CCAR Results," Wells Fargo Securities, March 14, 2012.

"Prelim 1Q looks close to our est on an adjusted basis, Buy," Bank of America, April 20, 2012

"1Q likely beat estimate adjusting for unusual items," Bank of America, April 23, 2012

"MetLife, Inc.: Good Quarter, Tweaking 2012/2013 Estimates Higher," Credit Suisse, April 26, 2012.

"MetLife Inc.: Full release sheds strong positives," Evercore Partners, April 26, 2012.

"MetLife, Inc.: MET 1Q12 As Guided, Core EPS of $1.39 Driven By Strong Margins," FBR Capital Markets & Co., April 26, 2012.

"2 steps forward (MET's preliminary EPS > consensus, "core" > reported), 1 step back (PFG)," Goldman Sachs, April 26, 2012.

"MetLife (MET-Neutral): Initial Thoughts on 1Q12 Results," Janney Montgomery Scott, April 26, 2012.

"MetLife: Preliminary Results and Conclusions Affirmed," Keefe, Bruyette & Woods, Inc., April 26, 2012.

"MetLife Inc.: Quick Comment: 1Q12 Earnings First Glance," Morgan Stanley & Co., April 26, 2012.

"MetLife Inc.: 1Q12 Core Results Well Ahead Primarily on Favorable Underwriting; Raising Estimates & PT," Sterne, Agee & Leach Inc., April 26, 2012.

"MetLife: Generally Good 1Q12 Results," UBS Securities LLC, April 26, 2012.

"MetLife, Inc.: MET: First Look At Q1 Results," Wells Fargo Securities, April 26, 2012.

"MET & WSH Strong 1Q12 Results; PFG 1Q12 EPS Lower than Anticipated," Barclays Capital PLC, April 27, 2012.

"MetLife Inc.: Our estimates remain above consensus and guidance, Buy," Bank of America Merrill Lynch, April 27, 2012.

"MetLife Inc.: Disconnect between 1Q EPS & stock price reaction, Buy," Bank of America Merrill Lynch, April 27, 2012.

"MetLife (MET, $36.47, Buy): 1Q12 Earnings Review Additional Details Show Core EPS of $1.39 vs. Street's $1.26; Run-Rate Closer to $1.28-$1.30," Dowling & Partners Securities, LLC, April 27, 2012.

"MetLife, Inc.: 'Core' Q1/12 Results Well Ahead of Forecast," Scotia Capital USA Inc., April 27, 2012.

"MetLife, Inc.: MET: Conference Call Round-Up," Wells Fargo Securities, April 27, 2012.

AMERIPRISE0003594
AMERIPRISE0003597
AMERIPRISE0003600
AMERIPRISE0003603
AMERIPRISE0003608
AMERIPRISE0003611
AMERIPRISE0003614
AMERIPRISE0003617
AMERIPRISE0003628
AMERIPRISE0003640
AMERIPRISE0003650
AMERIPRISE0003660
AMERIPRISE0003670
AMERIPRISE0003680
AMERIPRISE0003691
AMERIPRISE0003701
AMERIPRISE0003711
AMERIPRISE0003722
AMERIPRISE0003732
AMERIPRISE0003744
AMERIPRISE0003755

AMERIPRISE0003765
AMERIPRISE0003776
AMERIPRISE0003786
AMERIPRISE0003796
AMERIPRISE0003806
AMERIPRISE0003822
AMERIPRISE0003831
AMERIPRISE0003841
AMERIPRISE0003993
AMERIPRISE0004016
AMERIPRISE0004023
AMERIPRISE0004084
AMERIPRISE0004092
AMERIPRISE0004108
AMERIPRISE0004129
AMERIPRISE0004130
AMERIPRISE0004132
AMERIPRISE0004151
AMERIPRISE0004169
AMERIPRISE0004172
AMERIPRISE0004181
AMERIPRISE0004190
AMERIPRISE0004201
AMERIPRISE0004203
AMERIPRISE0004215
AMERIPRISE0004228
AMERIPRISE0004235
AMERIPRISE0004237
AMERIPRISE0004295
AMERIPRISE0004304
AMERIPRISE0004329
AMERIPRISE0004363
AMERIPRISE0004382
AMERIPRISE0004425
AMERIPRISE0004429
AMERIPRISE0004444
AMERIPRISE0004454
AMERIPRISE0004465
AMERIPRISE0004466
AMERIPRISE0004485

AMERIPRISE0004663
AMERIPRISE0004666
AMERIPRISE0004669
AMERIPRISE0004674
AMERIPRISE0004679
AMERIPRISE0004680
AMERIPRISE0004682
AMERIPRISE0004683
AMERIPRISE0004684
AMERIPRISE0004686
AMERIPRISE0004688
AMERIPRISE0004690
AMERIPRISE0004694
AMERIPRISE0004696
AMERIPRISE0004699
AMERIPRISE0004701
AMERIPRISE0004713
AMERIPRISE0004718
AMERIPRISE0004720
AMERIPRISE0004725
AMERIPRISE0004727
AMERIPRISE0004730
AMERIPRISE0004731
AMERIPRISE0004737
AMERIPRISE0004740
AMERIPRISE0004746
AMERIPRISE0004748
AMERIPRISE0004749
AMERIPRISE0004751
AMERIPRISE0004756
AMERIPRISE0004761
AMERIPRISE0004766
AMERIPRISE0004793
AMERIPRISE0004805
AMERIPRISE0004807
AMERIPRISE0004809
AMERIPRISE0004815
AMERIPRISE0004817
AMERIPRISE0004822
AMERIPRISE0004827

AMERIPRISE0004829
AMERIPRISE0004837
AMERIPRISE0004844
AMERIPRISE0004846
AMERIPRISE0004862
AMERIPRISE0004868
AMERIPRISE0004880
AMERIPRISE0004882
AMERIPRISE0004884
AMERIPRISE0004886
AMERIPRISE0004888
AMERIPRISE0004894
AMERIPRISE0004899
AMERIPRISE0004910
AMERIPRISE0004911
AMERIPRISE0004913
AMERIPRISE0004915
AMERIPRISE0004921
AMERIPRISE0004928
AMERIPRISE0004930
ARGUS0000001
ARGUS0000011
ARGUS0000021
ARGUS0000031
ARGUS0000041
ARGUS0000051
ARGUS0000061
ARGUS0000071
ARGUS0000081
ARGUS0000091
ARGUS0000101
ARGUS0000111
ARGUS0000121
ARGUS0000131
ARGUS0000141
ARGUS0000151
ARGUS0000161
ARGUS0000171
ARGUS0000181
ARGUS0000191

ARGUS0000201
ARGUS0000211
ARGUS0000221
ARGUS0000231
ARGUS0000241
ARGUS0000251
ARGUS0000261
ARGUS0000271
ARGUS0000281
ARGUS0000291
ARGUS0000301
ARGUS0000311
ARGUS0000321
ARGUS0000331
ARGUS0000341
ARGUS0000351
ARGUS0000361
ARGUS0000371
ARGUS0000381
ARGUS0000391
ARGUS0000401
ARGUS0000411
ARGUS0000421
ARGUS0000431
ARGUS0000441
ARGUS0000451
ARGUS0000461
ARGUS0000470
ARGUS0000479
ARGUS0000488
ARGUS0000497
ARGUS0000506
ARGUS0000515
ARGUS0000524
ARGUS0000533
ARGUS0000542
ARGUS0000551
ARGUS0000560
ARGUS0000569
ARGUS0000580

ARGUS0000591
ARGUS0000602
ARGUS0000613
ARGUS0000624
ARGUS0000635
ARGUS0000646
ARGUS0000657
ARGUS0000668
ARGUS0000679
ARGUS0000690
ARGUS0000701
ARGUS0000712
ARGUS0000723
ARGUS0000734
ARGUS0000745
ARGUS0000756
ARGUS0000767
ARGUS0000778
ARGUS0000789
ARGUS0000800
ARGUS0000811
ARGUS0000822
ARGUS0000833
ARGUS0000844
ARGUS0000855
ARGUS0000866
ARGUS0000877
ARGUS0000888
ARGUS0000899
ARGUS0000910
ARGUS0000921
ARGUS0000932
ARGUS0000943
ARGUS0000954
ARGUS0000965
ARGUS0000976
ARGUS0000987
ARGUS0000998
ARGUS0001009
ARGUS0001019

ARGUS0001029
ARGUS0001039
ARGUS0001049
ARGUS0001059
ARGUS0001069
ARGUS0001080
ARGUS0001088
ARGUS0001096
ARGUS0001104
ARGUS0001112
ARGUS0001120
ARGUS0001128
ARGUS0001136
ARGUS0001144
ARGUS0001152
ARGUS0001160
ARGUS0001167
ARGUS0001174
ARGUS0001181
ARGUS0001188
ARGUS0001195
ARGUS0001202
ARGUS0001209
ARGUS0001216
ARGUS0001223
ARGUS0001230
ARGUS0001237
ARGUS0001244
ARGUS0001251
ARGUS0001258
ARGUS0001265
ARGUS0001272
ARGUS0001279
ARGUS0001286
ARGUS0001293
ARGUS0001300
ARGUS0001307
ARGUS0001314
ARGUS0001321
ARGUS0001328

ARGUS0001335
ARGUS0001342
ARGUS0001349
ARGUS0001356
ARGUS0001363
ARGUS0001370
ARGUS0001377
ARGUS0001384
ARGUS0001391
ARGUS0001398
ARGUS0001405
ARGUS0001414
ARGUS0001423
ARGUS0001435
ARGUS0001444
ARGUS0001453
ARGUS0001464
ARGUS0001475
ARGUS0001488
ARGUS0001499
ARGUS0001509
ARGUS0001518
ARGUS0001525
ARGUS0001531
ARGUS0001536
ARGUS0001541
ARGUS0001547
ARGUS0001553
ARGUS0001559
ARGUS0001565
ARGUS0001571
ARGUS0001577
ARGUS0001584
ARGUS0001589
ARGUS0001595
ARGUS0001601
ARGUS0001608
ARGUS0001615
ARGUS0001622
ARGUS0001628

ARGUS0001634
ARGUS0001638
ARGUS0001643
ARGUS0001648
ARGUS0001652
ARGUS0001657
ARGUS0001663
ARGUS0001668
ARGUS0001673
ARGUS0001679
ARGUS0001685
ARGUS0001689
ARGUS0001699
Confidential-Rja 00001
Confidential-Rja 00009
Confidential-Rja 00017
Confidential-Rja 00022
Confidential-Rja 00027
Confidential-Rja 00035
Confidential-Rja 00042
Confidential-Rja 00047
Confidential-Rja 00056
Confidential-Rja 00063
Confidential-Rja 00069
Confidential-Rja 00075
Confidential-Rja 00081
Confidential-Rja 00090
Confidential-Rja 00100
Confidential-Rja 00110
Confidential-Rja 00116
Confidential-Rja 00124
Confidential-Rja 00129
Confidential-Rja 00137
Confidential-Rja 00148
Confidential-Rja 00154
Confidential-Rja 00160
Confidential-Rja 00165
Confidential-Rja 00173
Confidential-Rja 00181
Confidential-Rja 00189

Confidential-Rja 00198
Confidential-Rja 00206
Confidential-Rja 00212
Confidential-Rja 00218
Confidential-Rja 00228
Confidential-Rja 00234
Confidential-Rja 00240
Confidential-Rja 00244
Confidential-Rja 00253
Confidential-Rja 00260
Confidential-Rja 00266
Confidential-Rja 00271
Confidential-Rja 00280
Confidential-Rja 00285
Confidential-Rja 00293
Confidential-Rja 00302
Confidential-Rja 00311
Confidential-Rja 00317
Confidential-Rja 00325
Confidential-Rja 00335
Confidential-Rja 00341
Confidential-Rja 00348
Confidential-Rja 00353
Confidential-Rja 00361
Confidential-Rja 00368
EVERC00000001
EVERC00000006
EVERC00000012
EVERC00000017
EVERC00000021
EVERC00000028
EVERC00000032
EVERC00000037
EVERC00000041
EVERC00000048
EVERC00000052
EVERC00000056
EVERC00000061
EVERC00000065
EVERC00000072

EVERC00000079
EVERC00000086
EVERC00000091
EVERC00000098
EVERC00000103
EVERC00000108
EVERC00000114
EVERC00000120
EVERC00000124
JANNEY0000711
JANNEY0001123
JANNEY0001125
JANNEY0001126
JANNEY0001128
JANNEY0001131
JANNEY0001133
JANNEY0001141
JANNEY0001143
JANNEY0001146
JANNEY0001165
JANNEY0001167
JANNEY0001170
JANNEY0001445
JANNEY0001447
JANNEY0001458
JANNEY0001460
JANNEY0001518
JANNEY0001520
JANNEY0001530
JANNEY0001532
JANNEY0001545
JANNEY0001569
JANNEY0001571
JANNEY0001613
JANNEY0001683
JANNEY0001699
JANNEY0001743
JANNEY0001768
JANNEY0001780
JANNEY0002006

JANNEY0002008
JANNEY0002010
JANNEY0002018
JANNEY0002019
JANNEY0002030
JANNEY0002031
JANNEY0002041
JANNEY0002043
JANNEY0002096
JANNEY0002169
JANNEY0002172
JANNEY0002175
JANNEY0002178
JANNEY0002181
JANNEY0002184
JANNEY0002188
JANNEY0002192
JANNEY0002196
JANNEY0002200
JANNEY0002207
JANNEY0002214
JANNEY0002221
JANNEY0002224
JANNEY0002228
JANNEY0002232
JANNEY0002241
JANNEY0002248
JANNEY0002252
JANNEY0002255
JANNEY0002262
JANNEY0002265
JANNEY0002271
JANNEY0002274
JANNEY0002282
JANNEY0002290
JANNEY0002293
JANNEY0002302
JANNEY0002309
JANNEY0002312
JANNEY0002316

JANNEY0002320
JANNEY0002327
JANNEY0002334
JANNEY0002339
JANNEY0002342
JANNEY0002345
JANNEY0002352
JANNEY0002360
JANNEY0002365
JANNEY0002368
JANNEY0002375
JANNEY0002384
JANNEY0002389
JANNEY0002392
JANNEY0002394
JANNEY0002404
JANNEY0002411
JANNEY0002420
JANNEY0002425
JANNEY0002428
JANNEY0002431
JANNEY0002435
JANNEY0002439
JANNEY0002451
JANNEY0002456
JANNEY0002459
JANNEY0002464
JANNEY0002469
JANNEY0002480
JANNEY0002486
JANNEY0002490
JANNEY0002492
JANNEY0002497
JANNEY0002506
JANNEY0002508
JANNEY0002514
JANNEY0002518
JANNEY0002520
JANNEY0002524
JANNEY0002532

MET-UW DEFS-00003049
MET-UW DEFS-00003054
MET-UW DEFS-00003066
MET-UW DEFS-00003077
MET-UW DEFS-00003114
MET-UW DEFS-00003184
MET-UW DEFS-00003205
MET-UW DEFS-00003312
MET-UW DEFS-00003344
Met-Uw Defs-00005377
MET-UW DEFS-00005488
MET-UW DEFS-00005501
MET-UW DEFS-00005509
MET-UW DEFS-00005522
Met-Uw Defs-00005574
MET-UW DEFS-00005760
MET-UW DEFS-00007114
MET-UW DEFS-00007123
MET-UW DEFS-00007128
MET-UW DEFS-00007134
MET-UW DEFS-00007494
MET-UW DEFS-00009312
MET-UW DEFS-00009362
MET-UW DEFS-00009432
MET-UW DEFS-00009462
MET-UW DEFS-00009476
MET-UW DEFS-00015541
MET-UW DEFS-00017434
MET-UW DEFS-00020244
MET-UW DEFS-00020262
MET-UW DEFS-00020268
MET-UW DEFS-00020285
MET-UW DEFS-00020307
MET-UW DEFS-00020327
MET-UW DEFS-00020409
MET-UW DEFS-00020425
MET-UW DEFS-00026049
MET-UW DEFS-00026192
MET-UW DEFS-00026457
MET-UW DEFS-00027167

MET-UW DEFS-00029394
MET-UW DEFS-00029427
MET-UW DEFS-00029442
MET-UW DEFS-00029472
MET-UW DEFS-00029495
MET-UW DEFS-00029516
MET-UW DEFS-00029536
MET-UW DEFS-00029550
MET-UW DEFS-00029569
MET-UW DEFS-00029575
MET-UW DEFS-00029602
MET-UW DEFS-00029625
MET-UW DEFS-00029666
MET-UW DEFS-00029672
MET-UW DEFS-00029686
MET-UW DEFS-00029691
MET-UW DEFS-00029731
MET-UW DEFS-00029741
MET-UW DEFS-00029771
MET-UW DEFS-00029787
MET-UW DEFS-00029854
MET-UW DEFS-00029894
MET-UW DEFS-00029913
MET-UW DEFS-00029937
MET-UW DEFS-00029946
MET-UW DEFS-00029969
MET-UW DEFS-00029985
MET-UW DEFS-00029995
MET-UW DEFS-00030011
MET-UW DEFS-00030022
MET-UW DEFS-00030072
MET-UW DEFS-00030105
MET-UW DEFS-00030132
MET-UW DEFS-00030185
MET-UW DEFS-00030221
MET-UW DEFS-00030280
MET-UW DEFS-00030320
MET-UW DEFS-00030333
MET-UW DEFS-00030350
MET-UW DEFS-00030358

MET-UW DEFS-00030390
MET-UW DEFS-00030423
MET-UW DEFS-00030444
MET-UW DEFS-00030472
MET-UW DEFS-00030481
MET-UW DEFS-00030490
MET-UW DEFS-00030523
MET-UW DEFS-00030528
MET-UW DEFS-00030538
MET-UW DEFS-00030546
MET-UW DEFS-00030557
MET-UW DEFS-00030565
MET-UW DEFS-00030581
MET-UW DEFS-00030604
MET-UW DEFS-00030614
MET-UW DEFS-00030623
MET-UW DEFS-00030643
MET-UW DEFS-00030651
MET-UW DEFS-00030660
MET-UW DEFS-00030671
MET-UW DEFS-00030679
MET-UW DEFS-00030705
MET-UW DEFS-00030711
MET-UW DEFS-00030718
MET-UW DEFS-00030742
MET-UW DEFS-00030750
MET-UW DEFS-00030781
MET-UW DEFS-00030792
MET-UW DEFS-00030800
MET-UW DEFS-00030819
Met-Uw Defs-00031116
Met-Uw Defs-00031934
Met-Uw Defs-00032387
MET-UW DEFS-00032388
MET-UW DEFS-00032399
MET-UW DEFS-00032420
MET-UW DEFS-00032917
MET-UW DEFS-00032941
MET-UW DEFS-00032975
MET-UW DEFS-00032988

MET-UW DEFS-00033731
MET-UW DEFS-00034691
MET-UW DEFS-00034829
MET-UW DEFS-00034850
MET-UW DEFS-00035095
MET-UW DEFS-00035115
MET-UW DEFS-00035266
MET-UW DEFS-00037699
MET-UW DEFS-00037844
MET-UW DEFS-00037887
MET-UW DEFS-00037893
MET-UW DEFS-00038023
MET-UW DEFS-00038086
MET-UW DEFS-00038089
MET-UW DEFS-00038208
MET-UW DEFS-00041008
MET-UW DEFS-00041259
MET-UW DEFS-00041499
MET-UW DEFS-00041632
MET-UW DEFS-00041965
MET-UW DEFS-00041978
MET-UW DEFS-00041985
MET-UW DEFS-00042006
MET-UW DEFS-00042014
MET-UW DEFS-00042027
MET-UW DEFS-00042034
MET-UW DEFS-00042043
MET-UW DEFS-00042052
MET-UW DEFS-00042066
MET-UW DEFS-00042075
MET-UW DEFS-00042082
MET-UW DEFS-00042112
MET-UW DEFS-00042119
MET-UW DEFS-00042127
MET-UW DEFS-00042136
MET-UW DEFS-00042145
MET-UW DEFS-00042181
MET-UW DEFS-00042207
MET-UW DEFS-00042223
MET-UW DEFS-00042231

MET-UW DEFS-00042239
MET-UW DEFS-00042248
MET-UW DEFS-00042256
MET-UW DEFS-00042300
MET-UW DEFS-00042328
MET-UW DEFS-00042404
MET-UW DEFS-00042419
MET-UW DEFS-00042426
MET-UW DEFS-00042443
MET-UW DEFS-00042449
MET-UW DEFS-00042465
MET-UW DEFS-00042476
MET-UW DEFS-00042485
MET-UW DEFS-00042520
MET-UW DEFS-00042531
MET-UW DEFS-00042608
MET-UW DEFS-00042631
MET-UW DEFS-00042636
MET-UW DEFS-00042648
MET-UW DEFS-00042685
MET-UW DEFS-00042748
MET-UW DEFS-00042894
MET-UW DEFS-00042976
MET-UW DEFS-00043591
MET-UW DEFS-00043689
MET-UW DEFS-00043735
MET-UW DEFS-00043750
MET-UW DEFS-00048786
MET-UW DEFS-00048793
MET-UW DEFS-00048803
MET-UW DEFS-00048824
MET-UW DEFS-00048868
MET-UW DEFS-00050047
Met-Uw Defs-00050055
MET-UW DEFS-00052236
MET-UW DEFS-00052250
MET-UW DEFS-00052261
MET-UW DEFS-00052275
MET-UW DEFS-00054236
MET-UW DEFS-00054268

MET-UW DEFS-00054283
MET-UW DEFS-00054302
MET-UW DEFS-00054525
MET-UW DEFS-00054610
MET-UW DEFS-00054659
MET-UW DEFS-00058430
MET-UW DEFS-00065166
MET-UW DEFS-00065171
MET-UW DEFS-00065499
MET-UW DEFS-00065943
MET-UW DEFS-00065944
MET-UW DEFS-00065947
Met-Uw Defs-00065955
MET-UW DEFS-00065956
Met-Uw Defs-00066490
MET-UW DEFS-00067222
MET-UW DEFS-00069942
MET-UW DEFS-00070727
MET-UW DEFS-00070921
MET-UW DEFS-00070927
MET-UW DEFS-00070934
MET-UW DEFS-00070939
MET-UW DEFS-00071467
MET-UW DEFS-00075283
MET-UW DEFS-00075374
MET-UW DEFS-00076525
MET-UW DEFS-00076531
MET-UW DEFS-00076536
MET-UW DEFS-00076546
MET-UW DEFS-00076566
MET-UW DEFS-00076574
MET-UW DEFS-00076583
MET-UW DEFS-00076590
MET-UW DEFS-00076598
MET-UW DEFS-00076610
MET-UW DEFS-00076648
MET-UW DEFS-00076663
MET-UW DEFS-00076670
MET-UW DEFS-00076679
MET-UW DEFS-00076688

MET-UW DEFS-00076931
MET-UW DEFS-00076963
MET-UW DEFS-00076978
MET-UW DEFS-00076997
MET-UW DEFS-00077016
MET-UW DEFS-00077065
MET-UW DEFS-00077267
MET-UW DEFS-00077382
MET-UW DEFS-00078398
MET-UW DEFS-00078543
MET-UW DEFS-00078558
MET-UW DEFS-00078679
MET-UW DEFS-00078719
MET-UW DEFS-00079455
MET-UW DEFS-00079457
MET-UW DEFS-00079459
MET-UW DEFS-00079496
MET-UW DEFS-00079828
MET-UW DEFS-00079832
MET-UW DEFS-00080486
MET-UW DEFS-00080673
MET-UW DEFS-00084625
MET-UW DEFS-00087795
MET-UW DEFS-00087822
MET-UW DEFS-00088328
MET-UW DEFS-00088433
Met-Uw Defs-00088481
Met-Uw Defs-00088517
Met-Uw Defs-00088528
MET-UW DEFS-00090139
MET-UW DEFS-00093760
MET-UW DEFS-00093764
Met-Uw Defs-00095815
Met-Uw Defs-00095823
Met-Uw Defs-00096351
Met-Uw Defs-00096370
MET-UW DEFS-00096492
MET-UW DEFS-00096496
MET-UW DEFS-00096822
MET-UW DEFS-00096832

MET-UW DEFS-00096945
MET-UW DEFS-00096955
MET-UW DEFS-00097050
MET-UW DEFS-00097333
MET-UW DEFS-00097538
MET-UW DEFS-00097624
Met-Uw Defs-00097745
MET-UW DEFS-00098008
MET-UW DEFS-00098014
MET-UW DEFS-00098021
MET-UW DEFS-00098027
MET-UW DEFS-00098033
MET-UW DEFS-00098038
MET-UW DEFS-00098045
MET-UW DEFS-00098054
MET-UW DEFS-00098061
MET-UW DEFS-00098066
MET-UW DEFS-00098072
MET-UW DEFS-00098081
MET-UW DEFS-00098090
MET-UW DEFS-00098096
MET-UW DEFS-00098105
MET-UW DEFS-00098110
MET-UW DEFS-00098118
MET-UW DEFS-00098133
MET-UW DEFS-00098169
MET-UW DEFS-00103471
MET-UW DEFS-00103488
MET-UW DEFS-00103494
MET-UW DEFS-00110967
MET-UW DEFS-00132326
MET-UW DEFS-00135200
MET-UW DEFS-00136133
MET-UW DEFS-00136137
MET-UW DEFS-00136255
MET-UW DEFS-00137054
MET-UW DEFS-00137059
MET-UW DEFS-00137063
MET-UW DEFS-00139513
MET-UW DEFS-00139859

MET-UW DEFS-00139861
MET-UW DEFS-00142614
MET-UW DEFS-00143279
MET-UW DEFS-00143375
MET-UW DEFS-00143413
MET-UW DEFS-00148497
MET-UW DEFS-00148502
MET-UW DEFS-00148508
MET-UW DEFS-00148523
MET-UW DEFS-00148538
MET-UW DEFS-00148546
MET-UW DEFS-00148552
MET-UW DEFS-00148559
MET-UW DEFS-00148566
MET-UW DEFS-00148572
MET-UW DEFS-00148579
MET-UW DEFS-00148586
MET-UW DEFS-00148592
MET-UW DEFS-00148599
MET-UW DEFS-00148605
MET-UW DEFS-00148611
MET-UW DEFS-00148638
MET-UW DEFS-00148676
MET-UW DEFS-00148722
MET-UW DEFS-00148766
MET-UW DEFS-00148825
MET-UW DEFS-00148862
MET-UW DEFS-00148872
MET-UW DEFS-00148893
MET-UW DEFS-00148987
MET-UW DEFS-00149015
MET-UW DEFS-00149040
MET-UW DEFS-00149069
MET-UW DEFS-00149118
MET-UW DEFS-00149139
MET-UW DEFS-00149184
MET-UW DEFS-00149287
MET-UW DEFS-00149297
MET-UW DEFS-00149315
MET-UW DEFS-00149365

MET-UW DEFS-00149433
MET-UW DEFS-00149469
MET-UW DEFS-00149510
MET-UW DEFS-00149527
MET-UW DEFS-00149624
MET-UW DEFS-00149690
MET-UW DEFS-00149966
MET-UW DEFS-00149986
MET-UW DEFS-00150035
MET-UW DEFS-00150065
MET-UW DEFS-00150080
MET-UW DEFS-00150183
MET-UW DEFS-00150291
MET-UW DEFS-00150474
MET-UW DEFS-00150505
MET-UW DEFS-00150540
MET-UW DEFS-00150694
MET-UW DEFS-00157384
MET-UW DEFS-00157387
MET-UW DEFS-00157392
MET-UW DEFS-00157398
MET-UW DEFS-00157434
MET-UW DEFS-00157437
MET-UW DEFS-00157442
MET-UW DEFS-00157448
MET-UW DEFS-00158534
MET-UW DEFS-00159106
MET-UW DEFS-00159151
MET-UW DEFS-00159153
MET-UW DEFS-00159159
MET-UW DEFS-00159162
MET-UW DEFS-00159648
MET-UW DEFS-00159882
Met-Uw Defs-00159934
MET-UW DEFS-00161737
MET-UW DEFS-00163435
Met-Uw Defs-00163453
MET-UW DEFS-00163581
MET-UW DEFS-00169504
MET-UW DEFS-00169937

MET-UW DEFS-00169963
MET-UW DEFS-00183915
MET-UW DEFS-00187681
MET-UW DEFS-00187689
MET-UW DEFS-00187701
MS_0000001
MS_0000009
MS_0000016
MS_0000023
MS_0000042
MS_0000063
MS_0000083
MS_0000090
MS_0000101
MS_0000122
MS_0000144
MS_0000150
MS_0000163
RBCCM00000001
RBCCM00000020
RBCCM00000029
RBCCM00000036
RBCCM00000045
RBCCM00000054
RBCCM00000062
RBCCM00000072
RBCCM00000082
RBCCM00000090
RBCCM00000096
RBCCM00000103
RBCCM00000112
RBCCM00000122
RBCCM00000131
RBCCM00000139
RBCCM00000147
SAL0000001
SAL0000011
SAL0000022
SAL0000032
SAL0000047

SAL0000053
SAL0000059
SAL0000063
SAL0000066
SAL0000069
SAL0000075
SAL0000082
SAL0000086
SAL0000089
SAL0000092
SAL0000095
SAL0000103
SAL0000106
SAL0000115
SAL0000122
SAL0000129
SAL0000138
SAL0000141
SAL0000153
SAL0000159
SAL0000162
SAL0000166
SAL0000172
SAL0000180
SAL0000183
SAL0000187
SAL0000190
SAL0000193
SAL0000199
SAL0000207
SAL0000210
SAL0000216
SAL0000223
SAL0000227
SAL0000234
SAL0000239
SAL0000246
SAL0000254
SAL0000262
SAL0000283

SAL0000292
SAL0000299
SAL0000309
SAL0000317
SAL0000324
SAL0000356
SAL0000364
SAL0000373
SAL0000383
SAL0000394
SAL0000402
SAL0000405
SAL0000408
SAL0000417
SAL0000423
SAL0000429
SAL0000437
SAL0000446
SAL0000461
SAL0000469
SAL0000473
SAL0000481
SAL0000484
SAL0000491
SAL0000497
SAL0000504
SAL0000508
SAL0000511
SAL0000514
SAL0000521
SAL0000524
SAL0000532
SAL0000535
SAL0000544
SAL0000551
SAL0000558
SAL0000566
SAL0000569
SAL0000578
SAL0000584

SAL0000587
SAL0000591
SAL0000597
SAL0000605
SAL0000608
SAL0000612
SAL0000615
SAL0000618
SAL0000624
SAL0000632
SAL0000635
SAL0000638
SAL0000641
SAL0000648
SAL0000652
SAL0000659

Company analyst reports on MetLife from the following databases:

Capital IQ, August 3, 2010 to May 14, 2012

Factset, August 3, 2010 to May 14, 2012

Reuters Knowledge, August 3, 2010 to May 14, 2012

Thomson Reuters, August 3, 2010 to May 14, 2012

**Press Releases and News Articles**

Voxant FD (Fair Disclosure) Wire, "Q4 2007 MetLife Inc. Earnings Conference Call – Final," February 7, 2008.

MetLife press release, "MetLife to Acquire American Life Insurance Company from American International Group for Approximately $15.5 Billion," March 8, 2010.

MetLife press release, "MetLife Completes Public Offerings," August 6, 2010.

MetLife press release, "MetLife Announces Pricing of Common Stock and Common Equity Unit Offerings," March 2, 2011.

MetLife press release, "MetLife Announces Completion of Common Stock and Common Equity Unit Offerings," March 8, 2011.

Florida Office of Insurance Regulation press release, "Office of Insurance Regulation to Hold Public Hearing on Life Insurance Companies' Practices," April 22, 2011.

*The Wall Street Journal*, "Hancock in Settlement Over Death Benefits," April 23, 2011.

*Dow Jones News* Service, "WSJ: Calif. Insur Commissioner Calls Hearing To Investigate Practices of MetLife," April 25, 2011.

California Department of Insurance press release, "Insurance Commissioner Jones, Controller, Chiang Launch Investigation Into Death Payment Practices," April 25, 2011.

*The Wall Street Journal*, "MetLife Probed on Death Benefits," April 26, 2011.

*Dow Jones News Service*, "WSJ: Florida, Other Regulators Question MetLife on Use of Death Database," May 19, 2011.

*National Underwriter Life & Health*, "California Regulators: When Did You Computerize Your Records, and When Did You Sweep Them?" May 23, 2011.

Florida Office of Insurance Regulation press release, "Video/Transcript of Life Insurance Settlement Claims Practices Hearings, June 3, 2011

*Dow Jones News Service*, "MARKET TALK: Life Insurers In Knots Over Operation Twist," September 22, 2011.

MetLife press release, "MetLife Resolves Multi-State Examinations," April 23, 2012.

Articles found in the following database searches:

Dow Jones Factiva "all publications" and Lexis/Nexis databases for articles containing the term "MetLife" or "Metropolitan Life" within 25 words of the terms

"social security," "SSA-DMF," "death master," "master death," "death benefit," "attorney general," "subpoena," or "state regulator," August 3, 2010 to May 14, 2012.

Dow Jones Factiva "all publications and Lexis/Nexis databases for articles with "MetLife" or "Metropolitan Life" in the headline or lead paragraph and the terms "social security," "SSA-DMF," "death master," "master death," "death benefit," "attorney general," "subpoena," or "state regulator" anywhere in the article, August 3, 2010 to May 14, 2012.

 EBSCO database for articles containing the term "MetLife" or "Metropolitan Life" within 25 words of the terms "social security," "SSA-DMF," "death master," "master death," "death benefit," "attorney general," "subpoena," or "state regulator," August 3, 2010 to May 14, 2012.

EBSCO database for articles with "MetLife" or "Metropolitan Life" in the headline and the terms "social security," "SSA-DMF," "death master," "master death," "death benefit," "attorney general," "subpoena," or "state regulator" anywhere in the article, August 3, 2010 to May 14, 2012.

 Bloomberg for articles mentioning "MetLife" or "Metropolitan Life" and the terms "social security," "SSA-DMF," "death master," "master death," "death benefit," "attorney general," "subpoena," or "state regulator," August 3, 2010 to May 14, 2012.

 Seeking Alpha for all news on "MetLife" or "Metropolitan Life," August 3, 2010 to May 14, 2012.

Law 360 all news on "MetLife" or "Metropolitan Life," August 3, 2010 to May 14, 2012

Dow Jones Factiva "all publications" database for articles containing the terms "SSA-DMF," "Social Security and Death Master," or "Social Security and Master Death" in the headline or lead paragraph, July 31, 2010 to May 1, 2012

Dow Jones Factiva "all publications" database for articles containing the terms "Prudential" and "Social Security" and any form of the term "settle," December 31, 2010 to April 23, 2012

**Websites**

https://web.archive.org/web/20110828040549/http://www.insurance.ca.gov/video/0030VideoHearings/index.cfm

https://web.archive.org/web/20110225025619/http:/www.insurance.ca.gov/video/0030VideoHearings/index.cfm


**Data**

Bloomberg, L.P.

CRSP US Stock and Index Databases ©2017 Center for Research in Security Prices (CRSP), The University of Chicago Booth School of Business.


All other documents and data cited in the report.

# Appendix C

## Appendix C

### I.      Critique of Plaintiff's Event Study Analyses

1.      In its Complaint, Plaintiff presents two event study analyses which purport to find that the residual return of MetLife stock on October 7, 2011 was negative and statistically significant.[1]  The difference in these analyses is the length of the period used to determine the relationship between movements in the Company's stock price with those of market and industry indices as well as the volatility of the residual returns, sometimes referred to as the "estimation period" or "control period;" Plaintiff used estimation periods of 120 days and one year prior to October 7, 2011.[2]  I recreated Plaintiff's analyses based on its description and discovered that these analyses suffer from two basic flaws which, when corrected, show that the residual return on October 7, 2011 was in fact not statistically significant (at the 5 percent level).

2.      The first basic flaw in Plaintiff's event study analyses concerns the industry index used to control for contemporaneous price movements among MetLife's peer group.  Ideally, including an industry index in an event study model helps to distinguish price movements caused by firm-specific information from price movements that affect other companies in the firm's industry or industries.  As explained in the Complaint, Plaintiff uses the S&P 500 index to control for market

---

1.      Complaint ¶¶ 148-149 & n.18.
2.      *Id.* ¶ 149.

movements and the S&P 500 Insurance Industry index to control for industry movements "per MetLife's 2011 Annual Report."[3]  However, the 2011 Annual Report also compares the Company's stock price movements to those of the S&P 500 Financials Sector index.[4]  Plaintiff does not explain why it ignored the S&P 500 Financials Sector index as an explanatory variable in its event study analyses.

3.    Plaintiff's failure to include the S&P 500 Financials Sector index in addition to the S&P 500 Insurance Industry index as an industry control in its event study analyses is a serious flaw that results in an incomplete measure of MetLife's peer companies.  As the Company explains in the Offering Materials, it does not only compete with insurance companies:  "[w]e compete with a large number of other insurers, as well as non-insurance financial services companies, such as banks, broker-dealers and asset managers, for individual consumers, employers and other group customers and agents and other distributors of insurance and investment products."[5]  In these documents, MetLife also states "[a]s a federally chartered national association, MetLife Bank is subject to a wide variety of banking laws,

---

3.    *Id.*  In replicating Plaintiff's event study analyses, I found that Plaintiff did not exclude MetLife from the S&P 500 Insurance Industry index.  According to Bloomberg, MetLife's weight in this index was 8 percent as of October 7, 2011 and so the Company's performance would be expected to meaningfully affect the composite index values; in contrast, MetLife's weight in the S&P 500 index was less than 0.3 percent as of this date and thus would be expected to have minimal effect on the composite index values.  Accordingly, I recreated the S&P 500 Insurance Industry index to exclude MetLife based on the weights of the remaining members of this index as of October 7, 2011 and performed my analyses with this recreated index.  I draw the same conclusions described *infra* if I instead use the S&P 500 Insurance Industry index without excluding MetLife.
4.    MetLife 2011 Annual Report at 238.
5.    August 2010 Prospectus at S-48 - S-49 and March 2011 Prospectus at S-36.

regulations and guidelines," including various provisions of the Dodd-Frank Wall Street Reform and Consumer Protection Act enacted shortly before the August 2010 Offering that could specifically affect bank holding companies, and thus the Company.[6]

4.    Indeed, I find that the returns on the S&P 500 Financials Sector index (excluding MetLife[7]) are highly correlated with MetLife's stock price returns during Plaintiff's estimation periods.   Specifically, the "correlation coefficient," which measures the relationship between two variables on a scale of -1 to 1 (with 1 representing the correlation of a variable with itself), is 0.90 for the one-year period and 0.93 for the 120-day period.   When the S&P 500 Financials Sector index is added to Plaintiff's models, the "Adjusted $R^2$" (which measures the "goodness of fit" of the model with the data based on the number of explanatory variables in the model) increases, whether I run Plaintiff's model with the original indices or with my reconstructed indices that exclude MetLife.[8]   *See* Exhibit C-1. This increase in Adjusted $R^2$ means that the models with the S&P 500 Financials

---

6.    August 2010 Prospectus at S-30 & S-32 - S-35 and March 2011 Prospectus at S-15 - S-20.

7.    Per Bloomberg, MetLife's weight in the S&P 500 Financials Sector index as of October 7, 2011 was 2.2 percent.  As with the S&P 500 Insurance Industry index described *supra* ¶ 2 n.3, I recreated the S&P 500 Financials Sector index to exclude MetLife based on the weights of the remaining members of this index as of October 7, 2011.

8.    Because Plaintiff's industry index includes MetLife itself as a component, it will always be a stronger predictor of MetLife returns than a recreated index that excludes MetLife. However, the point conveyed by Exhibit C-1 is that regardless of the starting point, model performance improves when the S&P 500 Financials Sector index is added to the model.

Sector index are better at explaining MetLife price movements. There is no statistical or methodological reason preventing Plaintiff from including the S&P 500 Financials Sector index in its models, and the models improve when it is included.

5.   The second basic flaw in Plaintiff's event study analyses concerns the effect on MetLife's stock price returns of the S&P downgrade of the U.S. credit rating on August 5, 2011, which Plaintiff acknowledges "was the first time in history that U.S. credit/debt rating had been downgraded."[9] This downgrade corresponded to a substantial change in the size of the residuals produced by Plaintiff's event study models.[10] As an example using Plaintiff's 120-day estimation period, the average absolute residual from days before the downgrade was 0.55%, while the average absolute residual from days on or after the downgrade was 1.03%, a relative increase of 87%.[11] In sum, Plaintiff's second error is that it focused its models on estimation periods in which the sizes of most residual returns were relatively small,

---

9.   *Id.* ¶ 137. In MetLife's 2011 Annual Report that Plaintiff relied upon to choose the market and industry index it used in its event study analysis (*id.* ¶ 149), this downgrade is cited as producing uncertainty for the Company (*see* 2011 Annual Report at, e.g., 9 ("Although the downgrade by Standard & Poor's Ratings Services ('S&P') of U.S. Treasury securities initially had an adverse effect on financial markets, the extent of the longer-term impact cannot be predicted.")).

10.   As mentioned in ¶ 1 *supra*, I reconstructed Plaintiff's analyses and derived the residuals from their regression myself because Plaintiff did not provide their programs or data.

11.   Using Plaintiff's one-year event study, these calculations would be 0.60% and 1.07%, for a relative increase of 76%.

and then used those models to assess the significance of a date occurring in a period during which residuals were relatively large.

6.   The increase in the volatility of the residual returns is a form of "heteroscedasticity," a potentially serious problem which violates the assumption of the statistical regression underlying event studies, namely that the size of residual returns does not vary substantially over time.[12]   Heteroscedasticity caused by increases in the size of residual returns can produce false conclusions that some of these returns are statistically significant when they are not.

7.   A commonly-used statistical test for heteroscedasticity is the Breusch-Pagan test, which determines whether any existing heteroscedasticity in a model can be explained by variation in one or more variables selected by the user.[13]   Under the assumptions of the linear regression underlying event studies, no such link should exist.   A significant result from a Breusch-Pagan test helps determine how to correct for the heteroscedasticity it identifies.

---

12.   *See*, *e.g.*, J.M. Wooldridge, *Introductory Econometrics: A Modern Approach*, 5th edition (South-Western Cengage Learning, 2009), 268-269.   Wooldridge summarizes the problems caused by heteroscedasticity at 268:   "whenever the variance of the unobserved factors changes across different subsets of the population … the OLS standard errors … are no longer valid for constructing confidence intervals and *t*-statistics."   The *t*-statistic is necessary to determine the significance of individual disclosure dates.   Note that some sources spell the term as 'heteroscedasticity' and others spell it as 'heteroskedasticity'.
13.   *See*, *e.g.*, *id.* at 277:   "If the BP test results in a small enough *p*-value, some corrective measure must be taken."   The Breusch-Pagan test is also discussed in P. Kennedy, *A Guide to Econometrics*, 6th edition (Blackwell Publishing, 2008), 116-117.

8.    I first attempted to explain the heteroscedasticity present in Plaintiff's regression residuals by testing whether large residuals were associated with larger values of Plaintiff's explanatory variables, which is a common form of heteroscedasticity.  However, I found that the explanatory variables were not able to explain a significant amount of the heteroscedasticity in Plaintiff's event study.[14] Exhibit C-2 shows the result of my test.  Both of the first two lines conduct tests of event study models similar to Plaintiff's event study (with or without adding the S&P 500 Financials Sector index).  The p-values of above 0.05 indicate a lack of evidence that the explanatory variables help explain the heteroscedasticity of the residuals.

9.    Next, because the heteroscedasticity in MetLife's residual returns appears linked to the S&P downgrade on August 5, 2011, which had an adverse impact on financial markets,[15] I attempted to explain the heteroscedasticity using the CBOE's Volatility Index ("VIX"), a leading measure of market expectations of near-term volatility conveyed by S&P 500 index option prices.[16]  The VIX also spiked after the S&P downgrade, and if measured over the same period used by Plaintiff's 120-day event study, the average level of the VIX spiked from 18.64 before the

---

14.    As shown in Exhibit C-3, my conclusions were the same whether I looked at the 120-day study or the 1-year study, and whether or not I included the S&P 500 Financials Sector index.

15.    *See*, e.g. *supra* ¶ 5 n.9.

16.    *See* http://www.cboe.com/products/vix-index-volatility/vix-options-and-futures/vix-index ("Since its introduction in 1993, the VIX Index has been considered by many to be the world's premier barometer of investor sentiment and market volatility.").

downgrade to 37.15 on and after the downgrade (a relative increase of 99%). Performing a second Breusch-Pagan test, I found that this index does explain the heteroscedasticity in Plaintiff's models.  Exhibit C-2 also reports the result of this test – the p-values of <0.01 provide strong evidence that heteroscedasticity is present and explained by the VIX index.

10.   A standard way to correct a regression model which suffers from heteroscedasticity is to perform generalized least squares ("GLS") regression, which gives more weight to observations from periods believed to be more stable and less weight to observations from periods believed to be more volatile.[17]  I implemented GLS regression techniques to correct the heteroscedasticity found in Plaintiff's residual returns.

11.   I find that after my corrections, the residual return on October 7, 2011 was not statistically significant at a 5% level.  Therefore, I find that MetLife's stock price decline on October 7, 2011 cannot reliably be attributed to the firm-specific information contained in the October 6, 2011 Disclosure as Plaintiff claims.

---

[17]   Some authors refer to GLS as WLS ("weighted least squares") and refer to the specific estimation procedure that I use as FGLS ("feasible GLS").  In the context of this report, all three terms are synonymous.  *See*, *e.g.*, Wooldridge, 280-288, and Kennedy, 112-136.  Wooldridge at 288 comments that GLS specifically solves the same problems introduced by heteroscedasticity: "We use the FGLS estimates in place of the OLS estimates because the FGLS estimates are more efficient and have associated test statistics with the usual *t* and *F* distributions."  Kennedy notes at 114 that "econometricians often adopt [FGLS] as the appropriate estimator" in a heteroscedastic context.   Although Wooldridge suggests weighting by a function of the explanatory variables, other authors endorse weighting by a third variable (here the VIX index). *See* J.H. Stock and M.W. Watson, *Introduction to Econometrics* (Pearson Education, 2003), 594-595.

## II.    My Event Study Analysis

12.    Because Plaintiff's models were only designed to assess the statistical significance of a single date (October 7, 2011) and I needed to analyze MetLife's stock price returns over the entire Relevant Period, I created a new model, incorporating the lessons I had learned about the Company's returns while correcting Plaintiff's event study analyses.

13.    Stock price event studies rely upon an estimation period which is usually constructed in one of two ways. Plaintiff's event study is an example of the first method, in which an estimation period – commonly six months or one year – is used to assess the significance of the target stock's residual return on the day immediately after the estimation period. The second method is an "in-sample" approach in which the entire relevant period of stock returns is used for estimating the model, except certain dates within the period where the residual return is suspected of reflecting new investor information relevant to the focus of the event study.[18]   To analyze the statistical significance of MetLife stock price movements throughout the Relevant Period, I chose to implement an "in-sample" event study during the entire Relevant Period.[19]

---

18.    *See*, *e.g.*, G.V. Henderson Jr., "Problems and Solutions in Conducting Event Studies," 57 *The Journal of Risk and Insurance* (June 1990), 282-306, at 291, and Karafiath, I., "Using Dummy Variables in the Event Methodology," 23 *The Financial Review* (August 1998), 351-57.

19.    I also considered alternative end dates of January 12, 2012, corresponding to the filing date of what I understand was the earliest complaint filed in this matter, and October 7, 2011,

14.   As explained in ¶ 38 of my report, I first undertook a news search to identify the first disclosures of information relevant to this matter and the corresponding dates the market first reacted to this information.   Together with the three dates identified in the Plaintiff's Complaint, this created a total of twenty potential reaction dates.   I removed these dates from the estimation period of my model using twenty "dummy variables" (also known as indicator variables) which take a value of 1 on the reaction date and 0 for all other dates.[20]

15.   Plaintiff's event study uses the S&P 500 Insurance Industry index to control for factors affecting the insurance industry.   I considered an alternative insurance industry index, the S&P 500 Life and Health Insurance Sub Industry index ("S&P 500 Life & Health" index), which is the subset of the firms in the S&P 500 Insurance Industry index that includes MetLife.   To determine which indices would best serve as industry controls for MetLife, I calculated daily returns for each index (after removing MetLife itself), and then examined how well every potential combination, when analyzed alongside the S&P 500 index, succeeded in explaining MetLife stock returns during the event period (excluding the potential reaction dates).   I found that the combination of the S&P 500 index, the S&P 500 Financials Sector index (excluding MetLife), and the S&P 500 Life & Health index

corresponding to the last Alleged Corrective Disclosure.   The conclusions I draw from my analyses do not change regardless of which end date I use.

20.     When performing diagnostic tests on my model I excluded these twenty dates from the tests, since any abnormal returns on these dates may not be representative of the normal relationship between MetLife returns and returns of the market or its peers.

(excluding MetLife) provided a higher Adjusted $R^2$ than any other combination, and therefore use these explanatory variables in my event study model.[21]    *See* Exhibit C-3.

16.    Because heteroscedasticity had caused deficiencies in Plaintiff's event study, I undertook a similar set of Breusch-Pagan tests as I describe in the previous section to confirm that the same corrective steps would need to be taken. Specifically:    1) I used one Breusch-Pagan test to determine that any existing heteroscedasticity was not well-explained by the explanatory variables of my regression; and 2) I confirmed with a second Breusch-Pagan test that there was heteroscedasticity in the residual returns, and that this heteroscedasticity was significantly explained by the VIX index, suggesting the need for GLS regression. *See* Exhibit C-4.

17.    I therefore performed GLS regression to control for the greater uncertainty of residual returns during certain sub-periods within my estimation period, such as the period of high volatility following the U.S. credit downgrade in August 2011. Exhibit C-5 presents the results of my model.

18.    I also studied whether MetLife significantly underperformed the market or its peer industries during the Relevant Period.  The event study I conducted already

---

21.    The results I discuss *infra* remain qualitatively similar if I replace the S&P 500 Life & Health index with the S&P Insurance Industry index, which Plaintiff used, so long as I re-calculate the daily index returns to remove MetLife's return, as would be appropriate.  My results also remain qualitatively similar if I were to replace the value-weighted portfolios I constructed of each peer index with equal-weighted portfolios of the same peer companies.

contains one test of this hypothesis, since the intercept represents the estimated size of a typical MetLife stock return on a day with no market or industry movements. In Exhibit C-5, it can be seen that the p-value of the intercept in my model is substantially greater than 0.05, meaning that we cannot reliably conclude that MetLife stock underperformed the market or its peer industries during the Relevant Period, outside of the twenty potential reaction dates (which I examine separately through the use of the dummy variables).

19. Another way to test the hypothesis of cumulative underperformance is to perform a statistical procedure known as a paired *t*-test. For each day in the Relevant Period, I subtracted the return on the S&P 500 Life & Health index (recreated to exclude MetLife) from MetLife's stock return. The average difference was -0.00018, meaning that during the Relevant Period, MetLife daily stock returns were about one-fifth of one percent lower than other life insurance and health insurance providers. The *t*-test provides a way to determine whether this difference significantly differs from 0, and I find (with a *p*-value of 0.6899) no evidence to suggest a significant difference between MetLife's daily returns and those of the other life insurers and health insurers in the S&P 500 Life & Health index.[22]

---

22.      Similarly, I find no significant difference over the alternative date ranges ending October 7, 2011 (the date the market allegedly reacted to the disclosure identified by Plaintiff), or January 12, 2012 (the date of Plaintiff's previous complaint). Furthermore, I find no significant difference over

---

any of the three date ranges when comparing MetLife stock returns to the returns of: (i) the S&P 500 index, (ii) the S&P 500 Insurance Industry index, or (iii) the S&P 500 Financials Sector index.

**Exhibit C-1**

**Adjusted R$^2$ for Plaintiff's Event Study With and Without
S&P 500 Financials Sector Index as an Explanatory Variable**

| Estimation Period | Index Construction | Explanatory Variables | Adjusted R$^2$ |
|---|---|---|---|
| One Year | Plaintiff-style | S&P 500, Insurance Industry | 83.87% |
| | | S&P 500, Insurance Industry, Financials Sector | 84.29% |
| | Excluding MetLife | S&P 500, Insurance Industry | 80.77% |
| | | S&P 500, Insurance Industry, Financials Sector | 81.69% |
| 120 Days | Plaintiff-style | S&P 500, Insurance Industry | 87.68% |
| | | S&P 500, Insurance Industry, Financials Sector | 87.71% |
| | Excluding MetLife | S&P 500, Insurance Industry | 86.38% |
| | | S&P 500, Insurance Industry, Financials Sector | 86.57% |

Note: All regressions predict MetLife returns during an estimation window ending 10/7/11.
   As with the Plaintiff's event study, a dummy variable is used to isolate the effect
   of the October 7, 2011 Disclosure.

**Exhibit C-2**
**Breusch-Pagan Tests to Detect Which Variables Explain**
**Heteroscedasticity in Plaintiff's Event Study Residuals**

| Estimation Period | Explanatory Variables | Variables Tested | Test p-Value | Explains Heteroscedasticity? |
|---|---|---|---|---|
| One Year | S&P 500, Insurance Industry | Explanatory Variables | 0.2848 | NO |
| | S&P 500, Insurance Industry, Financials Sector | Explanatory Variables | 0.5314 | NO |
| | S&P 500, Insurance Industry, Financials Sector | VIX, VIX^2 | 0.0007 | YES |
| 120 Days | S&P 500, Insurance Industry | Explanatory Variables | 0.1592 | NO |
| | S&P 500, Insurance Industry, Financials Sector | Explanatory Variables | 0.2679 | NO |
| | S&P 500, Insurance Industry, Financials Sector | VIX, VIX^2 | 0.0026 | YES |

Note: All Breusch-Pagan tests shown are based on regressions that predict MetLife returns during an estimation
     window ending 10/6/11.  Peer indices have been recreated to exclude MetLife.

**Exhibit C-3**
**Selection of MetLife Peer Indices**
**To Control for Market and Industry Movements**

| Peer Index Weighting | Market Index | Peer Indices | Adjusted R$^2$ |
|---|---|---|---|
| Value-Weighted | S&P 500 | S&P 500 Insurance | 79.10% |
| | S&P 500 | S&P 500 Life/Health | 84.04% |
| | S&P 500 | S&P 500 Financial | 79.99% |
| | S&P 500 | S&P 500 Insurance, S&P 500 Life/Health | 84.10% |
| | S&P 500 | S&P 500 Insurance, S&P 500 Financial | 81.01% |
| | S&P 500 | S&P 500 Life/Health, S&P 500 Financial | 85.03% |
| | S&P 500 | All Three Peer Indices | 85.02% |
| Equal-Weighted | S&P 500 | S&P 500 Insurance | 80.81% |
| | S&P 500 | S&P 500 Life/Health | 83.53% |
| | S&P 500 | S&P 500 Financial | 80.91% |
| | S&P 500 | S&P 500 Insurance, S&P 500 Life/Health | 83.56% |
| | S&P 500 | S&P 500 Insurance, S&P 500 Financial | 81.95% |
| | S&P 500 | S&P 500 Life/Health, S&P 500 Financial | 84.31% |
| | S&P 500 | All Three Peer Indices | 84.32% |

Note: All regressions predict MetLife returns during the period 8/3/10 - 5/14/12,
      excluding 20 potential reaction dates within the estimation period.  All indices
      other than the S&P 500 are recreated to exclude MetLife.

**Exhibit C-4**

**Breusch-Pagan Tests to Detect Which Variables Explain
Heteroscedasticity in My Event Study Residuals**

| Explanatory<br>Variables | Variables<br>Tested | Test<br>p-Value | Explains<br>Heteroscedasticity? |
|---|---|---|---|
| S&P 500, Insurance Industry, Financials Sector | Explanatory Variables | 0.5364 | NO |
| S&P 500, Insurance Industry, Financials Sector | VIX, VIX^2 | 0.0067 | YES |

Note: Based on regressions that predict MetLife returns during an estimation window from 8/3/10 - 5/14/12,
   excluding twenty potential reaction dates.  Peer indices have been recreated to exclude MetLife.

**Exhibit C-5**
**GLS Parameter Estimates for My Event Study**

| Parameter | Estimate | t-Statistic | p-Value |
|-----------|----------|-------------|---------|
| Intercept | -0.02% | -0.41 | 0.6850 |
| S&P 500 | -0.23 | -2.07 | 0.0393 |
| S&P 500 Life/Health | 0.77 | 12.17 | <.0001 |
| S&P 500 Financials Sector | 0.49 | 6.08 | <.0001 |
| 04/25/11 Dummy | 0.47% | 0.54 | 0.5901 |
| 04/26/11 Dummy | 0.22% | 0.25 | 0.8039 |
| 04/29/11 Dummy | 1.19% | 1.34 | 0.1807 |
| 05/09/11 Dummy | -0.32% | -0.37 | 0.7115 |
| 05/17/11 Dummy | -0.06% | -0.07 | 0.9424 |
| 05/19/11 Dummy | 0.60% | 0.69 | 0.4935 |
| 05/23/11 Dummy | -0.04% | -0.04 | 0.9666 |
| 07/05/11 Dummy | -0.05% | -0.05 | 0.9583 |
| 08/05/11 Dummy | 0.63% | 0.62 | 0.5369 |
| 08/08/11 Dummy | 1.69% | 0.70 | 0.4849 |
| 10/07/11 Dummy | -1.39% | -1.16 | 0.2487 |
| 10/28/11 Dummy | 3.93% | 4.54 | <.0001 |
| 11/03/11 Dummy | 0.06% | 0.06 | 0.9550 |
| 12/05/11 Dummy | 1.30% | 1.42 | 0.1560 |
| 01/12/12 Dummy | -0.26% | -0.31 | 0.7575 |
| 01/13/12 Dummy | -0.98% | -1.16 | 0.2460 |
| 01/24/12 Dummy | -0.03% | -0.03 | 0.9753 |
| 02/03/12 Dummy | 0.33% | 0.39 | 0.6991 |
| 03/26/12 Dummy | -0.24% | -0.26 | 0.7913 |
| 04/23/12 Dummy | 2.14% | 2.52 | 0.0123 |

Note: This regression predicts MetLife returns using returns on the S&P 500 index, the
S&P 500 Financials Sector index, the S&P 500 Life & Health index, and dummy
variables for 20 potential reaction dates as predictors.  The estimation period is from
8/3/10 through 5/14/12, and GLS weighting is perfomed based on the VIX index.
The two peer indices have been recreated to exclude MetLife.