UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
CITY OF WESTLAND POLICE AND FIRE : Civil Action No. 1:12-cv-00256-LAK
RETIREMENT SYSTEM, Individually and on :
Behalf of All Others Similarly Situated, : CLASS ACTION
 :
               Plaintiff, : LEAD PLAINTIFF AND CLASS
 : REPRESENTATIVE'S MOTION TO
   vs. : EXCLUDE THE TESTIMONY OF
 : PROFESSOR ALLEN FERRELL
METLIFE INC., et al., :
 :
             Defendants. :
 :
---------------------------------------------------------------x

1521412_1

PLEASE TAKE NOTICE that, Lead Plaintiff and Class Representative Central States, Southeast and Southwest Areas Pension Fund ("Plaintiff"), hereby moves the Court for an order to exclude the testimony of Professor Allen Ferrell, pursuant to Rules 401, 403, 701 and 702 of the Federal Rules of Evidence.  This Motion is supported by the concurrently filed Memorandum of Law, the Declaration of Daniel J. Pfefferbaum and the exhibits thereto and any additional materials and arguments that may be submitted by Plaintiff in further support of this Motion.

DATED:  February 1, 2019

ROBBINS GELLER RUDMAN
 & DOWD LLP
SHAWN A. WILLIAMS
AELISH M. BAIG
DANIEL J. PFEFFERBAUM
JASON C. DAVIS
ARMEN ZOHRABIAN


                    s/ Daniel J. Pfefferbaum
DANIEL J. PFEFFERBAUM

Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
aelishb@rgrdlaw.com
dpfefferbaum@rgrdlaw.com
jdavis@rgrdlaw.com
azohrabian@rgrdlaw.com

ROBBINS GELLER RUDMAN
 & DOWD LLP
ROBERT M. ROTHMAN
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)
rrothman@rgrdlaw.com

Lead Counsel for Plaintiff

1521412_1

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on February 1, 2019, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ Daniel J. Pfefferbaum
DANIEL J. PFEFFERBAUM
ROBBINS GELLER RUDMAN
     & DOWD LLP
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
E-mail:  dpfefferbaum@rgrdlaw.com

1521412_1

# Mailing Information for a Case 1:12-cv-00256-LAK City of Westland Police and Fire Retirement System v. Metlife, Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **John Norman Bolus**
  jbolus@maynardcooper.com,jatkinson@maynardcooper.com

- **John J. Clarke , Jr**
  john.clarke@dlapiper.com,DocketingNewYork@dlapiper.com

- **Richard J. Davis**
  rdavis@maynardcooper.com,emcpherson@maynardcooper.com

- **Elliot Greenfield**
  egreenfield@debevoise.com,rashanies@debevoise.com,dbrockner@debevoise.com,dimamura@debevoise.com

- **Maeve L. O'Connor**
  moconnor@debevoise.com,mao-ecf@debevoise.com,dbrockner@debevoise.com

- **Daniel J. Pfefferbaum**
  dpfefferbaum@rgrdlaw.com

- **Darren J. Robbins**
  e_file_sd@rgrdlaw.com

- **Robert M. Rothman**
  rrothman@rgrdlaw.com,e_file_ny@rgrdlaw.com,9858910420@filings.docketbird.com,e_file_sd@rgrdlaw.com

- **John Vukelj**
  john.vukelj@dlapiper.com,john-vukelj-8235@ecf.pacerpro.com,DocketingNewYork@dlapiper.com,new-york-docketing-7871@ecf.pacerpro.com

- **Shawn Anthony Williams**
  swilliams@rgrdlaw.com,ptiffith@rgrdlaw.com,AFrame@rgrdlaw.com,tcraig@rgrdlaw.com,2028828420@filings.docketbird.com,aelishb@rgrdlaw.com,smorris@rgrdl

- **Armen Zohrabian**
  azohrabian@rgrdlaw.com,kmccormack@rgrdlaw.com

- **Jason Allen Zweig**
  jasonz@hbsslaw.com,chavayh@hbsslaw.com,nicolleg@hbsslaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Thomas         C. Michaud
,
```