UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CITY OF WESTLAND POLICE AND FIRE RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>METLIFE INC., et al.,<br><br>Defendants. | Civil Action No. 1:12-cv-00256-LAK<br><br><u>CLASS ACTION</u><br><br>DECLARATION OF DANIEL J. PFEFFERBAUM IN SUPPORT OF LEAD PLAINTIFF AND CLASS REPRESENTATIVE'S OPPOSITION TO THE METLIFE DEFENDANTS' MOTION TO EXCLUDE THE TESTIMONY OF STEVEN P. FEINSTEIN |

I, DANIEL J. PFEFFERBAUM, declare as follows:

1. I am an attorney duly licensed to practice before all of the courts of the State of California and am admitted *pro hac vice* before this Court. I am a member of the law firm Robbins Geller Rudman & Dowd LLP, counsel of record for Lead Plaintiff and Class Representative Central States, Southeast and Southwest Areas Pension Fund, in the above-entitled action. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto. This Declaration is made in support of Lead Plaintiff and Class Representative's Opposition to the MetLife Defendants' Motion to Exclude the Testimony of Steven P. Feinstein.

2. Attached are true and correct copies of the following exhibits:

Exhibit A: N. by Gregory Mankiw, A Quick Refresher Course in Macroeconomics, J. Econ. Lit., vol. 28, December 1990;

Exhibit B: John Y. Campbell, Andrew W. Lo & Craig Mackinlay, "The Econometrics of Financial Markets" (Princeton University Press 1997);

Exhibit C: Email from Armen Zohrabian to Elliot Greenfield, *et al.* re: Feinstein Report, dated Dec. 15, 2018;

Exhibit D: Email from Elliot Greenfield to Armen Zohrabian, *et al.* re: Depositions, dated Dec. 27, 2018;

Exhibit E: SNL Insurance Daily article titled, "Report: Moody's Affirms MetLife, Revises Outlook to Stable," dated October 5, 2011;

Exhibit F: Reuters News article titled, "Chinatrust Purchase of MetLife Taiwan Approved By Regulator," dated October 6, 2011;

Exhibit G: Moody's Investors Service Press Release, Moody's Downgrades and Will Withdraw MetLife Home Loan's SQ Rating, dated September 9, 2011; and

Exhibit H: Robert D. Mason, Douglas A. Lind & William G. Marchal, Statistical Techniques in Business and Economics (The McGraw-Hill Companies 1999).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 1st day of March, 2019, at San Francisco, California.

s/ Daniel J. Pfefferbaum
DANIEL J. PFEFFERBAUM

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on March 1, 2019, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ Daniel J. Pfefferbaum

DANIEL J. PFEFFERBAUM
ROBBINS GELLER RUDMAN
& DOWD LLP
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)
E-mail: dpfefferbaum@rgrdlaw.com

# Mailing Information for a Case 1:12-cv-00256-LAK City of Westland Police and Fire Retirement System v. Metlife, Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **John Norman Bolus**
  jbolus@maynardcooper.com,jatkinson@maynardcooper.com
- **John J. Clarke , Jr**
  john.clarke@dlapiper.com,DocketingNewYork@dlapiper.com
- **Richard J. Davis**
  rdavis@maynardcooper.com,emcpherson@maynardcooper.com
- **Elliot Greenfield**
  egreenfield@debevoise.com,rashanies@debevoise.com,dbrockner@debevoise.com,dimamura@debevoise.com
- **Maeve L. O'Connor**
  moconnor@debevoise.com,mao-ecf@debevoise.com,dbrockner@debevoise.com
- **Daniel J. Pfefferbaum**
  dpfefferbaum@rgrdlaw.com
- **Darren J. Robbins**
  e_file_sd@rgrdlaw.com
- **Robert M. Rothman**
  rrothman@rgrdlaw.com,e_file_ny@rgrdlaw.com,9858910420@filings.docketbird.com,e_file_sd@rgrdlaw.com
- **John Vukelj**
  john.vukelj@dlapiper.com,john-vukelj-8235@ecf.pacerpro.com,DocketingNewYork@dlapiper.com,new-york-docketing-7871@ecf.pacerpro.com
- **Shawn Anthony Williams**
  swilliams@rgrdlaw.com,ptiffith@rgrdlaw.com,AFrame@rgrdlaw.com,tcraig@rgrdlaw.com,2028828420@filings.docketbird.com,aelishb@rgrdlaw.com,smorris@rgrdl
- **Armen Zohrabian**
  azohrabian@rgrdlaw.com,kmccormack@rgrdlaw.com
- **Jason Allen Zweig**
  jasonz@hbsslaw.com,chavayh@hbsslaw.com,nicolleg@hbsslaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Thomas              C. Michaud
,
```