UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CITY OF WESTLAND POLICE AND FIRE RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>METLIFE INC., et al.,<br><br>Defendants. | Civil Action No. 1:12-cv-00256-LAK<br><br><u>CLASS ACTION</u><br><br>DECLARATION OF SHAWN A. WILLIAMS IN SUPPORT OF LEAD PLAINTIFF AND CLASS REPRESENTATIVE'S OPPOSITION TO THE METLIFE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT |

I, SHAWN A. WILLIAMS, declare as follows:

1. I am an attorney duly licensed to practice before all of the courts of the States of New York and California, and before this District Court. I am a member of the law firm Robbins Geller Rudman & Dowd LLP, counsel of record for Lead Plaintiff and Class Representative Central States, Southeast and Southwest Areas Pension Fund, in the above-entitled action. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto. This Declaration is made in support of Lead Plaintiff and Class Representative's Opposition to the MetLife Defendants' Motion for Summary Judgment.

2. Attached are true and correct copies of the following exhibits:

Exhibit A: Deposition Transcript of Caroline Marshall, dated May 16, 2017 **[FILED UNDER SEAL]**;

Exhibit B: Deposition Transcript of Todd Katz, dated August 11, 2017 **[FILED UNDER SEAL]**;

Exhibit C: Deposition Transcript of William Wheeler, Chief Financial Officer, dated July 20, 2017 **[FILED UNDER SEAL]**;

Exhibit D: Deloitte document dated December 31, 2010 (Bates No. DT 00008173-DT 00008173) **[FILED UNDER SEAL]**;

Exhibit E: Deposition Transcript of Peter Carlson, dated August 30, 2017 **[FILED UNDER SEAL]**;

Exhibit F: Florida Office of Insurance Regulation Media Advisory Hearing Transcript, *In re: Metropolitan Life Insurance Company (MetLife)*, dated May 19, 2011;

Exhibit G: Bloomberg article "MetLife Says 30 Jurisdictions Are Auditing Unpaid Benefits, dated August 5, 2011;

Exhibit H: Scotia Capital analyst report of MetLife, Inc. "MET Among Lifecos Probed by NY AG," dated July 6, 2011;

Exhibit I: Think Advisor article "ELNY earnings charges expected to hit Q2 statements," dated July 5, 2013;

Exhibit J: CNN Money article "Hurricane Irene damage could reach billions," dated August 29, 2011;

Exhibit K: MarketWatch article "Insurers tally losses from Hurricane Irene," dated September 29, 2011;

Exhibit L: Deposition Transcript of Joseph Docar, dated July 19, 2017 **[FILED UNDER SEAL]**; and

Exhibit M: The Wall Street Journal article "WJS: Florida Regulator, John Hancock Set Deal On Death Benefits," dated May 18, 2011.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 1st day of March, 2019, at San Francisco, California.

s/ Shawn A. Williams

SHAWN A. WILLIAMS

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on March 1, 2019, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ Shawn A. Williams

SHAWN A. WILLIAMS
ROBBINS GELLER RUDMAN
& DOWD LLP
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)
E-mail: shawnw@rgrdlaw.com

# Mailing Information for a Case 1:12-cv-00256-LAK City of Westland Police and Fire Retirement System v. Metlife, Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **John Norman Bolus**
  jbolus@maynardcooper.com,jatkinson@maynardcooper.com
- **John J. Clarke , Jr**
  john.clarke@dlapiper.com,DocketingNewYork@dlapiper.com
- **Richard J. Davis**
  rdavis@maynardcooper.com,emcpherson@maynardcooper.com
- **Elliot Greenfield**
  egreenfield@debevoise.com,rashanies@debevoise.com,dbrockner@debevoise.com,dimamura@debevoise.com
- **Maeve L. O'Connor**
  moconnor@debevoise.com,mao-ecf@debevoise.com,dbrockner@debevoise.com
- **Daniel J. Pfefferbaum**
  dpfefferbaum@rgrdlaw.com
- **Darren J. Robbins**
  e_file_sd@rgrdlaw.com
- **Robert M. Rothman**
  rrothman@rgrdlaw.com,e_file_ny@rgrdlaw.com,9858910420@filings.docketbird.com,e_file_sd@rgrdlaw.com
- **John Vukelj**
  john.vukelj@dlapiper.com,john-vukelj-8235@ecf.pacerpro.com,DocketingNewYork@dlapiper.com,new-york-docketing-7871@ecf.pacerpro.com
- **Shawn Anthony Williams**
  swilliams@rgrdlaw.com,ptiffith@rgrdlaw.com,AFrame@rgrdlaw.com,tcraig@rgrdlaw.com,2028828420@filings.docketbird.com,aelishb@rgrdlaw.com,smorris@rgrdl
- **Armen Zohrabian**
  azohrabian@rgrdlaw.com,kmccormack@rgrdlaw.com
- **Jason Allen Zweig**
  jasonz@hbsslaw.com,chavayh@hbsslaw.com,nicolleg@hbsslaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Thomas              C. Michaud
,
```