UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CITY OF WESTLAND POLICE AND FIRE RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>-against-<br><br>METLIFE, INC., et al.,<br><br>Defendants. | 12 Civ. 0256 (LAK) (OTW) |

**DECLARATION OF MICHAEL W. GRAMER**
**IN SUPPORT OF METLIFE'S RESPONSE**
**TO PLAINTIFF'S MOTION TO FILE DOCUMENTS UNDER SEAL**

Maeve O'Connor
Elliot Greenfield
Michael W. Gramer
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
(212) 909-6000

*Attorneys for Defendants MetLife, Inc., C. Robert Henrikson, William J. Wheeler, Peter M. Carlson, Steven A. Kandarian, William J. Mullaney, Sylvia Mathews Burwell, Eduardo Castro-Wright, Cheryl W. Grisé, R. Glenn Hubbard, John M. Keane, Alfred F. Kelly, Jr., James M. Kilts, Catherine R. Kinney, Hugh B. Price, David Satcher, Kenton J. Sicchitano and Lulu C. Wang*

Michael W. Gramer hereby declares as follows:

1. I am duly admitted to practice law in the State of New York and in the courts in the Southern District of New York.

2. I am an attorney at the law firm of Debevoise & Plimpton LLP, counsel for defendant MetLife, Inc. I submit this declaration in support of the MetLife's response to Plaintiff's letter motion to file documents under seal. (Dkt. No. 323.)

3. Attached to this Declaration as Exhibit A is a true and correct copy of Exhibit B to the Declaration of Shawn A. Williams in Support of Plaintiff's Opposition to MetLife Defendant's Motion for Summary Judgment (Dkt. No. 337, the "Williams Declaration") with requested redactions.

4. Attached to this Declaration as Exhibit B is a true and correct copy of Exhibit L to the Williams Declaration with requested redactions.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at New York, New York this 15th day of March, 2019.

/s/ Michael W. Gramer