UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
CITY OF WESTLAND POLICE AND FIRE : Civil Action No. 1:12-cv-00256-LAK
RETIREMENT SYSTEM, Individually and on :
Behalf of All Others Similarly Situated, : <u>CLASS ACTION</u>
:
                Plaintiff, : JOINT STATUS REPORT AND NOTICE OF
: SETTLEMENT IN PRINCIPLE
vs. :
:
METLIFE INC., et al., :
:
                Defendants. :
---------------------------------------------------------------x

PLEASE TAKE NOTICE that the parties to the above-captioned action hereby jointly report to the Court that they have reached a settlement in principle of all the claims alleged in the operative Fourth Amended Class Action Complaint for Violation of the Federal Securities Laws.  The parties will work diligently to memorialize the agreement and file a stipulation of settlement and motion for preliminary approval within 60 days of the filing of this Joint Status Report.  Accordingly, the parties respectively request the Court stay the issuance of any order(s) on the outstanding  cross-motions for summary judgment.

| | |
|---|---|
| DATED:  March 12, 2020 | ROBBINS GELLER RUDMAN<br>  & DOWD LLP<br>SHAWN A. WILLIAMS<br>DANIEL J. PFEFFERBAUM<br>ARMEN ZOHRABIAN<br>JOHN H. GEORGE |

s/ Shawn A. Williams<br>SHAWN A. WILLIAMS

Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
dpfefferbaum@rgrdlaw.com
azohrabian@rgrdlaw.com
jgeorge@rgrdlaw.com

Lead Counsel for Plaintiff

| | |
|---|---|
| DATED:  March 12, 2020 | DEBEVOISE & PLIMPTON LLP<br>MAEVE L. O'CONNOR<br>ELLIOT GREENFIELD<br>ANNA A. MOODY |

s/ Maeve L. O'Connor<br>MAEVE L. O'CONNOR

- 1 -

4829-6553-6439.v1

|  |  |
|---|---|
|  | 919 Third Avenue<br>New York. NY 10022<br>Telephone: 212/909-6000<br>212/909-6836 (fax)<br>mloconoor@debevoise.com<br>egreenfield@debevoise.com<br>amoody@debevoise.com |
|  | Attorneys for Defendants MetLife, Inc., C. Robert Henrikson, William J. Wheeler, Peter M. Carlson, Steven A. Kandarian, William J. Mullaney, Sylvia Matthews Burwell, Eduardo Castro-Wright, Cheryl W. Grisé, R. Glenn Hubbard, John M. Keane, Alfred F. Kelly, Jr., James M. Kilts, Catherine R. Kinney, Hugh B. Price, David Satcher, Kenton J. Sicchitano and Lulu C. Wang |
| DATED:  March 12, 2020 | DLA PIPER LLP (US)<br>JOHN J. CLARKE, JR. |
|  | _____s/ John J. Clarke, Jr._____<br>JOHN J. CLARKE, JR. |
|  | 1251 Avenue of the Americas<br>New York. NY 10020-1104<br>Telephone: 212/335-4500<br>212/335-4501 (fax)<br>john.clarke@dlapiper.com |
|  | Attorneys for Defendants Citigroup Global Markets Inc., Credit Suisse Securities (USA) LLC, Goldman Sachs & Co. LLC, HSBC Securities (USA) Inc., Merrill Lynch, Pierce, Fenner & Smith Incorporated and Wells Fargo Securities, LLC |

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on March 12, 2020, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

    s/ Shawn A. Williams
SHAWN A. WILLIAMS
ROBBINS GELLER RUDMAN
    & DOWD LLP
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
E-mail:  shawnw@rgrdlaw.com

4829-6553-6439.v1

# Mailing Information for a Case 1:12-cv-00256-LAK City of Westland Police and Fire Retirement System v. Metlife, Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **John Norman Bolus**
  jbolus@maynardcooper.com,jatkinson@maynardcooper.com

- **John J. Clarke , Jr**
  john.clarke@dlapiper.com,DocketingNewYork@dlapiper.com

- **Richard J. Davis**
  rdavis@maynardcooper.com,emcpherson@maynardcooper.com

- **Elliot Greenfield**
  egreenfield@debevoise.com,dimamura@debevoise.com

- **Daniel C Harkins**
  daniel.harkins@dlapiper.com,DocketingNewYork@dlapiper.com,new-york-docketing-7871@ecf.pacerpro.com

- **Maeve L. O'Connor**
  moconnor@debevoise.com,mao-ecf@debevoise.com

- **Daniel J. Pfefferbaum**
  dpfefferbaum@rgrdlaw.com,dpfefferbaumRGRD@ecf.courtdrive.com

- **Darren J. Robbins**
  e_file_sd@rgrdlaw.com

- **Robert M. Rothman**
  rrothman@rgrdlaw.com,e_file_ny@rgrdlaw.com,RRothman@ecf.courtdrive.com,e_file_sd@rgrdlaw.com

- **John Vukelj**
  john.vukelj@dlapiper.com,john-vukelj-8235@ecf.pacerpro.com,DocketingNewYork@dlapiper.com,new-york-docketing-7871@ecf.pacerpro.com

- **Shawn Anthony Williams**
  swilliams@rgrdlaw.com,aelishb@rgrdlaw.com,ShawnW@ecf.courtdrive.com,smorris@rgrdlaw.com,e_file_sd@rgrdlaw.com,smorris@ecf.courtdrive.com

- **Armen Zohrabian**
  azohrabian@rgrdlaw.com,kmccormack@rgrdlaw.com,azohrabian@ecf.courtdrive.com

- **Jason Allen Zweig**
  jasonz@hbsslaw.com,lisal@hbsslaw.com,ceciliah@hbsslaw.com,nicolleg@hbsslaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Thomas          C. Michaud**
,