UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
CITY OF WESTLAND POLICE AND FIRE
RETIREMENT SYSTEM, Individually and on Behalf of
All Others Similarly Situated,

                Plaintiff,

-against-                                12-cv-0256 (LAK)

METLIFE, INC., et al.,

                Defendants.
------------------------------------------------------------x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

      Plaintiff's motion for summary judgment [DI 273], MetLife defendants' motion for summary judgment [DI 257], and the underwriter defendants' motion for summary judgment [DI 267] is denied without prejudice to reinstatement if the settlement agreement is not signed, or if signed, is not approved by the Court.

      SO ORDERED.

Dated:      March 13, 2020

                                                Lewis A. Kaplan
                                                United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/13/2020