UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————— x
CITY OF WESTLAND POLICE AND FIRE : Civil Action No. 1:12-cv-00256-LAK
RETIREMENT SYSTEM, Individually and on :
Behalf of All Others Similarly Situated, : CLASS ACTION
:
                Plaintiff, : JOINT STATUS REPORT
:
  vs. :
:
METLIFE INC., et al., :
:
                Defendants. :
:
———————————————————— x

PLEASE TAKE NOTICE that the parties to the above-captioned action hereby jointly report to the Court that they have been working diligently to memorialize their settlement in principle and file a stipulation of settlement and motion for preliminary approval.  The administrative disruptions caused by efforts to prevent the spread of the COVID-19 have delayed the completion of the foregoing.  However, the parties expect to file settlement approval papers in short order.

DATED:  May 13, 2020                    ROBBINS GELLER RUDMAN
                                          & DOWD LLP
                                        SHAWN A. WILLIAMS
                                        DANIEL J. PFEFFERBAUM
                                        ARMEN ZOHRABIAN
                                        JOHN H. GEORGE


                                                s/ Shawn A. Williams
                                        SHAWN A. WILLIAMS

                                        Post Montgomery Center
                                        One Montgomery Street, Suite 1800
                                        San Francisco, CA  94104
                                        Telephone:  415/288-4545
                                        415/288-4534 (fax)
                                        shawnw@rgrdlaw.com
                                        dpfefferbaum@rgrdlaw.com
                                        azohrabian@rgrdlaw.com
                                        jgeorge@rgrdlaw.com

                                        Lead Counsel for Plaintiff

DATED:  May 13, 2020                    DEBEVOISE & PLIMPTON LLP
                                        MAEVE L. O'CONNOR
                                        ELLIOT GREENFIELD
                                        MICHAEL W. GRAMER


                                                s/ Maeve L. O'Connor
                                        MAEVE L. O'CONNOR

|  |  |
|---|---|
|  | 919 Third Avenue<br>New York. NY 10022<br>Telephone: 212/909-6000<br>212/909-6836 (fax)<br>mloconoor@debevoise.com<br>egreenfield@debevoise.com<br>amoody@debevoise.com |
|  | Attorneys for Defendants MetLife, Inc., C. Robert Henrikson, William J. Wheeler, Peter M. Carlson, Steven A. Kandarian, William J. Mullaney, Sylvia Matthews Burwell, Eduardo Castro-Wright, Cheryl W. Grisé, R. Glenn Hubbard, John M. Keane, Alfred F. Kelly, Jr., James M. Kilts, Catherine R. Kinney, Hugh B. Price, David Satcher, Kenton J. Sicchitano and Lulu C. Wang |
| DATED:  May 13, 2020 | DLA PIPER LLP (US)<br>JOHN J. CLARKE, JR. |
|  | _____s/ John J. Clarke, Jr._____<br>JOHN J. CLARKE, JR. |
|  | 1251 Avenue of the Americas<br>New York. NY 10020-1104<br>Telephone: 212/335-4500<br>212/335-4501 (fax)<br>john.clarke@dlapiper.com |
|  | Attorneys for Defendants Citigroup Global Markets Inc., Credit Suisse Securities (USA) LLC, Goldman Sachs & Co. LLC, HSBC Securities (USA) Inc., Merrill Lynch, Pierce, Fenner & Smith Incorporated and Wells Fargo Securities, LLC |

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on May 13, 2020, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ Shawn A. Williams
SHAWN A. WILLIAMS

ROBBINS GELLER RUDMAN
     & DOWD LLP
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
E-mail:  shawnw@rgrdlaw.com

# Mailing Information for a Case 1:12-cv-00256-LAK City of Westland Police and Fire Retirement System v. Metlife, Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **John Norman Bolus**
  jbolus@maynardcooper.com,jatkinson@maynardcooper.com

- **John J. Clarke , Jr**
  john.clarke@dlapiper.com,DocketingNewYork@dlapiper.com

- **Richard J. Davis**
  rdavis@maynardcooper.com,emcpherson@maynardcooper.com

- **Elliot Greenfield**
  egreenfield@debevoise.com,dimamura@debevoise.com

- **Daniel C Harkins**
  daniel.harkins@dlapiper.com,DocketingNewYork@dlapiper.com,new-york-docketing-7871@ecf.pacerpro.com

- **Maeve L. O'Connor**
  moconnor@debevoise.com,mao-ecf@debevoise.com

- **Daniel J. Pfefferbaum**
  dpfefferbaum@rgrdlaw.com,dpfefferbaumRGRD@ecf.courtdrive.com

- **Darren J. Robbins**
  e_file_sd@rgrdlaw.com

- **Robert M. Rothman**
  rrothman@rgrdlaw.com,e_file_ny@rgrdlaw.com,RRothman@ecf.courtdrive.com,e_file_sd@rgrdlaw.com

- **John Vukelj**
  john.vukelj@dlapiper.com,john-vukelj-8235@ecf.pacerpro.com,DocketingNewYork@dlapiper.com,new-york-docketing-7871@ecf.pacerpro.com

- **Shawn Anthony Williams**
  swilliams@rgrdlaw.com,aelishb@rgrdlaw.com,ShawnW@ecf.courtdrive.com,smorris@rgrdlaw.com,e_file_sd@rgrdlaw.com,smorris@ecf.courtdrive.com

- **Armen Zohrabian**
  azohrabian@rgrdlaw.com,kmccormack@rgrdlaw.com,azohrabian@ecf.courtdrive.com

- **Jason Allen Zweig**
  jasonz@hbsslaw.com,lisal@hbsslaw.com,ceciliah@hbsslaw.com,nicolleg@hbsslaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Thomas C. Michaud**
,